UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARY PRZYTULA and BRAD BREDE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BED BATH & BEYOND INC.,

Defendant.

No. 17 Civ. 5124

## DECLARATION OF DEBBIE PRZYBOCKI

I, Debbie Przybocki, based on my personal knowledge of the facts stated herein, testify by Declaration as follows:

1. I am over the age of 18 and am otherwise competent to testify to the matters contained in this Declaration, and if so called, would testify to the facts below.

2. All of the statements in this Declaration are true and accurate to the best of my knowledge.

3. The facts set forth in this Declaration are based on my own personal knowledge.

4. I became employed by Bed Bath and Beyond Inc. ("BBB") in 1993 as a Department Manager I was then promoted to District Human Resources Manager in 1997, and again promoted to a Regional Human Resources Manager in 2002. Presently, I am the Regional Director of Human Resources for the Southeast Region and have served in that role since 2007. The Southeast Region includes stores in Alabama, Florida, Georgia, Illinois, Indiana, Kentucky,

1

Mississippi, Missouri, Ohio, South Carolina, Tennessee, and in Puerto Rico. There are currently 192 stores in my total Region.

5. One of the Plaintiffs in this action, Johnny Mitchell, worked in my stores during his time as an Assistant Store Manager.

6. When Assistant Store Managers warn or discipline associates, they must do so in writing, and copies of the same are maintained in the personnel files of the associates that receive the warning or discipline. Attached hereto as Exhibit 1 are true and accurate copies of documents from various associates' personnel files of Johnny Mitchell's warning and disciplining of associates.

7. Assistant Store Managers are also required to complete performance reviews for the associates they supervise. Copies of these performance reviews are also maintained in the personnel files of the associates that receive the performance reviews. Attached hereto as Exhibit 2 are true and accurate copies from various associates' personnel files of performance reviews conducted by Johnny Mitchell.

8. When Assistant Store Managers are terminated, Store Managers usually document the termination and a copy of the termination documents are maintained in the Assistant Store Manager's personnel file. Johnny Mitchell was terminated for creating fraudulent returns and stealing money from a customer's wallet that was left in a safe. True and accurate copies of the termination related documents for Johnny Mitchell are attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15Th day of December, 2017.

By: _____
Debbie Przybocki
Regional Director of Human Resources
Bed Bath and Beyond Inc.

# EXHIBIT 1

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name REDACTED  Date: 4/02/15

Date of hire: 9/7/14    SS# : xxx-xx _____    Store #: 1094
(last four digits only)

Circle one:    Termination    (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)    4. ( ) Failure to follow directions
2. (✓) Tardiness    5. ( ) Violation of company rules
3. ( ) Improper conduct    6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) From 11/17/14 - 3/30/15 REDACTED has been late for her work shift (16) times. REDACTED has been counseled about her time and attendance. These actions violate Bed, Bath, and Beyond's policies, procedures, and standards and effect the level of customer service that we can offer.

C. Describe the Company's expectations of associate: REDACTED and all Bed, Bath, and Beyond associates are expected to follow all company policies, procedures, and standards, including working their scheduled shifts. Is expected to demonstrate immediate and consistent improvement in attendance and punctuality.

D. Next disciplinary step: Continuation of this conduct or any other violation of company standards may result in further disciplinary action, up to and including termination.

Manager's Name [signature] 4/4/15    Manager's Name   Date    REDACTED
Date    Associate's Signature Date
(This signature indicates that associate is aware of this notice.)
Manager's Signature   Date    Manager's Signature  Date    4/4/15

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name: REDACTED  Date: 6/8/15

Date of hire: 9/7/14   SS# : xxx-xx   Store #: 1094
(last four digits only)

Circle one:   Termination   Warning

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)   4. ( ) Failure to follow directions
2. (X) Tardiness   5. ( ) Violation of company rules
3. ( ) Improper conduct   6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) from 4/02/15 - 6/7/15 REDACTED has been late for her scheduled work shift (8) times 4/10, 4/19, 4/26, 4/27, 5/3, 5/23, 5/25, 5/31, 6/1, 6/6. REDACTED has been counseled about her time and attendance. These actions violate Bed, Bath, and Beyond's policies, procedures, and standards and effect the level of customer service that we can offer.

C. Describe the Company's expectations of associate REDACTED and all Bed, Bath, and Beyond associates are expected to follow all company policies, procedures, and standards. Including working their scheduled shifts. Veronique is expected to demonstrate immediate and consistent improvement in attendance and punctuality.

D. Next disciplinary step: Continuation of this conduct or any other violation of company standards may result in further disciplinary action, up to and Including termination.

Johnny Mitchell 6/8/15
Manager's Name   Date

Manager's Name   Date

REDACTED   6/8/15
Associate's Signature Date
(This signature indicates that associate is aware of this notice.)

Manager's Signature   Date   6/8/15

Manager's Signature   Date

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

# EXHIBIT 2

**BED BATH & BEYOND**
*Beyond any store of its kind.*

REDACTED

**MERCHANDISING / STOCK (Page 1 of 2)**

Name _____  Store #: 1094  Date of review: 1-15-15

Circle review type & Indicate Date Due:
- 90 DAY REVIEW DUE: _____
- ANNUAL REVIEW DUE: _____
- DATE OF HIRE: _____
- OTHER ( _____ Review) due: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name: Johnny Mitchell  Signature: Mitchell  Position: A.S.M Hardside
Printed Name: Hector Olaya  Signature: _____  Position: S.M.
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating: E V G N U

## CUSTOMER SERVICE SKILLS

| Skill | Rating |
|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | G |
| * Ensures a prompt, friendly approach to all customers. | G |
| * Escorts customers seeking location(s) of specific merchandise. | G |
| * Is alert to customer needs and offers a cart whenever appropriate. | G |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | G |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | N / NA |
| * Determines customer needs and works to add-on sell. | G |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | V |
| * Answers the phone promptly and uses proper phone etiquette. | G |

## TEAM SKILLS

| Skill | Rating |
|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | V |
| * Accepts constructive criticism and acts upon it. | G |
| * Maintains a positive outlook toward job. | V |
| * Communicates effectively with Management and other associates. | V |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | N |
| * Is a team player. | G |
| * Exhibits professional manner, dress and appearance at all times. | G |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| Skill | Rating |
|---|---|
| * Works to maintain selling floor standards and recovery of the department. | G |
| * Is aware of product sell through and completes pull lists. | (none marked) |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | G |
| * Understands and utilizes JDA to resolve selling floor inquiries. | G |
| * Adheres to shortage reduction and compliance procedures. | G |
| * Safely handles equipment and maintains safety awareness. | G |

J: prmsh.wd(rev.2000;8/04;1/07;3/07;8/10)

MERCHANDISING / STOCK (Page 2 of 2)

1. ATTENDANCE & PUNCTUALITY:   Acceptable_____ Not Acceptable_____

2. GOALS AND OBJECTIVES
**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

REDACTED has consistently demostrated her product knowledge and ability to merchandise her departments. She is currently learning how to effectively use suggested ordering as a tool to increase sells/sales opportunities.

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

REDACTED needs to increase her beyond store production to an average of 5 per shift (full time).
REDACTED needs to demonstrate a thorough command of DA and RF scanner (suggested orders) to reduce shortages on the sells floor and increase profitability.

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED is a strong leader with a great work ethic, she has demonstrated the ability to plan and execute her plan in a timely manner. REDACTED needs to improve her punctuality REDACTED needs to report to work at her scheduled time consistently

Circle one rating
E V (G) N U

3. OVERALL RATING FOR PERIOD

Date of Review: 1-15-15

REDACTED

Reviewed associate's signature after review conference:
Signature _____ Date 1/15/2015

Reviewer's signature after review conference:
Signature Mitchell   Date 1-15-15
Johnny Mitchell   1-15-15
Reviewer's Printed Name   Date

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

**BED BATH & BEYOND**
*Beyond any store of its kind.*

REDACTED

MERCHANDISING / STOCK (Page 1 of 2)

Name: _____

Store #: **1094**   Date of review: **2-17-15**

*Circle review type & Indicate Date Due:*

90 DAY REVIEW DUE: **2-1-15**   OTHER (_____) Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: **11-16-14**

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name **Johnny Michelotti** Signature _____ Position **ASM**
Printed Name **Hector Olaya** Signature _____ Position **SM**
Printed Name _____ Signature _____ Position _____
Printed Name _____ Signature _____ Position _____
Printed Name _____ Signature _____ Position _____
Printed Name _____ Signature _____ Position _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating: E V G N U

### CUSTOMER SERVICE SKILLS

| Skill | Rating |
|---|---|
| Understands that the customer is our main priority and consistently maintains a customer focus. | N |
| Ensures a prompt, friendly approach to all customers. | G |
| Escorts customers seeking location(s) of specific merchandise. | G |
| Is alert to customer needs and offers a cart whenever appropriate. | G |
| Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | G |
| Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. *"Beyond opportunity"* | N |
| Determines customer needs and works to add-on sell. | N |
| Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | N |
| Answers the phone promptly and uses proper phone etiquette. | G |

### TEAM SKILLS

| Skill | Rating |
|---|---|
| Demonstrates initiative and completes projects in a timely manner. | N |
| Accepts constructive criticism and acts upon it. | N |
| Maintains a positive outlook toward job. | G |
| Communicates effectively with Management and other associates. | G |
| Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | N |
| Is a team player. | G |
| Exhibits professional manner, dress and appearance at all times. | G |

### MERCHANDISING & DEPARTMENT MAINTENANCE

| Skill | Rating |
|---|---|
| Works to maintain selling floor standards and recovery of the department. | N |
| Is aware of product sell through and completes pull lists. | N |
| Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | N |
| Understands and utilizes JDA to resolve selling floor inquiries. | N |
| Adheres to shortage reduction and compliance procedures. | G |
| Safely handles equipment and maintains safety awareness. | G |

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

**BED BATH & BEYOND**
Beyond any store of its kind.

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: REDACTED  Store #: 1094  Date of review: _____

Circle review type & Indicate Date Due:
90 DAY REVIEW DUE: 2/16/15
ANNUAL REVIEW DUE: 11/16/15
DATE OF HIRE: 11/16/14
OTHER (_____ Review) due: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name: Johnny Mitchell  Signature: JL Mitchell  Position: ASM
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____
Printed Name: _____  Signature: _____  Position: _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)   Choose one rating: E V G N U

### CUSTOMER SERVICE SKILLS

* Understands that the customer is our main priority and consistently maintains a customer focus. — E V **(G)** **(N)** U
* Ensures a prompt, friendly approach to all customers. — E V **(G)** **(N)** U
* Escorts customers seeking location(s) of specific merchandise. — E V **(G)** N U
* Is alert to customer needs and offers a cart whenever appropriate. — E V G **(N)** U
* Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. — E V **(G)** **(N)** U
* ~~Complies with Bridal and Gift Registry program standards when servicing both registrants and guests.~~ — ~~E V G N U~~
* Determines customer needs and works to add-on sell. — E V G **(N)** U
* Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. — E V G **(N)** U
* Answers the phone promptly and uses proper phone etiquette. — E V **(G)** N U

### TEAM SKILLS

* Demonstrates initiative and completes projects in a timely manner. — E V G **(N)** U
* Accepts constructive criticism and acts upon it. — E V **(G)** N U
* Maintains a positive outlook toward job. — E V **(G)** N U
* Communicates effectively with Management and other associates. — E V G **(N)** U
* Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. — E V **(G)** N U
* Is a team player. — E V **(G)** N U
* Exhibits professional manner, dress and appearance at all times. — E V **(G)** N U

### MERCHANDISING & DEPARTMENT MAINTENANCE

* Works to maintain selling floor standards and recovery of the department. — E V G **(N)** U
* Is aware of product sell through and completes pull lists. — E V G **(N)** U
* Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. — E V G **(N)** U
* Understands and utilizes JDA to resolve selling floor inquiries. — E V G **(N)** U
* ~~Adheres to shortage reduction and compliance procedures.~~ — ~~E V G N U~~
* Safely handles equipment and maintains safety awareness. — E V **(G)** N U

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

MERCHANDISING / STOCK (Page 2 of 2)

1. ATTENDANCE & PUNCTUALITY:   Acceptable ✓   Not Acceptable ____

2. GOALS AND OBJECTIVES

**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

N/A

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

N/A

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

REDACTED Needs to focus on Sales through service as well as Improving his beyond orders. Calvin should work on obtaining Department and product knowledge to better assist customers.

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED follows directions and he is a very fast learner REDACTED is competent and shows a willingness to learn. REDACTED has yet to demonstrate a proactive approach to Department issues such as: product shortage on side cap / merchendising with Freight put away.

Circle one rating

3. OVERALL RATING FOR PERIOD         E   V   G   (N)   U

Date of Review: 2-24-15         REDACTED

Reviewed associate's signature after review conference:

Signature _____ Date 02/24/15

Reviewer's signature after review conference:

Signature _____ Date 2-24-15

Hector Olayo
Reviewer's Printed Name         Date

# EXHIBIT 3

  

## ASSOCIATE SEPARATION FORM (Use this form whenever an associate resigns or is terminated)

1. Complete and review sections 1-11 below
2. Ensure that separating associate reads section 10 and signs as indicated
3. Review and confirm all hours; change status in Time & Attendance
4. If applicable, submit final pay request to Corporate Payroll
5. CT, GA, LA, MA, NJ, NM, NY and TN:
   Process your STATE'S SEPARATION NOTICE
6. Notify Talx/UC Express via WebSep

1. NAME: Johnny Mitchell    SOCIAL SECURITY #REDACT    STORE # 1094

2. JOB CLASSIFICATION (check one):  ___ Part Time (Less than 35 hrs per wk)   ___ Full Time (35 or more hrs per wk)   XX Mgmt

3. START DATE: 2/23/10    LAST DAY WORKED: 8/20/15 (this date represents the last day the associate physically worked)    SEPARATION DATE: 8/20/15 (see ** at bottom of form for situations where SEPARATION DATE differs from LAST DAY WORKED)

4. REASON FOR LEAVING - Check all that apply:

RESIGNATION/VOLUNTARY:
___ Better Job Opportunity
___ Return To School
___ Medical
___ Job Abandonment
___ Scheduled Work Hours ☐ too many / ☐ too few
___ Other (Give specific reason) _____

TERMINATION/INVOLUNTARY:
___ Job Elimination
___ Poor Performance
X Misconduct
___ Other

TALX/UCEXPRESS CODE USED:
4800 – violation of company policy

X SEPARATION PROCESSED THRU WEB SEP
(Check box once completed)

5. COMPANY PROPERTY RETURNED - Check all that apply:
✓ Keys (store, terminals, thermostats)
✓ Alarm, telephone and computer access codes erased
___ Associate loans repaid in full
___ Name Badge
___ Other

6. BENEFITS – Check, if applicable:
X Associate informed of COBRA

7. FINAL PAY - Check all that apply:
na ___ Vacation/Floating Holiday/Comp. day adjustment made in Time & Attendance
   Indicate plus or minus days for vacation adjustment: _____
   Indicate Floating Hol/Comp. days owed (if applicable) _____
___ Associate/Employer agree on final check:
   Based on 8 days worked for salaried associates
   Based on ___ hours worked for hourly associates
___ Associate received final check today in the amount of $ _____
___ If applicable, associate loan paperwork forwarded to payroll
___ Associate will return to store to pick up check on _____
✓ If applicable, final paycheck mailed to Address noted in #8

8. CURRENT ADDRESS:

Address  4570 Manor Creek Drive

City  Cumming

State  GA    Zip Code  30040

9. USE BACK SIDE OF THIS FORM FOR ASSOCIATE COMMENTS, IF ANY.

10. Separating associate is to read this section before signing form:
- An adjustment may be made to your final paycheck for any vacation time you had taken but not yet accrued, or that you had accrued but not yet taken. Any such adjustment is set forth above in Section 7.
- As you leave us, we wanted to remind you of your continuing obligation not to disclose to anyone any confidential business and/or proprietary information regarding Bed Bath & Beyond and its operations. Please also make sure you have returned all documents and other items such as records, computer files, computer disks, manuals and notes relating or belonging to the company. You may not take any such materials with you. These things are important to the company, as you may remember from your associate handbook, and that is why your obligation of confidentiality continues even after you leave employment with us.

I fully understand the information that I read in Section 10. If there is anything that I did not understand, I have asked for an explanation.

Associate's Signature: _____    Date 8/20/15

11. Supervisor's Signature: _____    Date 8-20-15
    Store Manager's/Corp Counterpart's Signature: _____    Date 8/20/15

** EXAMPLES OF SEPARATION DATE DIFFERING FROM LAST DAY WORKED:
o The Last Day Worked was actually different from the resignation/termination date.
o Job Abandonment: when an associate is absent from work & does not notify the store for a specific period of time; separation date is the date that the decision was made to separate employment.
o Failure to return from LOA/WC: the separation date is the date that the associate was scheduled to return from an approved LOA or WC leave.
o Failure to return from vacation: the separation date is the date in which the associate was scheduled to return from an approved vacation.

HR 043-1A & 1B – 2/99; 6/01; 5/02; 5/04; 8/04; 2/08; 3/10; 2/11; rev 5/12

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name: Johnny Mitchell          Date: 8/20/15

Date of hire: 2/23/10          SS# : xxx-xx-9742          Store #: 1094
                               (last four digits only)

Circle one:          **Termination**          Warning

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)   4. ( ) Failure to follow directions
2. ( ) Tardiness                                            5. (X) Violation of company rules
3. (X) Improper conduct                                     6. (X) Other - theft

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).)
On multiple occasions since January 2015, Johnny Mitchell has created fraudulent returns for his own personal and financial gain. In addition he took cash from a customer's wallet that was left in the safe. The total amount is $4500. His actions violate Bed Bath and Beyonds policies, procedures and standards and amount to Gross Misconduct. Johnny's employment with BBBY has ended effective immediately.

C. Describe the Company's expectations of associate: _____

D. Next disciplinary step: _____

Hector Olayo   8-20-15     Dustin Zink   8/20/15     Associate's Signature  Date
Manager's Name  Date       Manager's Name  Date      (This signature indicates that
                                                      associate is aware of this notice.)

Manager's Signature  8-20-15    Manager's Signature  8/20/15
                     Date                            Date

(Once completed and signed, file in associate's personnel file.)          HR 026A 11/11