UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARY PRZYTULA and BRAD BREDE, on behalf of themselves and all others similarly situated,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **BED BATH & BEYOND INC.,** <br><br> **Defendant.** | No. 17 Civ. 5124 |

### DECLARATION OF BRIAN SNELL

I, Brian Snell, based on my personal knowledge of the facts stated herein, testify by Declaration as follows:

1.    I am over the age of 18 and am otherwise competent to testify to the matters contained in this Declaration, and if so called, would testify to the facts below.

2.    All of the statements in this Declaration are true and accurate to the best of my knowledge.

3.    The facts set forth in this Declaration are based on my own personal knowledge.

4.    I became employed by Bed Bath and Beyond Inc. ("BBB") in 2003 as a Department Manager.[1] I was then promoted to a District Customer Service Manager in or around 2004, and to a District Human Resources Manager in or around 2005. Presently, I am a Regional Human Resources Manager of the Northeast Region and have served in that role since 2006. My

---

[1] The Company no longer employs Department Managers.

territory in the Northeast Region includes stores in New York, Connecticut, and New Jersey. There are currently 75 stores in my territory of the Northeast Region.

5. Six of the Plaintiffs in this action worked in my stores during their time as Assistant Store Managers. These Plaintiffs are: Brad Brede; John Dunne; Chris Dykeman; Lori Forde; Danielle Reha; and Daniel Kehoe.

6. When Assistant Store Managers warn or discipline associates, they must do so in writing, and copies of the same are maintained in the personnel files of the associates that receive the warning or discipline. Attached hereto as Exhibits 1, 2, and 3 are true and accurate copies of documents from various associates' personnel files of John Dunne, Danielle Reha, and Daniel Kehoe's warning and disciplining of associates.

7. Assistant Store Managers are also required to complete performance reviews for the associates they supervise. Copies of these performance reviews are also maintained in the personnel files of the associates that receive the performance reviews. Attached hereto as Exhibits 4, 5, 6, 7, and 8 are true and accurate copies from various associates' personnel files of performance reviews conducted by Brad Brede, John Dunne, Chris Dykeman, Danielle Reha, and Daniel Kehoe.

8. Assistant Store Managers also assist in hiring and firing store associates. Copies of associate applications, reference checks, and documents relating to an associate's termination are maintained in the personnel files of the associate. Attached hereto as Exhibits 9, 10, 11, and 12 are true and accurate copies from various associates' personnel files of documents relating to John Dunne, Lori Forde, Daniel Kehoe, and Chris Dykeman's assistance in hiring and firing store associates.

2

9.      When Assistant Store Managers are disciplined or terminated, Store Managers usually document the discipline and a copy of the warning or discipline is maintained in the Assistant Store Manager's personnel file. Brad Brede, Danielle Reha, John Dunne, and Chris Dykeman were all disciplined on more than one occasion and/or were ultimately terminated. True and accurate copies of discipline and/or termination related documents from Brede, Reha, Dunne, and Dykeman's personnel files are attached hereto as Exhibits 13, 14, 15 and 16.

10.     Specifically, Brad Brede was terminated for violating company policy when he borrowed money from two other Assistant Store Managers, and attempted to borrow money from one of his subordinate associates. I had been told that the reason for Brad Brede's requests to borrow money were to cover his gambling debts. However, when questioned about the incidents, Brad Brede claimed that he needed the money to move out of his house and lease a car due to a divorce.

11.     Danielle Reha was terminated for violating company policy when she hosted parties at her home to promote and sell Pampered Chef products, which are competitive to BBB's products and demonstrated a conflict of interest in her role as a senior manager with the Company. Further, at her request, several of Danielle Reha's subordinates attended the party.

12.     Chris Dykeman was terminated for misconduct when a $1,200 deposit went missing from his store.


I declare under penalty of perjury that the foregoing is true and correct.

3

Executed this 18 day of December, 2017.

By: _____

Brian Spell
Regional Human Resources Manager
Bed Bath and Beyond Inc.

# EXHIBIT 1

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name **REDACTED**          Date: 8/29/15

Date of hire: 10/17/14          SS# : xxx-xx 7569          Store #: 1240
                                        *(last four digits only)*

Circle one:          Termination          (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)    4. (✓) Failure to follow directions
2. ( ) Tardiness                                             5. ( ) Violation of company rules
3. ( ) Improper conduct                                      6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) On 8/29/15, ASM **REDACTED** was reviewing the front end paperwork for compliance. Upon inspection, **REDACTED** noticed that a weekly communication folder, cashier summary and daily verifications were not completed for the week.

C. Describe the Company's expectations of associate: It was explained to **REDACTED** the financial ramifications of ensuring that this paperwork was done accurately and in a timely manner.

D. Next disciplinary step: Any further violation or any other violation which in the opinion of management is detrimental to the orderly conduct or integrity of the business, may result in further documentation which may result in further disciplinary action up to and including immediate termination of employment

John Lucre          9/2/15          _____ 9/15/15          **REDACTED**
Manager's Name     Date             Manager's Name    Date          Associate's Signature Date
                                                                    (This signature indicates that
Jean Maggiore 9/2/15   Jean Maggiore 9/2/15                         associate is aware of this notice.)
Manager's Signature  Date   Manager's Signature  Date

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name: **REDACTED**                    Date: 4/18/16

Date of hire: 9/8/13          SS# : xxx-xx          Store #: 1246
                                  *(last four digits only)*

Circle one:        Termination                    Warning

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. (✗) Absence (indicate if unreported, excessive, etc.)    4. ( ) Failure to follow directions
2. ( ) Tardiness                                            5. ( ) Violation of company rules
3. ( ) Improper conduct                                     6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) On the following Date, **REDACTED** failed to report for his Schedule Shifts. 4/2/16 - 4/9/16 on 4/17/16. This as his 2 lateness on 3/19/16 and 3/26/16. is excesive at habitual!

C. Describe the Company's expectations of associate: It is expected of all Res Bik or Beyond associates to arrive to work for their scheduled shifts and awere to work on time.

D. Next disciplinary step: Any violations of these rules or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disceplenary action, upto and including immedate termination of employment.

John Dumue 4/24/16          Lynette Rivey 4/24/16          **REDACTED**          04/24/16.
Manager's Name    Date       Manager's Name    Date        Associate's Signature Date
                                                           (This signature indicates that
                                                           associate is aware of this notice.)

[signature] 4/24/16          [signature] 4/24/16
Manager's Signature   Date   Manager's Signature   Date

(Once completed and signed, file in associate's personnel file.)                    HR 026A 11/11

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name: REDACTED      Date: 4/22/16

Date of hire: 4/18/16      SS# : xxx-xx 3383     Store #: 1246
                       *(last four digits only)*

Circle one:      Termination      (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)    4. ( ) Failure to follow directions
2. (X) Tardiness                                    5. ( ) Violation of company rules
3. ( ) Improper conduct                       6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) On the following days REDACTED was late for his following shifts. 4/18/16 , 4/20/16 , and 4/22/16. This is becoming easier or habitual.

C. Describe the Company's expectations of associate: It is expected of all Bed Bath and Beyond associates to arrive to work for their scheduled shifts and ready to work on time

D. Next disciplinary step: Any violations of these rules or any other action which in the opinion of managment is detrimental to the orderly conduct or integrity of the business will result in disciplinary action up to and including immediate termination of employment

John Runne 4/22/16    Cian Maggione 4/22/16    REDACTED
Manager's Name   Date     Manager's Name   Date      Associate's Signature Date
                                                          (This signature indicates that
         4/22/16    Cian Maggi 4/22/16    associate is aware of this notice.)
Manager's Signature   Date    Manager's Signature   Date

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

  

## Note File

Associate's Name: REDACTED _____   Date of hire: _____

Store #: 1246

Date: 10/27/1

REDACTED   WAS LATE TO WORK 5 DAYS IN Sept.
and 5 DAYS IN OctoBer. I Spoke with   REDACTED
and explained that he needs to arive to work
on Time. Any violations of these rules or any
other action, which in the opinion of mangerment
is detremental to the orderly conduct or integrity
of the business, will result in disciplinary action,
up to and including immediate termination of
employment.

_____

~~~~~~~~~~~~~~~~~~~~~~

John Dunne  Asm
**Manager's Printed Name /Title**      (Once completed and signed, file in associate's personnel file.)

John [signature]      10/27/16
**Manager's Signature**      **Date**

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name: REDACTED

Date: 1/3/2017

Date of hire: 3/12/15

SS# : XXX-XX    Store #: 1246
*(last four digits only)*

Circle one:    Termination    Warning

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( X ) Absence (indicate if unreported, excessive, etc.)    4. (  ) Failure to follow directions
2. ( X ) Tardiness    5. (  ) Violation of company rules
3. (  ) Improper conduct    6. (  ) Other

REDACTED

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) Since last conversation on October 18th about her attendance _____ as been late to work 14 times, and missed work 5 times. On 10/26 and 10/27 she called out sick. She was late 11/8 and 11/16, and called out again on 11/21. In the month of December , Rosanna was late 12/1 12/2, 12/5, 12/6, 12/12, 12/13 12/14, 12/15, 12/16, 12/19/ 12/27, and 12/30. She also called out sick on 12/9 and 12/26.

C. Describe the Company's expectations of associate: It is Expected of _____ to show up for her scheduled shifts on time, and not to call out excessively

D. Next disciplinary step: Any violations of these rules or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

John Dunne    1/3/17
Manager's Name    Date

Glen Maggiire    1/13/17
Manager's Name    Date

REDACTED    13/16

Associate's Signature Date
(This signature indicates that
associate is aware of this notice.)

Manager's Signature    1/3/17    Glen Maggiire    13/17
Date    Manager's Signature    Date

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

## ASSOCIATE DISCIPLINARY NOTICE

REDACTED

Associate's Name: _____ Date: 4/11/17

Date of hire: 9/7/16        SS#: XXX-XX        Store #: 1242
                            (last four digits only)

Circle one:        Termination        (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. (X) Absence (indicate if unreported, excessive, etc.)    4. ( ) Failure to follow directions
2. ( ) Tardiness                                            5. ( ) Violation of company rules
3. ( ) Improper conduct                                     6. ( ) Other

REDACTED

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) ON 4/9/17, FAILED TO show up For his scheduled ShiFT. He HAD TOLD us that he got someone to cover his shiFT and wouldn't be in, but the person he said he got to cover said he was unable to cover. This lefT the store in a bad position on a busy sunday, and affected customer service in a negative way.

C. Describe the Company's expectations of associate: IT is expected by the company that our associates Follow there schedules as written or Follow Procedures to get coverage

D. Next disciplinary step: Any violation of these Rules or any other action, which in the opinion of management is determintal to the orderly conduct or integrity of the business, will result in disceplinary action, up to and including immediate termination of employment

John Muhne  4/11/17        [signature] 4/11/17        REDACTED        9/11/17
Manager's Name  Date        Manager's Name  Date        Associate's Signature  Date
                                                        (This signature indicates that
                                                        associate is aware of this notice.)

[signature]  4/11/17        [signature] 4/11/17
Manager's Signature  Date    Manager's Signature  Date

(Once completed and signed, file in associate's personnel file.)                    HR 026A 11/11

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name REDACTED                    Date: 5/1/2017

Date of hire: 2/10/15                SS# : xxx-xx 2606        Store #: 1246
                                     *(last four digits only)*

Circle one:          Termination              Warning

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)      4. ( ) Failure to follow directions
2. ( ) Tardiness                                              5. ( ) Violation of company rules
3. (X) Improper conduct                                       6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written REDACTED warning(s).) On 4/22/17, a customer visited the store and filed a customer complaint over poor service and conduct performed by ___ was observed through video handling the sales transaction with poor body language, and utilizing her cell phone for unauthorized uses, also not satisfying the customer for the price discrepancies over/under $5.00, which all cashiers have been trained and empowered to do ___ / has been spoken to previously by SM and ASM John Dunne concerning other customer complaints regarding her exhibiting poor service at the Front End prior to this complaint on 2/10/17 and 2/11/17

C. Describe the Company's expectations of associate: It is expected of all Bed Bath and Beyond associates to follow all rules and training policies in regards to customer service in the store.

D. Next disciplinary step: Any further violation, or any other violation which in the opinion of management is detrimental to the orderly conduct and integrity of the business, may result in further disciplinary action, up to and including immediate termination of employment.

Manager's Name / Date            John Dunne  5/1/17
                                 Manager's Name    Date

Manager's Signature / Date       Manager's Signature  5/1/17
                                 Date

REDACTED                    5-1-1;
Associate's Signature Date
(This signature indicates that
associate is aware of this notice.)

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

# EXHIBIT 2

  

## Note to File

Associate's Name: REDACTED          Date of hire:_____

Store #: 260

Date: 12/14/15

Danielle Reha spoke to REDACTED on 12/14/15 Regarding a customer complaint on 12/14/15. As a customer was exiting, she told the R manager, by that although REDACTED was very nice, she "talked too much and was in everyone's business". I told REDACTED what the customer said and she said she understands, that she will be more professional going forward

Danielle Reha    OPS          (Once completed and signed, file in associate's personnel file.)
**Manager's Printed Name /Title**

Reha          12/14/15
**Manager's Signature          Date**

  

## Note to File

REDACTED

**Associate's Name** _____ Date of hire: 11/25/07

Store #: 260

Date: 3/10/16

Danielle R spoke to ___ on 3/10/16
Regarding Replenishment expectations.
Danielle told ___ he was to
follow the Replenishment schedule
daily. He needs to pull towels
6-10A on mondays and 8:30-11:30° on
Tues-Fri. He is supposed to work
on pulling/packing out hbc
Replenishment and stockroom
Maintenance after that.  was →

Danielle Rehs
**Manager's Printed Name /Title**

(Once completed and signed, file in associate's personnel file.)

_____ 3/10/16
**Manager's Signature**          **Date**

  

## Note to File

REDACTED
Associate's Name _____ Date of hire: 3/23/16

Store #: 260

Date: 2/16/17

Danielle & REDACTED spoke to REDACTED
about his performance issues on
2/16/17.
REDACTED, has frequent latenesses. Danielle
set the expectation that REDACTED needs
to be at work on time for his scheduled
shifts.
REDACTED, leaves early every shift. He
leaves up to 10 minutes early every
day. When asked why REDACTED couldn't
give a reason, then eventually

Danielle Peña
**Manager's Printed Name /Title**   (Once completed and signed, file in associate's personnel file.)

Danielle Peña      2/16/17
**Manager's Signature**      **Date**

said it was to get to
school on time. Danielle set The
expectation that REDACTED needs to
work his full scheduled shift.

REDACTED was observed sitting in his
car for at least 10 minutes
while punched in, while he was
supposed to be getting carts.
REDACTED said he was looking for
his phone. Danielle Reset The
expectation that REDACTED is expected
to do his scheduled tasks and not
take breaks while on The
clock.

  

## Note to File

REDACTED

Associate's Name                    Date of hire:_____

Store #: 200

Date: 5/10/16

On 5/10/16 REDACTED and Dennielle
spoke to about her frequent
call outs REDACTED has called
out 8 times since January 1, 2016.
Craig and Danielle explained
to that she needs to be
at work and on time for
her scheduled shifts.

_____

Danielle Rehr OPS                    (Once completed and signed, file in associate's personnel file.)
**Manager's Printed Name /Title**

Danielle Rehr
**Manager's Signature**          **Date**

 HARMON® **FACE VALUES**  

Beyond any store of its kind.

# Note to File

REDACTION

Associate's Name: _____     Date of hire: _10-25-11_

Store #: _2600_

Date: _5/11/16_

On 5/11/16 - Danielle spoke to
REDACTION Regarding her dress
Code: REDACTION, came to work in
a see-through shirt with a hood.
It was brought to REDACTION
attention that she was required
to be in dress code per BBB
standards at all times.
She was estan a

Danielle Dehn OPS
**Manager's Printed Name /Title**

(Once completed and signed, file in associate's personnel file.)

Dehn          5/11/16
**Manager's Signature        Date**

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name REDACTED                    Date: Waiter 6/24/16

Date of hire: 10/25/2011x          SS# : xxx-xx                    Store #: 0260
                                        *(last four digits only)*

Circle one:          Termination              ( Warning )

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)    4. (X) Failure to follow directions
2. ( ) Tardiness                                              5. ( ) Violation of company rules
3. ( ) Improper conduct                                       6. ( ) Other

### REDACTED

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) On 06/24/2016, Danielle Reha and _____ spoke to Ashley about her dress code. _____ came to work wearing a see through white tee shirt. _____ vas spoken to on 05/11/16 by Danielle about her dress code. On that day, she also came in wearing a different see through shirt. It was explained to _____ that she must follow dress code.

C. Describe the Company's expectations of associate: All associates must be in dress code.

D. Next disciplinary step: _____
Danielle and _____ reiterated the expectations that BB has for all associates and made it clear that any reoccurrence of this or any other violation of company policy, inconsistent work performance, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in further disciplinary action, up to and including immediate termination.

### REDACTED

| Danielle Reha | 06/24/16 | Skip Schumann | 06/24/16 |
|---|---|---|---|
| Manager's Name | Date | Manager's Name | Date |

Associate's Signature Date   ◯
(This signature indicates that associate is aware of this notice.)

Danielle Reha 6/24/16 _____          6-24/6
Manager's Signature  Date    Manager's Signature  Date

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name: **REDACTED**      Date: 11/05/16

Date of hire: 05/16/16      SS# : XXX-XX      Store #: 260
                                   *(last four digits only)*

Circle one:      Termination         ( Warning )

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. (X) Absence (indicate if unreported, excessive, etc.)      4. ( ) Failure to follow directions
2. (X) Tardiness                                      5. ( ) Violation of company rules
3. ( ) Improper conduct                        6. ( ) Other

**REDACTED**

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) was late 1 hour and 45 minutes on 11/05/16.      was spoken to about his attendance on 08/28/16 and give a written warning

C. Describe the Company's expectations of associate: Bed Bath and Beyond expects all employees to be at work on time for their shifts.

D. Next disciplinary step: Any reoccurrence of this or any other violation of company policy, inconsistent work performance, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business will result in further disciplinary action up to and including immediate termination.

**REDACTED**

| | | | | |
|---|---|---|---|---|
| Danielle Rohn | 11/05/16 | Robert Cain | 11/05/16 | Associate's Signature Date |
| Manager's Name | Date | Manager's Name | Date | (This signature indicates that |
| | | | | associate is aware of this notice.) |

Manager's Signature   11/5/16       Manager's Signature   Date
Date

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

## ASSOCIATE DISCIPLINARY NOTICE

REDACTED

Associate's Name: _____     Date: 01/18/2017

Date of hire: 10/25/2011 _____     SS# : xxx-xx _____     Store #: 260 _____
                                          *(last four digits only)*

Circle one:     Termination          Warning

A. Reason(s) for notice (check applicable reasons and explain in section B):

1. ( ) Absence (indicate if unreported, excessive, etc.)     4. ( ) Failure to follow directions
2. ( ) Tardiness          5. ( ) Violation of company rules
3. ( ) Improper conduct          6. ( ) Other

REDACTED

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) On 01/18/2017, Danielle and ____ spoke to ____ about her dress code. ____ came to work on 1/17/17 not in proper dress code. ____ was wearing a shirt that said STAR WARS in big letters, and the whole front of the shirt was a graphic scene from the movie. The shirt had a hood. ____ was told she could not work in improper dress code. she left for the day and did not work her shift. ____ has been spoken to on 05/11/16, 08/24/2016 and 08/20/16 about not being in proper dress code.

C. Describe the Company's expectations of associate: BBB expects all associates to be in proper dress code at all times.

D. Next disciplinary step: Danielle and ____ reiterated the expectations the BBB has for all associates and made it clear that any reoccurrence of this or any other violation of company policy, inconsistent work performance, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in further disciplinary action, up to and including immediate termination.

REDACTED

| Craig Donohue | 01/18/17 | Danielle Reha | 01/18/17 | |
|---|---|---|---|---|
| Manager's Name | Date | Manager's Name | Date | Associate's Signature Date |
| | | | | (This signature indicates that |
| | | | | associate is aware of this notice.) |
| Manager's Signature | Date | Manager's Signature | Date | |

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

  **FACE VALUES** Christmas Tree Shops 

Beyond any store of its kind.

## Note File

REDACTED

Associate's Name: _____ Date of hire: ____

Store #: 260

Date: 1/18/17

___Danielle and REDACTED spoke to
REDACTED on 1/18/17. On 01/17/17,
REDACTED was not in dress code
and was told she was not
allowed to work. She said if
she had to leave to get
changed she would not come
back to work. She was told
that she was expected to be
back to work. She did not come
back REDACTED was told on 1/18/17

→

Danielle Rehs OPS          *(Once completed and signed, file in associate's personnel file.)*
Manager's Printed Name /Title
[signature]   1/18/17
Manager's Signature    Date

that her leaving and not
coming back was unacceptable,
disrespectful and insubordinate.

1/21


Beyond any store of its kind.

HARMON*
FACE VALUES

Christmas
Tree Shops



# Note to File

Associate's Name: **REDACTED**          Date of hire: 9/7/16

Store #: 1200

Date: 1/20/17

**REDACTED** has been late 2 times
and called out 2 times in
the first 2 weeks of January.
Attendance needs to improve

Danielle Peters     625

Manager's Printed Name /Title          (Once completed and signed, file in associate's personnel file.)

Manager's Signature     Date   1/22/17

  

**FACE VALUES**

## Note File

REDACTED

Associate's Name ~~_____~~ Date of hire: _____

Store #: 200

Date: 4/6/17

REDACTION

Danielle spoke to ___ on
4/6/17 regarding his personal
productivity in receiving.
REDACTION gets distracted too
easily, loses focus, & does not
meet the 20 goal set in
receiving. REDACTION understands
how/why productivity works
now and will work to
goals in the future.

Danielle Rehs GPS   (Once completed and signed, file in associate's personnel file.)
**Manager's Printed Name /Title**
Danielle Rehs   4/6/17
**Manager's Signature**   **Date**

BED BATH & BEYOND Beyond any store of its kind. HARMON FACE VALUES Christmas Tree Shops buybuy BABY

# Note File

Associate's Name REDACTED Date of hire: ______

Store #: 2600

Date: 4/9/17

Danielle Reha spoke to REDACTED about her Replenishment Reports. REDACTED is not following procedure by not leaving Reports on Danielle's desk, and by not writing her daily pull numbers on the replenishment board. REDACTED understand that she must leave her papers for Danielle & write her numbers on the board daily.

Danielle Reha OPS
Manager's Printed Name /Title

(Once completed and signed, file in associate's personnel file.)

D Reha 4/10/17
Manager's Signature Date

## ASSOCIATE DISCIPLINARY NOTICE

REDACTED

Associate's Name: _____     Date: 04/25/2017

Date of hire: 11/16/2015 _____     SS# : xxx-xx _____     Store #: 0260
                                              *(last four digits only)*

Circle one:          Termination                    Warning

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. (   ) Absence (indicate if unreported, excessive, etc.)     4. (   ) Failure to follow directions
2. (   ) Tardiness                                             5. (   ) Violation of company rules
3. (   ) Improper conduct                                      6. (   ) Other

REDACTED

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident,
witness(es), rule violated, etc; refer to any previous verbal and/or written
warning(s).) ON 04/25/17, DANIELLE H AND         SPOKE TO      ABOUT HIS FREQUENT ATTENDANCE ISSUES.       HAS BEEN SPOKEN TO
REGARDING THIS ISSUE ON 02/28/17 BY FRAIN F.     CALLED OUT ON 03/14/17 AND 04/24/17.              WAS LATE 8 MINUTES ON 03/07,
8 MINS ON 03/28, 7 MINS ON 03/30, 7 MINS ON 04/12, 10 MINS ON 04/19 AND 57 MINS ON 04/21.         IS AT LEAST 4-5 MINUTES LATE EVERY
SINGLE SHIFT.
_____
_____
_____

C. Describe the Company's expectations of associate: BED BATH AND BEYOND EXPECTS ALL ASSOCIATES TO BE ON
TIME FOR THEIR SCHEDULED SHIFTS.
_____
_____
_____

D. Next disciplinary step: ANY RE-OCCURRENCE OF THIS OR ANY OTHER VIOLATION OF COMPANY POLICY, INCONSISTENT
WORK PERFORMANCE, OR ANY ACTION WHICH IN THE OPINION OF MANAGEMENT IS DETRIMENTAL TO THE ORDERLY CONDUCT
OF THE INTEGRITY OF THE BUSINESS, WHICH WILL RESULT IN FURTHER DISCIPLINARY ACTION, UP TO AND INCLUDING
TERMINATION.
_____
_____

REDACTED

_____   _____   _____   _____
Manager's Name       Date      Manager's Name       Date

_____   _____   _____   _____     Associate's Signature Date
Manager's Signature  Date      Manager's Signature  Date      (This signature indicates that
                                                              associate is aware of this notice.)

(Once completed and signed, file in associate's personnel file.)

                                                              HR 026A 11/11

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name <span>REDACTED</span>                    Date: 06/02/2017

Date of hire: 11/10/05                    SS# : xxx-xx                    Store #: 260
                                          *(last four digits only)*

Circle one:          Termination                    Warning

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)    4. ( ) Failure to follow directions
2. ( ) Tardiness                                            5. ( ) Violation of company rules
3. ( ) Improper conduct                                     6. ( ) Other

### REDACTED

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) was spoken to on 4/2/17 about attendance and punctuality. was told she needs to be at her designated area by the time she is scheduled. Since that conversation has not been at her designated area 10 more times. She has also called out 2 times.

C. Describe the Company's expectations of associate: The company expeotations are for all associates to be punched in and ready for their shifts when they are scheduled.

D. Next disciplinary step: reiterated the expectations that Bed Bath and Beyond has for all associates and made it clear that any reoccurance of this or any other violation of company policy, inconsistent work performance or any other action which in the opinion of management is detrimental to the orderly conduct or integrity of the business will result in further disciplinary action up to and including immediate termination of employment.

<span>REDACTED</span>

Robert Cain          5/2/17      Danielle Reha        5/2/17
Manager's Name       Date        Manager's Name       Date        Associate's Signature Date
                                                                  (This signature indicates that
                                                                  associate is aware of this notice.)

Manager's Signature  Date        Manager's Signature  Date

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

  

## Note to File

REDACTED

Associate's Name: _____    Date of hire:_____.

Store #: 260

Date: 5/4/17

Danielle R spoke to REDACTED today regarding her attendance. She is frequently late. I asked her if she needed us to change her start time to help her be on time and she said no. I asked if she needed anything at all from us and she said no. She understands that she needs to be on time for her shifts going forward.

Danielle Rehs CDS

**Manager's Printed Name /Title**    (Once completed and signed, file in associate's personnel file.)

Danielle Dels 5/4/17

**Manager's Signature**    **Date**

  

## Note to File

REDACTED

Associate's Nam _____ Date of hire: 10/12/14

Store #: 200

Date: 5/4/17

Danielle R spoke n REDACTED about
his frequent latenesses.
REDACTED understands The
importance of being on
time and will be on time
for his scheduled shifts
going forward.

Danielle Rehg ✗ (Once completed and signed, file in associate's personnel file.)
**Manager's Printed Name /Title**

Danielle Reho  5/4/17
**Manager's Signature**       **Date**

  

# Note to File

REDACTED

Associate's Name

Date of hire: 11-05-05

Store #: 2600

Date: 10-01-17

Danielle & REDACTED  spoke to
on 6/01/17. It was brought to
Danielle's attention that REDACTED
was saying hurtful things to
another associate. Danielle told
REDACTED  that when he is on
the clock he must be
professional while dealing
with his coworkers. and
speak minimally but professional.

Danielle Pehr  005
**Manager's Printed Name /Title**

(Once completed and signed, file in associate's personnel file.)

Pehr  10/01/17
**Manager's Signature**          **Date**



BED BATH & BEYOND
Beyond any store of its kind.
HARMON
FACE VALUES
Christmas Tree Shops
buybuy BABY

A Reminder Conversation

## Note to File

REDACTED

Associate's Name: ~~REDACTED~~                Date of hire: _____

Store #: 200

Date: 6/01/17

REDACTED   was issued a written
warning for attendance on
4/25/17 by Danielle & REDACTED
REDACTED   was late 12 mins on 5/19
and called out sick on 5/23/17.
This is a reminder conversation
that REDACTED   needs to be on time
for his scheduled shifts. Danielle
& REDACTED   spoke to him. on
06/01/17

Danielle Dehs QPS
**Manager's Printed Name /Title**

(Once completed and signed, file in associate's personnel file.)

~~signature~~   6/01/17
**Manager's Signature        Date**

 

## Note to File

REDACTED
Associate's Name                    Date of hire: 07/05/04

Store #: 2000

Date: 6/01/17

    Danielle and REDACTED spoke to REDACTED
on 6/01/17 about his attitude while
working. It was brought to our
attention that REDACTED spends most of
his day complaining about one or
two topics, mainly management,
for the entire day. REDACTED constant
complaining is disrupting the
team. Danielle told _____ that if he
has issues he needs to speak to →

Danielle Dehs GM
**Manager's Printed Name /Title**          (Once completed and signed, file in associate's personnel file.)

Danielle Dehs, 6/01/17
**Manager's Signature**      **Date**

a Manager who can help him
instead of voicing his disgruntledness
to the team REDACTED said he
understands and will not
complain to his peers going
forward.

# EXHIBIT 3

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name: REDACTED                    Date: July 26, 2016

Date of hire: 12/28/2015              SS# : XXX-XX - O77Z              Store #: 0105
                                      *(last four digits only)*

Circle one:        Termination                    (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)    4. (✓) Failure to follow directions
2. ( ) Tardiness                                            5. ( ) Violation of company rules
3. ( ) Improper conduct                                     6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written REDACTED warning(s).) On July 19, 2016,        Operations Manager, had a note to file conversation with           regarding his work productivity, his ability to follow directions, and his willingness to accept constructive criticism. At the end of the conversation,   stated that he understood what the expectations were for his put-away responsibilities. On July 26,2016,        failed to POG his backstock in the lower stockroom, placed merchandise on the sales floor in the wrong locations, and was unable to follow direction as to where to merchandise a boxed window treatment accessory. Because of all of this, he was unable to complete his conveyance in the 1 hour of allotted time to make his productivity goal.

C. Describe the Company's expectations of associate: Bed Bath and Beyond associates are expected to follow certain generally accepted rules of conduct. These rules are designed to assure that our associates behave at all times with common courtesy, common decency and common sense. Any violation of these rules, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

D. Next disciplinary step:        productivity and ability to accomplish tasks will be evaluated and measured on an on-going basis. Any failure to meet the expectations of finishing at least 1 conveyance in an hour; following directions given to him by the put-away team lead; finishing his job accurately and in a safe manner; will result in further disciplinary action.

BRIAN GILL   7-26-16              Daniel Behar   7/26/16         REDACTED        7-26-16
Manager's Name   Date             Manager's Name   Date          Associate's Signature   Date
                                                                 (This signature indicates that
B-M.M.   7-26-16                        7/26/16                   associate is aware of this notice.)
Manager's Signature   Date        Manager's Signature   Date

(Once completed and signed, file in associate's personnel file.)

                                                                 HR 026A 11/11

*Jobs in Jeopardy*

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name **REDACTED**          Date: August 16, 2016

Date of hire: 12/26/2016          SS# : XXX-XX ⭕7̲7̲2̲          Store #: 105
(last four digits only)

Circle one:          Termination          Warning

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)      4. (⊗) Failure to follow directions
2. ( ) Tardiness          5. ( ) Violation of company rules
3. ( ) Improper conduct          6. ( ) Other

**REDACTED**

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).) On August 16, 2016, As part of the put away team, _____ was responsible for clearing out a cage of merchandise for the second floor. On his cage, he had 5 sets of dreamzone sheets in blue that he should have backstocked in the sheet stockroom. As I, Bernadette Price, was walking the sheet stockroom I found the sheets left in a shopping cart. When I asked _____ about it, he said he left it there because he didn't know where to put it. I asked him what he should have done, he told me he could have paged someone for help. In the same shift, I found on his phone twice. I addressed him the first time as a warning and found him later on the phone again. During that time, he should have completed a small replenishment project in windows that should not have taken more than 30 min. He did not complete that project until 10am. More than 2 hours after he started. _____ has had numerous conversations with members of the leadership team regarding the expectations of put away associates, failure to follow directions and work productivity.

C. Describe the Company's expectations of associate: The expectation of every employee at Bed Bath & Beyond is that they follow the directions of the company when it comes to company standards. This includes putting merchandise away in the proper location, entering any merchandise that is being put away in the stockroom in our POG system, not using personal phones for personal use on company time and hitting productivity goals for replenishing.

D. Next disciplinary step: _____ is being placed on a job in jeopardy at this time. Any violations of the rules, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including termination of employment. .

*Daniel Pehue*  8/17/16      *Danielle Squires*  8/17/16      **REDACTED**  8/17/16
Manager's Name          Date      Manager's Name          Date      Associate's Signature Date
(This signature indicates that associate is aware of this notice.)

*[signature]*  8/17/16      *[signature]*  8/17/16
Manager's Signature          Date      Manager's Signature          Date

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11

# EXHIBIT 4

**BED BATH &**
**BEYOND**
Beyond any store of its kind.

**REDACTED**

## SALES FORCE PERFORMANCE REVIEW (Page 1 of 2)

Name: _____  Store #: _850_  Date of review: _7/30/16_

Circle review type & indicate Date Due:

90 DAY REVIEW DUE: _____  OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: ✓ · 7-30-16
DATE OF HIRE: 9-23-15

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| | | |
|---|---|---|
| Printed Name _BRAN BAEDE_ | Signature _____ | Position _ASM_ |
| Printed Name _____ | Signature _____ | Position _____ |
| Printed Name _____ | Signature _____ | Position _____ |
| Printed Name _____ | Signature _____ | Position _____ |
| Printed Name _____ | Signature _____ | Position _____ |
| Printed Name _____ | Signature _____ | Position _____ |

### KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)

| Skill | E | V | G | N | U |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE SKILLS** | | | | | |
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | (V) | G | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Works to expand product knowledge within home department. | E | V | G | (N) | U |
| * Works to expand product knowledge throughout total store. | E | V | G | (N) | U |
| * Answers phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |
| **TEAM SKILLS** | | | | | |
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | (G) | N | U |
| * Maintains a positive outlook toward job. | E | V | (G) | N | U |
| * Communicates effectively with Management and other associates. | E | V | (G) | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | (V) | (G) | N | U |
| * Is a team player. | E | V | (G) | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | G | (N) | U |
| **OPERATIONS & PROCEDURES** | | | | | |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Is familiar with transfers, special orders, ship directs and follows through to completion. | E | V | (G) | N | U |
| * Has developed knowledge of Bridal/Gift Registry service and adheres to all special operating procedures. | E | V | (G) | N | U |
| * Responds to phone orders quickly, notifies customer and ensures resolution of orders. | E | V | (G) | N | U |
| * Handles all paperwork with accuracy and efficiency. | E | V | (G) | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | (G) | N | U |

**SALES FORCE PERFORMANCE REVIEW (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**          Acceptable _____ ✓ _____ Not Acceptable _____

### GOALS AND OBJECTIVES
**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

N/A

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

N/A

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

REDACTED WORKS WELL WITH OTHERS AND HAS Good Product KNOWLEDGE. HE KNOWS OUR SYSTEMS.

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED WORK HARD NEED TO STAY FOCUSED HE HAS MISSED A FEW SHIFTS. NEED TO BE MORE ENGAGING.

Circle one rating

**3. OVERALL RATING FOR PERIOD**          E V (G) N U

Date of Review: 9-30-2016

REDACTED

Reviewed associate's signature after review conference:

Signature _____   Date 9-30-16

Reviewer's signature after review conference:

Signature _____   Date 9-30-16

Brad Brede   9-30-16
Reviewer's Printed Name   Date

**BED BATH & BEYOND**
Beyond any store of its kind!

REDACTED

**SALES FORCE PERFORMANCE REVIEW (Page 1 of 2)**

Name: _____  : #: 850  Date of review: 7/30/16

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____  OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: ✓  7.30/16
DATE OF HIRE:  9·9·15

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | BRAD BREDE | Signature | | Position | ASM |
| Printed Name | ROBERT AMODEO | Signature | | Position | S.M. |
| Printed Name | | Signature | | Position | |
| Printed Name | | Signature | | Position | |
| Printed Name | | Signature | | Position | |
| Printed Name | | Signature | | Position | |

**KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | (V) | G | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | (V) | G | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | (V) | G | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | (V) | G | N | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | (V) | G | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Works to expand product knowledge within home department. | E | (V) | G | N | U |
| * Works to expand product knowledge throughout total store. | E | V | (G) | N | U |
| * Answers phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | (G) | N | U |
| * Maintains a positive outlook toward job. | E | (V) | G | N | U |
| * Communicates effectively with Management and other associates. | E | (V) | G | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | (V) | G | N | U |
| * Is a team player. | E | (V) | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | G | (V) | G | N | U |

## OPERATIONS & PROCEDURES

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Is familiar with transfers, special orders, ship directs and follows through to completion. | E | V | (G) | N | U |
| * Has developed knowledge of Bridal/Gift Registry service and adheres to all special operating procedures. | E | V | (G) | N | U |
| * Responds to phone orders quickly, notifies customer and ensures resolution of orders. | E | V | (G) | N | U |
| Handles all paperwork with accuracy and efficiency. | E | V | (G) | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | (G) | N | U |

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)

**SALES FORCE PERFORMANCE REVIEW (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**                    Acceptable ___✓___    Not Acceptable _____

### GOALS AND OBJECTIVES
**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

N/A

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

N/A

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishment.)

REDACTED  WORKS VERY HARD AND IS ALWAYS WILLING TO TAKE ON NEW OPPURTUNITIES TO LEARN AND BECOME MORE HELPFUL

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.  Also ONTIME - VERY HELPFUL - EXTREMLY HELPFULL AND KIND

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E (V) G N U

Date of Review: _____

REDACTED

10/1/16

Reviewed associate's signature after review conference:

Signature _____    Date  10/1/16

Reviewer's signature after review conference:

Signature _____    Date  6/1/16

Reviewer's Printed Name

# BED BATH & BEYOND
Beyond any store of its kind.

**REDACTED**

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: _____  Store #: __450__  Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____  OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: __08-26-16__
DATE OF HIRE: __08-05-15__

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name __Brian Brede__  Signature _____  Position __ASM__
Printed Name _____  Signature _____  Position _____
Printed Name _____  Signature _____  Position _____
Printed Name _____  Signature _____  Position _____
Printed Name _____  Signature _____  Position _____
Printed Name _____  Signature _____  Position _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating: E V G N U

## CUSTOMER SERVICE SKILLS

| Skill | Rating |
|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E V (G) N U |
| * Ensures a prompt, friendly approach to all customers. | E V (G) N U |
| * Escorts customers seeking location(s) of specific merchandise. | E V (G) N U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E (V) G N U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E (V) G N U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E V (G) N U |
| * Determines customer needs and works to add-on sell. | E V (G) (N) U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E (V) G N U |
| * Answers the phone promptly and uses proper phone etiquette. | E V (G) N U |

## TEAM SKILLS

| Skill | Rating |
|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E (V) G N U |
| * Accepts constructive criticism and acts upon it. | E (V) G N U |
| * Maintains a positive outlook toward job. | E V (G) N U |
| * Communicates effectively with Management and other associates. | E V (G) N U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E (V) G N U |
| * Is a team player. | E V (G) N U |
| * Exhibits professional manner, dress and appearance at all times. | E V (G) N U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| Skill | Rating |
|---|---|
| * Works to maintain selling floor standards and recovery of the department. | E (V) G N U |
| * Is aware of product sell through and completes pull lists. | E V (G) N U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E (V) G N U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E (V) G N U |
| * Adheres to shortage reduction and compliance procedures. | E V (G) N U |
| * Safely handles equipment and maintains safety awareness. | E (V) G N U |

J: prmsh.wd(rev.2000;8/04;1/07;3/07;8/10)

MERCHANDISING / STOCK (Page 2 of 2)

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable __✓__ Not Acceptable _____

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

REDACTED    ACTION SHOW THAT SHE PRACTICES GOT TO GET A PEN DAILY.

SHE UNDERSTANDS REPLENISHMENT PROCEDURES AND HELPS OUT WHEN ASKED

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

NO UNACCOMPLISHED GOALS.

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

1. I WOULD LIKE TO SEE HER LEARN TO RING ON THE REGISTER.

I WILL WORK WITH HER TO CONTINUE LEADERSHIP SKILL AND HELP AND COACH OTHERS.

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED    HAS SHOWN GREAT OVERALL IMPROVEMENT AND

HAS TOTALLY STEPPED UP ACROSS THE BOARD.

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E  V  (G)  N  U

Date of Review: _____

REDACTED

Reviewed associate's signature after review conference:

Reviewer's signature after review conference:

Signature _____ Date _____

Signature _____ Date _____

Reviewer's Printed Name _____ Date _____

# EXHIBIT 5

**BED BATH & BEYOND**
*Beyond any store of its kind.*

REDACTED

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: _____    Store #: 1246    Date of review: 4/11/16

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE:  4/28/16
ANNUAL REVIEW DUE: _____    OTHER ( _____ Review) due: _____
DATE OF HIRE: 1/28/16

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| | | |
|---|---|---|
| Printed Name _____ | Signature _____ | Position ASM |
| Printed Name _____ | Signature _____ | Position ASM |
| Printed Name John Duwme | Signature _____ | Position ASM |
| Printed Name Brandon Simpson | Signature _____ | Position SM |
| Printed Name _____ | Signature _____ | Position _____ |
| Printed Name _____ | Signature _____ | Position _____ |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating

| Skill | E | V | G | N | U |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE SKILLS** | | | | | |
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Determines customer needs and works to add-on sell. | E | V | G | (N) | U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E | V | G | (N) | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |
| **TEAM SKILLS** | | | | | |
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | (G) | N | U |
| * Maintains a positive outlook toward job. | E | (V) | G | N | U |
| * Communicates effectively with Management and other associates. | E | V | (G) | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | (G) | N | U |
| * Is a team player. | E | V | (G) | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |
| **MERCHANDISING & DEPARTMENT MAINTENANCE** | | | | | |
| * Works to maintain selling floor standards and recovery of the department. | E | V | (G) | N | U |
| * Is aware of product sell through and completes pull lists. | E | V | (G) | N | U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E | V | G | (N) | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | (G) | N | U |
| * Safely handles equipment and maintains safety awareness. | E | V | (G) | N | U |



**BED BATH & BEYOND**
Beyond any store of its kind.

**REDACTED** Name:

**FRONT END LEAD/SUPERVISOR (Page 1 of 2)**

Store #: 1246   Date of review: 10/19/16

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| | | | |
|---|---|---|---|
| Printed Name John Dunne | Signature | Position | ASM |
| Printed Name Lynette Riley | Signature | Position | ASM |
| Printed Name | Signature | Position | SM |
| Printed Name | Signature | Position | |
| Printed Name | Signature | Position | |
| Printed Name | Signature | Position | |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

| I. PERFORMANCE SKILLS | E | V | G | N | U |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE - overall rating** | E | V | G | N | U |
| 1. Always leads by example the customer service standards which create positive experiences for employees and customers. | E | V | G | N | U |
| 2. Institutes practices that ensure all opportunities to enhance customer service are pursued. | E | V | G | N | U |
| 3. Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | G | N | U |
| 4. Ensures that customers are viewed as a priority. | E | V | G | N | U |
| **FRONT END SKILLS - overall rating** | E | V | G | N | U |
| 1. Ensure gift registry purchases are properly recorded. | E | V | G | N | U |
| 2. Maintains staffing levels at registers. | E | V | G | N | U |
| 3. Completes cashout accurately and in a timely manner. | E | V | G | N | U |
| 4. Trains cashiers on new policies and procedures. | E | V | G | N | U |
| 5. Ensures GWP and rebate guides are up to date and cashiers are trained on procedures. | E | V | G | N | U |
| 6. Monitors cashier scanning, O/S + logs, discusses concerns with Management as necessary. | E | V | G | N | U |
| 7. Communicates security alerts to cashiers. | E | V | G | N | U |
| 8. Identifies and communicates unique and individual store opportunities focusing on the core customer's needs. | E | V | G | N | U |
| 9. Adheres to all PLU policies and procedures. | E | V | G | N | U |
| 10. Ensures all POS equipment is in working order. | E | V | G | N | U |
| 11. Ensures that annual Certifications and biannual Cart Test are conducted with all associates. | E | V | G | N | U |
| **OPERATIONAL SKILLS - overall rating** | E | V | G | N | U |
| 1. Understands and executes principles of Process Improvement (PI). | E | V | G | N | U |
| 2. Knowledgeable of and properly implements safety and loss prevention procedures. | E | V | G | N | U |
| 3. Properly utilizes and acts upon XBR reports. | E | V | G | N | U |
| 4. Completes all necessary paperwork accurately and in a timely manner. | E | V | G | N | U |
| 5. Complies with Company standards for all operational policies and procedures. | E | V | G | N | U |
| 6. Ensures department maintenance. | E | V | G | N | U |
| 7. Works in a safe manner and maintains safe, clean work environment. | E | V | G | N | U |
| 8. Understands the financial implications of adhering to front end policies and procedures. | E | V | G | N | U |
| **INTERPERSONAL/MANAGEMENT SKILLS - overall rating** | E | V | G | N | U |
| 1. Follows instructions. | E | V | G | N | U |
| 2. Promptly advises Management of any problems. | E | V | G | N | U |
| 3. Seeks advice when appropriate. | E | V | G | N | U |
| 4. Ability to prioritize work effectively, control time and meet deadlines. | E | V | G | N | U |
| 5. Exhibits ability to work independently with minimum supervision, self-starter. | E | V | G | N | U |
| 6. Exhibits ability to accept and act upon constructive criticism. | E | V | G | N | U |
| 7. Initiative, self motivation, enthusiasm, attitude and reliability. | E | V | G | N | U |
| 8. Communicates and works well with Management and other associates. | E | V | G | N | U |
| 9. Aptitude for dealing with people (tact). | E | V | G | N | U |
| 10. Ability to identify critical issues. | E | V | G | N | U |
| 11. Accomplishes objectives with a sense of urgency. | E | V | G | N | U |
| **PERSONAL WORK CHARACTERISTICS - overall rating** | E | V | G | N | U |
| 1. Exercises proper and ethical behavior at all times. | E | V | G | N | U |
| 2. Works effectively under pressure. | E | V | G | N | U |
| 3. Seeks greater level of responsibility. | E | V | G | N | U |
| 4. Willing to work for the good of the Company, is a team player. | E | V | G | N | U |
| 5. Makes effective use of time. | E | V | G | N | U |

FE Lead rev. 8/04; 1/07; 07/10

**From:** EMAIL1246/Stores/BBBY
*Sent by: John Dunne/Shared/Stores/BBBY*

**To:**

**Date:** Saturday, August 20, 2016 03:00PM
**Subject:**

# GOALS AND OBJECTIVES
## OBJECTIVES ACCOMPLISHED

- Properly inform all management of any POS equipment not functioning. this includes scanners, EAS pads, battery backups, printers etc.
- To help assist with front end training for all newly hired associates, including front end basics and cart tests.

### UNACOMPLISHED OBJECTIVES

- Needs to complete all necessary paperwork for front end in a timely manner. Specifically but not limited to Daily Cash Reconciliations, Daily Chat Ins, Cashier Verifications, Weekly communication tracker.
- Use guides and specs to ensure all front end sections are set up correctly and maintained. This includes register L's, Register Steps, Trash Wall and Framed Art Wall.
- Maintain a clean safe work area at Customer Service. This will be done by ensuring he personally follows routines of finishing all return transactions, including the placement of damaged or non damaged items into their proper location.

### GOALS AND OBJECTIVES FOR NEXT REVEIW PERIOD
### REDACTED

- It is imperative that    achieve the unaccomplished goals that were set for him for last review period. Setting new goals at this point isn't going to help with his development until he achieves past goals that were set for him. These Goals need to be set Immediately and to continue always.

### STRENGTHS AND WEAKNESSES
### REDACTED

- is the ultimate team player. He is always willing to do what is best for our customers, fellow associates and our company.
- needs to show more urgency into getting tasks done.
- is very reliable and is willing to work whenever we need him.

### REDACTED

$\frac{10-15-16}{Date}$

FRONT END LEAD/SUPERVISOR (Page 2 of 2)

**I. ATTENDANCE & PUNCTUALITY:**   Acceptable_____  Not Acceptable_____

## GOALS AND OBJECTIVES

**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.
_. See attached_

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined at previous review or during the period.
_See attached_

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)
_See attached_

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

_See attached_

## OVERALL RATING FOR PERIOD
REDACTED

Name: ~~_____~~

Date of Hire: _10/17/11_

Reviewed associate's signature after review conference:

Reviewer's signature after review conference:

E  V  (G)  N  U

Store Name and Number: _1746_  _25_

Date of Review: _10/13/16_
REDACTED

Signature _10-13-16_   Date

Signature _Cen Maggiore_  _10/13/16_  Date

Reviewer's Printed Name _Clen Maggiore_  _10/13/16_  Date

# EXHIBIT 6

OCT-27-2017 02:37PM FROM-                                         T-243 P 001/001 F-516

**BED BATH & BEYOND**
Beyond any store of its kind.

**SALES FORCE PERFORMANCE REVIEW (Page 1 of 2)**

Name: REDACTED _____ Store #: _511_ Date of review: _____

Circle review type & Indicate Date Due:
90 DAY REVIEW DUE: _2/10/17_   OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _11/10/13_

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | Signature | Position |
|---|---|---|
| Christopher Dylan | | ASM |
| | | |
| | | |
| | | |
| | | |
| | | |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE SKILLS** | | | | | |
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | Ⓖ | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | Ⓖ | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | Ⓖ | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | Ⓖ | N | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | Ⓥ | G | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | Ⓖ | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | Ⓖ | N | U |
| * Works to expand product knowledge within home department. | E | V | Ⓖ | N | U |
| * Works to expand product knowledge throughout total store. | E | V | Ⓖ | N | U |
| * Answers phone promptly and uses proper phone etiquette. | E | V | Ⓖ | N | U |
| **TEAM SKILLS** | | | | | |
| * Demonstrates initiative and completes projects in a timely manner. | E | V | Ⓖ | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | Ⓖ | N | U |
| * Maintains a positive outlook toward job. | E | V | Ⓖ | N | U |
| * Communicates effectively with Management and other associates. | E | V | Ⓖ | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | Ⓥ | G | N | U |
| * Is a team player. | E | Ⓥ | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | Ⓖ | N | U |
| **OPERATIONS & PROCEDURES** | | | | | |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | Ⓖ | N | U |
| * Is familiar with transfers, special orders, ship directs and follows through to completion. | E | V | Ⓖ | N | U |
| * Has developed knowledge of Bridal/Gift Registry service and adheres to all special operating procedures. | E | V | Ⓖ | N | U |
| * Responds to phone orders quickly, notifies customer and ensures resolution of orders. | E | V | Ⓖ | N | U |
| * Handles all paperwork with accuracy and efficiency. | E | V | Ⓖ | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | Ⓖ | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | Ⓖ | N | U |

J. prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)

# EXHIBIT 7

**BED BATH & BEYOND**
Beyond any store of its kind!

REDACTED

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

Name: _____  Store #: _____  Date of review: _____

Circle review type & indicate Date Due:
90 DAY REVIEW DUE: _____  OTHER ( _____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name DONNA BARRY  Signature _Donna Barry_  Position Front end Mgr

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

## KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|

### CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | Ⓖ | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | Ⓖ | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | Ⓖ | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | Ⓖ | N | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | V | G | Ⓝ | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | Ⓖ | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | Ⓖ | N | U |
| * Works to expand product knowledge within home department. | E | V | G | Ⓝ | U |
| * Works to expand product knowledge throughout total store. | E | V | G | Ⓝ | U |
| * Answers phone promptly and uses proper phone etiquette. | E | V | Ⓖ | N | U |

### TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | Ⓖ | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | Ⓖ | N | U |
| * Maintains a positive outlook toward job. | E | Ⓥ | G | N | U |
| * Communicates effectively with Management and other associates. | E | V | Ⓖ | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | Ⓖ | N | U |
| * Is a team player. | E | V | Ⓖ | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | Ⓖ | N | U |

### OPERATIONS & PROCEDURES

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Handles all sales and return transactions with accuracy and efficiency. | E | V | Ⓖ | N | U |
| * Maintains a neat and organized register area. | E | Ⓥ | G | N | U |
| * Adheres to shortage reduction procedures; follows special operating procedures in the department. | E | V | Ⓖ | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | G | Ⓝ | U |
| * Works to maintain selling floor standards and recovery of the department. | E | V | Ⓖ | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | Ⓖ | N | U |

**FRONT END ASSOCIATE REVIEW (Page 2 of 2)**

## 1. ATTENDANCE & PUNCTUALITY:          Acceptable _X_     Not Acceptable _____

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

REDACTED _completes frontend Univeress Basic_
_Clothes + Cosmetic_
_Sankia understand the Basic Bob, Lisa, Rep_

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

REDACTED _need her product knowledge Willbe her deptorial._
_Sankian need us a product Embriology through out the_
_etc._

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

REDACTED _need product Knowledge through out the store_
_Sankia need product knowledge within the Roxbury Department._
REDACTED _will a to lean -1DB._

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED _displays a williness to do what is ask. She is_
_a caring Plaue. Sanya has strong Customer service skill_
REDACTED _will to work on suggest sir il._

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E   V  (G) N  U

Date of Review: _11-18-15_

REDACTED

Reviewed associate's signature after review conference:

Signature _____ Date _11/18/15_

Reviewer's signature after review conference:

Signature _Danielle Reka_ Date _11/18/15_

_Danielle Reha_
Reviewer's Printed Name

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev, 3/07;rev 06/10)



**BED BATH & BEYOND**
Beyond any store of its kind.

**REDACTED**

Name:

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

pre #: _____  Date of review: _____

Circle review type & Indicate Date Due:
(90 DAY REVIEW DUE:)     OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | Signature | Position |
|---|---|---|
| Printed Name DONNA BARRY | Signature Donna CBarry | Position Front end Mgr |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |

## KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)

| | E V G N U |
|---|---|

### CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Determines customer needs and works to add-on/upgrade sell. | E | V | G | (N) | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Works to expand product knowledge within home department. | E | V | G | (N) | U |
| * Works to expand product knowledge throughout total store. | E | V | G | (N) | U |
| * Answers phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

### TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | (G) | N | U |
| * Maintains a positive outlook toward job. | E | V | (G) | N | U |
| * Communicates effectively with Management and other associates. | E | V | (G) | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | (G) | N | U |
| * Is a team player. | E | V | (G) | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

### OPERATIONS & PROCEDURES

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Handles all sales and return transactions with accuracy and efficiency. | E | V | (G) | N | U |
| * Maintains a neat and organized register area. | E | (V) | G | N | U |
| * Adheres to shortage reduction procedures; follows special operating procedures in the department. | E | V | (G) | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | G | (N) | U |
| * Works to maintain selling floor standards and recovery of the department. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | (G) | N | U |

J: prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 08/10)

FRONT END ASSOCIATE REVIEW (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**   Acceptable ✓   Not Acceptable _____

## 2. GOALS AND OBJECTIVES

### Objectives Accomplished

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

REDACTED   completes Frontend University Cashier BASIC
REDACTED   understand the BASIC. Lisa, Boh, and Red.

### Unaccomplished Objectives

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

REDACTED   need to work on suggest sell. and add on.

### Goals and Objectives for next Review Period:

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

REDACTED   need : her product knowledge within Frontend department
REDACTED   need her product knowledge through totoe Store
REDACTED   need to work on suggest sell and add on

### Strengths and Weaknesses:

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED   maintains a positive outlook towards her job
   she is a team player. Allison need to work on
   add on.

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E   V   G   N   U

Date of Review: 11/23/15

Reviewed associate's signature after review conference:

Reviewer's signature after review conference:

REDACTED

Signature _____ 11/23/15   Date

Signature _____ 11/23/15   Date

Danielle Peha

Reviewer's Printed Name

J; prsh.wd; (rev 2000; rev. 8/04; rev. 1/07; rev. 3/07;rev 06/10)



**BED·BATH &
BEYOND**
beyond any store of its kind.

**REDACTED**

Name: _____

**FRONT END ASSOCIATE REVIEW (Page 1 of 2)**

Store #: $2(00$   Date of review: $12/3$

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____   OTHER (_____) Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

**THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:**

| Printed Name | Signature | Postion |
|---|---|---|
| Printed Name | Signature | Postion |
| Printed Name | Signature | Postion |
| Printed Name | Signature | Postion |
| Printed Name | Signature | Postion |
| Printed Name | Signature | Postion |

## KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)                                    E  V  G  N  U

### CUSTOMER SERVICE SKILLS

* Understands that the customer is our main priority and consistently maintains a customer focus.    E  V  G  N  U
* Ensures a prompt, friendly approach to all customers.    E  V  G  N  U
* Escorts customers seeking location(s) of specific merchandise.    E  V  G  N  U
* Is alert to customer needs and offers a cart whenever appropriate.    E  V  G  N  U
* Determines customer needs and works to add-on/upgrade sell.    E  V  G  N  U
* Responds quickly to customer inquiries and "Passes the Buck" whenever necessary.    E  V  G  N  U
* Complies with Bridal and Gift Registry program standards when servicing both registrants and guests.    E  V  G  N  U
* Works to expand product knowledge within home department.    E  V  G  N  U
* Works to expand product knowledge throughout total store.    E  V  G  N  U
* Answers phone promptly and uses proper phone etiquette.    E  V  G  N  U

### TEAM SKILLS

* Demonstrates initiative and completes projects in a timely manner.    E  V  G  N  U
* Accepts constructive criticism and acts upon it.    E  V  G  N  U
* Maintains a positive outlook toward job.    E  V  G  N  U
* Communicates effectively with Management and other associates.    E  V  G  N  U
* Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate.    E  V  G  N  U
* Is a team player.    E  V  G  N  U
* Exhibits professional manner, dress and appearance at all times.    E  V  G  N  U

### OPERATIONS & PROCEDURES

* Handles all sales and return transactions with accuracy and efficiency.    E  V  G  N  U
* Maintains a neat and organized register area.    E  V  G  N  U
* Adheres to shortage reduction procedures; follows special operating procedures in the department.    E  V  G  N  U
* Understands and utilizes JDA to resolve selling floor inquiries.    E  V  G  N  U
* Works to maintain selling floor standards and recovery of the department.    E  V  G  N  U
* Safely handles equipment and maintains a safety awareness.    E  V  G  N  U

FRONT END ASSOCIATE REVIEW (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**     Acceptable ✓     Not Acceptable

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

– Completed customer service training

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

– Consistent sugs, selling

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

– sugs sell + every customer.
– brochure phones mom only
– smile & greet- congrats for the items- every time

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED

works well under pressure

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E   V  (G) N  U   .2.5

Date of Review: ___10-28-15___     REDACTED

Reviewed associate's signature after review conference:

Signature _____     Date 12-29-15

Reviewer's signature after review conference:

Signature _Danielle Peke_     Date 12/29/15

Danielle Reha
Reviewer's Printed Name

limb

BED BATH & **REDACTED**
**BEYOND**
and any store of its kind.  Name

**MERCHANDISING / STOCK (Page 1 of 2)**

Store #: 260  Date of review: 3/1/16

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE:
ANNUAL REVIEW DUE: 2/2/15
DATE OF HIRE:

OTHER ( _____ Review) due: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | Rick SCHNEIDER | Signature | Position DEPT MGR. |
|---|---|---|---|
| Printed Name | | Signature | Position |
| Printed Name | | Signature | Position |
| Printed Name | | Signature | Position |
| Printed Name | | Signature | Position |
| Printed Name | | Signature | Position |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating
E V G N U

**CUSTOMER SERVICE SKILLS**

* Understands that the customer is our main priority and consistently maintains a customer focus.  E V (G) N U
* Ensures a prompt, friendly approach to all customers.  E V (G) N U
* Escorts customers seeking location(s) of specific merchandise.  E V (G) N U
* Is alert to customer needs and offers a cart whenever appropriate.  E V G (N) U
* Responds quickly to customer inquiries and "Passes the Buck" whenever necessary.  E V (G) N U
* Complies with Bridal and Gift Registry program standards when servicing both registrants and guests.  E V (G) N U
* Determines customer needs and works to add-on sell.  E V (G) N U
* Has developed good product knowledge, keeps abreast of new items and utilizes this knowledge to enhance service.  E V (G) N U
* Answers the phone promptly and uses proper phone etiquette.  E V (G) N U

**TEAM SKILLS**

* Demonstrates initiative and completes projects in a timely manner.  E V (G) N U
* Accepts constructive criticism and acts upon it.  E V (G) N U
* Maintains a positive outlook toward job.  E V (G) N U
* Communicates effectively with Management and other associates.  E V (G) N U
* Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate.  E V (G) N U
* Is a team player.  E V (G) N U
* Exhibits professional manner, dress and appearance at all times.  E V (G) N U

**MERCHANDISING & DEPARTMENT MAINTENANCE**

* Works to maintain selling floor standards and recovery of the department.  E V (G) N U
* Is aware of product sell through and completes pull lists.  E V (G) N U
* Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively.  E V (G) N U
* Understands and utilizes JDA to resolve selling floor inquiries.  E V (G) N U
* Adheres to shortage reduction and compliance procedures.  E V (G) N U
* Safely handles equipment and maintains safety awareness.  E V (G) N U

**MERCHANDISING / STOCK (Page 2 of 2)**

1. ATTENDANCE & PUNCTUALITY:    Acceptable ✓    Not Acceptable _____

## 2. GOALS AND OBJECTIVES
### Objectives Accomplished
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

- LEARNED HOW TO UTILIZE JDA FOR STOCK / NOVURIES

- HELPED TO TRANSITION SEASONAL DEPTMENT

### Unaccomplished Objectives
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- LEARN TO PRINT REGISTIES

### Goals and Objectives for next Review Period:
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- SEEK TO TAKE UNIVERSITY CLASSES FOR HOUSEWARES

- LEARN TO PRINT REGISTRIES

### Strengths and Weaknesses:
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED // GREAT WITH CUSTOMER SERVICE. HE ALWAYS CHECKS THE BEYOND STORE FOR OUT OF STOCKS & ENSURES CUSTOMERS LEAVE WITH WHAT THEY ARE LOOKING FOR. HE IS ALWAYS WILLING TO STAY TO MAKE SURE THE STORE IS READY TO OPEN THE NEXT MORNING.

Circle one rating

## 3. OVERALL RATING FOR PERIOD
E  V (G) N  U

Date of Review: 2/16/16

Reviewed associate's signature after review conference:

Reviewer's signature after review conference:

REDACTED

Signature _____  2/16/16   Date

Signature ___Danielle Pela___  2/16/16   Date

Reviewer's Printed Name ___Danielle Pela___  2/16/16   Date

## BED BATH & BEYOND
Beyond any store of its kind.

### RECEIVING/MAINTENANCE/OVERNIGHT PERFORMANCE REVIEW (Page 1 of 2)
**REDACTED**

Nam_____  Store #: 200  Date of review:_____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE:_____  OTHER (_____ Review) due:_____
ANNUAL REVIEW DUE:_____
DATE OF HIRE:_____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| | | |
|---|---|---|
| Printed Name Danielle Rene | Signature DRilo | Position OPS |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |

### KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|

#### CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | G | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | G | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | G | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | | | G | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | G | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | G | N | U |
| * Non-selling work is completed with no disruption to customer service. | E | V | G | N | U |

#### TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | G | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | G | N | U |
| * Maintains a positive outlook toward job. | E | V | G | N | U |
| * Communicates effectively with Management and other associates. | E | V | G | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | G | N | U |
| * Is a team player. | E | V | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | G | N | U |

#### MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor/stockroom standards and recovery of the department. | E | V | G | N | U |
| * Maintains a clean, orderly and safe work area. | E | V | G | N | U |
| * Adheres to shortage reduction and compliance procedures; follows special operating procedures of the department. | E | V | G | N | U |
| * Understands and utilizes JDA to resolve selling floor/stock inquiries. | E | V | G | N | U |
| * Completes pull lists quickly and accurately. | E | V | G | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | G | N | U |
| * Communicates problems/progress of daily assignments to supervisor. | E | V | G | N | U |

## RECEIVING/MAINTENANCE/OVERNIGHT PERFORMANCE REVIEW (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**    Acceptable ✓    Not Acceptable _____

### 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

- Use scanner to check depts of items scanned to ensure they are going on the correct cogs.

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- Proper gas standards d
- pricing correctly

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- bto needs to greet customers while on the clock if he is walking to or from receiving - he completely avoids customer interaction
- safely handle safety blades    has been observed & spoken to
- around knife safety

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED    works fast and efficiently at the table

- no respect for authority figures.

### 3. OVERALL RATING FOR PERIOD

Circle one rating
E  V  G  N  U  *(G circled)*

Date of Review: 8/9/16

REDACTED

Reviewed associate's signature after review conference:

Reviewer's signature after review conference:

Signature _____  8-9-16  Date

Signature: _Danilla Relo_  8/9/16  Date

Reviewer's Printed Name: _Danelle Reha_  8/9/16  Date

J: prmoh.wd; (rev. 2000; rev. 0/04; rev. 1/07; rev. 3/07, rev.6/10)



**BED BATH & BEYOND**
*Beyond any store of its kind.*

**RECEIVING/MAINTENANCE/OVERNIGHT PERFORMANCE REVIEW (Page 1 of 2)**

Name: **REDACTED**                 tore #: ⨍$\text{2\textit{00}}$  Date of review: _____

Circle review type & Indicate Date Due:

| | | |
|---|---|---|
| 90 DAY REVIEW DUE: _____ | OTHER ( _____ Review) due: _____ | |
| ANNUAL REVIEW DUE: _____ | | |
| DATE OF HIRE: _____ | | |

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| | | |
|---|---|---|
| Printed Name Danielle Rehr | Signature Danielle Rehr | Position OPS |
| Printed Name | Signature S.KipSchuman | Position ASM |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |
| * Non-selling work is completed with no disruption to customer service. | E | V | (G) | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | (V) | G | N | U |
| * Accepts constructive criticism and acts upon it. | E | (V) | G | N | U |
| * Maintains a positive outlook toward job. | E | V | (G) | N | U |
| * Communicates effectively with Management and other associates. | E | (V) | G | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | (G) | N | U |
| * Is a team player. | E | (V) | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor/stockroom standards and recovery of the department. | E | V | (G) | N | U |
| * Maintains a clean, orderly and safe work area. | E | V | (G) | N | U |
| * Adheres to shortage reduction and compliance procedures; follows special operating procedures of the department. | E | V | (G) | N | U |
| * Understands and utilizes IDA to resolve selling floor/stock inquiries. | E | V | (G) | N | U |
| * Completes pull lists quickly and accurately. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | (G) | N | U |
| * Communicates problems/progress of daily assignments to supervisor. | E | (V) | G | N | U |

**RECEIVING/MAINTENANCE/OVERNIGHT PERFORMANCE REVIEW (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**          Acceptable ✓      Not Acceptable ____

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

- Increase profit Recovery by maintaining As is Rack
- Team played assists where needed - HBC etc
- Adhoc, BFO, CMS process
- 1053 process

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- Keep area neat & clean

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- Clean back etv area
- Work towards identifying items to be as is col or donated versus throw away.
- Continue working to Transfer 1053 items to reduce in & D clearance

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED   follows direction and is open to new ideas and changes.
- Completes tasks in timely manner
- works hard and cares about his job and the stores business

**3. OVERALL RATING FOR PERIOD**          Circle one rating   E  V (G) N  U

Date of Review: 8/10/16

REDACTED

Reviewed associate's signature after review conference:

Signature _____   Date 8/10/16

Reviewer's signature after review conference:

Signature _____   Date 8/10/16

Reviewer's Printed Name   Danielle Reha   Date 8/10/16

J: prrmoh.wd: (rev. 2000; rev. 8/04; rev. 1/07; rev. 3/07; rev.6/10)

## BED BATH & BEYOND
Beyond any store of its kind.

**REDACTED**

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: _____

Store #: $26\mathcal{O}$  Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____
ANNUAL REVIEW DUE: 11-4-16
DATE OF HIRE: 11-4-15

OTHER ( _____ Review) due: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR W/RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name: Skip Sherman  Signature: _____ Position: ASM

Printed Name: Danie Brown  Signature: _____ Position: Front End Mgr

Printed Name: _____  Signature: _____ Position: _____

Printed Name: _____  Signature: _____ Position: _____

Printed Name: _____  Signature: _____ Position: _____

Printed Name: _____  Signature: _____ Position: _____

**KEY: E – Excellent, V – Very Good, G – Good, N – Needs Improvement, U – Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating
E V G N U

### CUSTOMER SERVICE SKILLS

* Understands that the customer is our main priority and consistently maintains a customer focus. — E V (G) N U
* Ensures a prompt, friendly approach to all customers. — E V (V) N U
* Escorts customers seeking location(s) of specific merchandise. — E V (V) N U
* Is alert to customer needs and offers a cart whenever appropriate. — E V (Ø) N U
* Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. — E V (G) N U
* Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. — E V (G) N U
* Determines customer needs and works to add-on sell. — E V (G) N U
* Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. — E (V) G N U
* Answers the phone promptly and uses proper phone etiquette. — E V (G) N U

### TEAM SKILLS

* Demonstrates initiative and completes projects in a timely manner. — E (V) G N U
* Accepts constructive criticism and acts upon it. — E (V) G N U
* Maintains a positive outlook toward job. — E (V) G N U
* Communicates effectively with Management and other associates. — E (V) G N U
* Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. — E V (G) N U
* Is a team player. — E (V) G N U
* Exhibits professional manner, dress and appearance at all times. — E (V) G N U

### MERCHANDISING & DEPARTMENT MAINTENANCE

* Works to maintain selling floor standards and recovery of the department. — E (V) G N U
* Is aware of product sell through and completes pull lists. — E (V) G N U
* Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. — E (V) G N U
* Understands and utilizes JDA to resolve selling floor inquiries. — E V (G) N U
* Adheres to shortage reduction and compliance procedures. — E V (G) N U
* Safely handles equipment and maintains safety awareness. — E V (G) N U

MERCHANDISING / STOCK (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**

Acceptable ✗    Not Acceptable _____

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

1) Team player, assists when overloaded, Replenish Seasonal, part out.
2) Excellent merchandising skills,
3) Self starter. Frequently the supervision to complete projects accurately and timely

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

1) Inconsistent with Beyond Stock Orders

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

1) Improve number of Beyond Stock Completed

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED is an excellent associate who is a team player who has excellent merchandising skills & always completes assignments quickly & accurately. REDACTED needs to be more consistent w/his Beyond orders - A solid Asset to Stock Team

**3. OVERALL RATING FOR PERIOD**

Circle one rating

E (V) G N U

Date of Review: 11-9-16

REDACTED

Reviewed associate's signature after review conference:

_____ 11-9-16
Signature                    Date

Reviewer's signature after review conference:

Danielle Peha  11-9-16
Signature       Date

Danielle Peha  11-9-16
Reviewer's Printed Name  Date

**BED BATH & BEYOND**
Beyond any store of its kind!

REDACTED

Name: _____  Store #: **260**  Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____  OTHER ( _____ Review) due: _____
ANNUAL REVIEW DUE: **11-29-16**
DATE OF HIRE: **11-29-07**

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| | | |
|---|---|---|
| Printed Name **Danielle Rehe** | Signature | Position **OPS.** |
| Printed Name **Skip Sehen** | Signature | Position **ASM** |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |

KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)

Choose one rating

E V G N U

## CUSTOMER SERVICE SKILLS

| | Rating |
|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E V (G) N U |
| * Ensures a prompt, friendly approach to all customers. | E V (G) N U |
| * Escorts customers seeking location(s) of specific merchandise. | E V (G) N U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E V (G) N U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E V (G) N U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E V (G) N U |
| Determines customer needs and works to add-on/sell. | E V (G) N U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E (V) G N U |
| * Answers the phone promptly and uses proper phone etiquette. | E V (G) N U |

## TEAM SKILLS

| | Rating |
|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E V (G) N U |
| * Accepts constructive criticism and acts upon it. | E V (G) N U |
| * Maintains a positive outlook toward job. | E V G (N) U |
| * Communicates effectively with Management and other associates. | E V (G) N U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E V (G) N U |
| * Is a team player. | E V (G) N U |
| * Exhibits professional manner, dress and appearance at all times. | E V (G) N U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| | Rating |
|---|---|
| * Works to maintain selling floor standards and recovery of the department. | E V (G) N U |
| * Is aware of product sell through and completes pull lists. | E V (G) N U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E (V) G N U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E V (G) N U |
| * Adheres to shortage reduction and compliance procedures. | E V (G) N U |
| * Safely handles equipment and maintains safety awareness. | E V (G) N U |

J: prmsh.wd(rev.2000;8/04;1/07;3/07;8/10)

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable ✓          Not Acceptable _____

## 2. GOALS AND OBJECTIVES

### Objectives Accomplished

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

- learned pay systems

### Unaccomplished Objectives

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

Stockroom to salvage standards

### Goals and Objectives for next Review Period:

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

Stockrooms pagsecl

put Replenishment to productivity 159-

### Strengths and Weaknesses:

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTION  follows direction and completes projects timely

REDACTION  cares about two depts and maintains stock levels

## 3. OVERALL RATING FOR PERIOD

Circle one rating
E   V (G) N   U

Date of Review: _____

Reviewed associate's signature after review conference:

_____    _____
Signature                          Date

Reviewer's signature after review conference:

_____    _____
Signature                          Date

_____    _____
Reviewer's Printed Name            Date

J: pmsh.wal(rev.2000;8/04; 1/07;3/07;0/10)

## BED BATH & BEYOND

REDACTED

Beyond any store of its kind.®    Name

**MERCHANDISING / STOCK (Page 1 of 2)**

Store #: 260  Date of review: _____

Circle review type & indicate Date Due:

| | |
|---|---|
| 90 DAY REVIEW DUE: | |
| ANNUAL REVIEW DUE: | 11-29-16 |
| DATE OF HIRE: | 11-29-07 |

OTHER (_____ Review) due: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name: Danielle Reha    Signature: _____    Position: OPS.

Printed Name: Skip Schum    Signature: _____    Position: ASM

Printed Name: _____    Signature: _____    Position: _____

Printed Name: _____    Signature: _____    Position: _____

Printed Name: _____    Signature: _____    Position: _____

Printed Name: _____    Signature: _____    Position: _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating: E  V  G  N  U

### CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | Ⓖ | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | Ⓖ | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | Ⓖ | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | Ⓖ | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | Ⓖ | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | Ⓖ | N | U |
| * 'etermines customer needs and works to add-on sell. | E | V | Ⓖ | N | U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E | Ⓥ | G | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | Ⓖ | N | U |

### TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | Ⓖ | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | Ⓖ | N | U |
| * Maintains a positive outlook toward job. | E | V | G | Ⓝ | U |
| * Communicates effectively with Management and other associates. | E | V | Ⓖ | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | Ⓖ | N | U |
| * Is a team player. | E | V | Ⓖ | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | Ⓖ | N | U |

### MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor standards and recovery of the department. | E | V | Ⓖ | N | U |
| * Is aware of product sell through and completes pull lists. | E | V | Ⓖ | N | U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E | Ⓥ | G | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | Ⓖ | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | Ⓖ | N | U |
| * Safely handles equipment and maintains safety awareness. | E | V | Ⓖ | N | U |

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

**MERCHANDISING / STOCK (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**     Acceptable ✓     Not Acceptable _____

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

- learned pos systems.

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

stockroom to salvage garments

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

starrooms clogsecl

pull Replenishment to productivity 1.5%-

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTION follows direction and completes projects timely

REDACTION cares about his depts and maintains stock levels

**3. OVERALL RATING FOR PERIOD**     Circle one rating
E  V (G) N  U

Date of Review: 11/10/16     REDACTION

Reviewed associate's signature after review conference:

Signature _____     11/10/14 Date

Reviewer's signature after review conference:

Signature _____     11/10/14 Date

Reviewer's Printed Name     Robert Cain     11/10/16 Date

## BED BATH & BEYOND
Beyond any store of its kind.

### RECEIVING/MAINTENANCE/OVERNIGHT PERFORMANCE REVIEW (Page 1 of 2)

REDACTED

Name _____ Store #: 200 Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____  OTHER ( _____ Review) due: _____
ANNUAL REVIEW DUE: 3/20/17
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | Signature | Position |
|---|---|---|
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |

### KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|

#### CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |
| * Non-selling work is completed with no disruption to customer service. | E | V | (G) | N | U |

#### TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | (V) | G | N | U |
| * Accepts constructive criticism and acts upon it. | E | (V) | G | N | U |
| * Maintains a positive outlook toward job. | E | V | (G) | N | U |
| * Communicates effectively with Management and other associates. | E | (V) | G | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | (G) | N | U |
| * Is a team player. | E | (V) | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

#### MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor/stockroom standards and recovery of the department. | E | V | (G) | N | U |
| * Maintains a clean, orderly and safe work area. | E | V | (G) | N | U |
| * Adheres to shortage reduction and compliance procedures; follows special operating procedures of the department. | E | V | (G) | N | U |
| * Understands and utilizes JDA to resolve selling floor/stock inquiries. | E | V | (G) | N | U |
| * Completes pull lists quickly and accurately. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | (G) | N | U |
| * Communicates problems/progress of daily assignments to supervisor. | E | V | (G) | N | U |

J: prrmoh.wd; (rev. 2000; rev. 8/04; rev. 1/07; rev. 8/07; rev.6/10)

RECEIVING/MAINTENANCE/OVERNIGHT PERFORMANCE REVIEW (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**          Acceptable ___✓___   Not Acceptable _____

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

REDACTED   has learned all basic Receiving functions.
-Train new associates

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

-closing truck paperwork
-2.0 productivity

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

REDACTED   must work with Rec manager to learn how to
complete closing paperwork
-motivate peers to help achieve 2.0 productivity

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED   is fantastic at training new associates,
REDACTED   helps lead the dept by keeping a watch out
for standards & correcting issues, but can be
more aggressive/vocal on productivity issues

**3. OVERALL RATING FOR PERIOD**          Circle one rating
E  V (G) N  U

Date of Review: _3-10-17_

REDACTED

Reviewed associate's signature after review conference:

Reviewer's signature after review conference:

Signature _____  Date 3/10/17

Signature _(signature)_  Date 3/10/17

Reviewer's Printed Name  Danielle Rehs  Date 3/10/17

## BED BATH & BEYOND
Beyond any store of its kind.

## RECEIVING/MAINTENANCE/OVERNIGHT PERFORMANCE REVIEW (Page 1 of 2)

**REDACTED**

Nam. _____ Store #: $\text{OLOO}$ Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____ OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | Signature | Position |
|---|---|---|
| Danielle Pehs | Danielle Pehs | OPS - |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|

### CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | G | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | G | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | G | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | G | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | G | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | G | N | U |
| * Non-selling work is completed with no disruption to customer service. | E | V | G | N | U |

### TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | G | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | G | N | U |
| * Maintains a positive outlook toward job. | E | V | G | N | U |
| * Communicates effectively with Management and other associates. | E | V | G | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | G | N | U |
| * Is a team player. | E | V | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | G | N | U |

### MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor/stockroom standards and recovery of the department. | E | V | G | N | U |
| * Maintains a clean, orderly and safe work area. | E | V | G | N | U |
| * Adheres to shortage reduction and compliance procedures; follows special operating procedures of the department. | E | V | G | N | U |
| * Understands and utilizes JDA to resolve selling floor/stock inquiries. | E | V | G | N | U |
| * Completes pull lists quickly and accurately. | E | V | G | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | G | N | U |
| * Communicates problems/progress of daily assignments to supervisor. | E | V | G | N | U |

J: prrmoh.wd; (rev. 2000; rev. 8/04; rev. 1/07; rev. 3/07; rev.6/10)

**RECEIVING/MAINTENANCE/OVERNIGHT PERFORMANCE REVIEW (Page 2 of 2)**

### 1. ATTENDANCE & PUNCTUALITY:

Acceptable ___✓___  Not Acceptable _____

### 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

- learned how to pull stock replenish
- learned how to utilize pos

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

- stockroom mainten ance
- when evan has downtime, he tends to do busy work
- until its done to go home-,

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- stockroom sections need to be maintained-
- pull lists must be completed accurately
- and quickly
- be more proactive when not given direction

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED is always polite & professional
REDACTED has learned his position quickly & efficiently, but needs to be more assertive.

### 3. OVERALL RATING FOR PERIOD

Circle one rating
E  V (G) N  U

Date of Review: 10-12-17

REDACTED

Reviewed associate's signature after review conference:

Signature _____  Date 6/12/17

Reviewer's signature after review conference:

Signature _____  Date 6/12/17

Reviewer's Printed Name _____  Date 6/12/17

J: prrmoh.wd; (rev. 2000; rev. 8/04; rev. 1/07; rev. 3/07; rev.6/10)

# EXHIBIT 8

**BED BATH & BEYOND**
Beyond any store of its kind.

Name: ___REDACTED___

**FRONT END LEAD/SUPERVISOR (Page 1 of 2)**

Store #: _1c·3_    Date of review: _1/19/16_

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name _Yennis Albue_  Signature _____  Position _C,p!(.. 11U)A_

Printed Name _AL. EArt_  Signature _____  Position _K·1_

Printed Name _Jarrel M.·_  Signature _____  Position _front ic Mgr_

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

---

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

## I. PERFORMANCE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE - overall rating** | E | V | G | N | U |
| 1. Always leads by example the customer service standards which create positive experiences for employees and customers. | E | V | G | N | U |
| 2. Institutes practices that ensure all opportunities to enhance customer service are pursued. | E | V | G | N | U |
| 3. Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | G | N | U |  F2 key
| 4. Ensures that customers are viewed as a priority. | E | V | G | N | U |

| **FRONT END SKILLS - overall rating** | E | V | G | N | U |
|---|---|---|---|---|---|
| 1. Ensure gift registry purchases are properly recorded. | I | V | G | N | U |
| 2. Maintains staffing levels at registers. | I | V | G | N | U |
| 3. Completes cashout accurately and in a timely manner. | I | V | G | N | U |
| 4. Trains cashiers on new policies and procedures. | I | V | G | N | U |
| 5. Ensures GWP and rebate guides are up to date and cashiers are trained on procedures. | I | V | G | N | U |
| 6. Monitors cashier scanning, O/S + logs, discusses concerns with Management as necessary. | E | V | G | N | U |
| 7. Communicates security alerts to cashiers. | E | V | G | N | U |
| 8. Identifies and communicates unique and individual store opportunities focusing on the core customer's needs. | E | V | G | N | U |
| 9. Adheres to all PLU policies and procedures. | E | V | G | N | U |
| 10. Ensures all POS equipment is in working order. | E | V | G | N | U |
| 11. Ensures that annual Certifications and biannual Cart Test are conducted with all associates. | E | V | G | N | U |

| **OPERATIONAL SKILLS - overall rating** | E | V | G | N | U |
|---|---|---|---|---|---|
| 1. Understands and executes principles of Process Improvement (PI). | E | V | G | N | U |
| 2. Knowledgeable of and properly implements safety and loss prevention procedures. | E | V | G | N | U |
| 3. Properly utilizes and acts upon XBR reports. | E | V | G | N | U |
| 4. Completes all necessary paperwork accurately and in a timely manner. | E | V | G | N | U |
| 5. Complies with Company standards for all operational policies and procedures. | E | V | G | N | U |
| 6. Ensures department maintenance. | E | V | G | N | U |
| 7. Works in a safe manner and maintains safe, clean work environment. | E | V | G | N | U |
| 8. Understands the financial implications of adhering to front end policies and procedures. | E | V | G | N | U |

| **INTERPERSONAL/MANAGEMENT SKILLS - overall rating** | E | V | G | N | U |
|---|---|---|---|---|---|
| 1. Follows instructions. | E | V | G | N | U |
| 2. Promptly advises Management of any problems. | E | V | G | N | U |
| 3. Seeks advice when appropriate. | E | V | G | N | U |
| 4. Ability to prioritize work effectively, control time and meet deadlines. | E | V | G | N | U |
| 5. Exhibits ability to work independently with minimum supervision; self-starter. | E | V | G | N | U |
| 6. Exhibits ability to accept and act upon constructive criticism. | E | V | G | N | U |
| 7. Initiative, self motivation, enthusiasm, attitude and reliability. | E | V | G | N | U |
| 8. Communicates and works well with Management and other associates. | E | V | G | N | U |
| 9. Aptitude for dealing with people (tact). | E | V | G | N | U |
| 10. Ability to identify critical issues. | E | V | G | N | U |
| 11. Accomplishes objectives with a sense of urgency. | E | V | G | N | U |

| **PERSONAL WORK CHARACTERISTICS - overall rating** | E | V | G | N | U |
|---|---|---|---|---|---|
| 1. Exercises proper and ethical behavior at all times. | E | V | G | N | U |
| 2. Works effectively under pressure. | E | V | G | N | U |
| 3. Seeks greater level of responsibility. | E | V | G | N | U |
| 4. Willing to work for the good of the Company; is a team player. | E | V | G | N | U |
| 5. Makes effective use of time. | E | V | G | N | U |

FE Lead rev. 8/04; 1/07; 07/10

FRONT END LEAD/SUPERVISOR (Page 2 of 2)

**I. ATTENDANCE & PUNCTUALITY:**   Acceptable __☒__   Not Acceptable _____

## GOALS AND OBJECTIVES

**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

REDACTED has taken the "train the trainee" course and has acted as a FE trainer
REDACTED has been trained and utilized her training in the RTU dept
REDACTED has been trained and utilized her training in the Bridal dept.

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined at previous review or during the period.

REDACTED has not been trained in the PI process.

**Goals and Objectives for next Review Period:**   REDACTED
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- effective 10/1/16 - will begin following the PI process to ensure instock levels are maintained within various depts in the store.
- effective 9/1/16 - will begin reviewing spers and guides for various depts and ensuring the depts are following the posted guides
- effective 12/1/16 - Tasvir will begin using suggested ordering screens for various depts.

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses REDACTED materially related to their performance and which are not addressed elsewhere in this review.

REDACTED has moved from FES to Lifestyles where she has begun the process of being promoted to dept supervisor.
REDACTED is an asset to the store and the company. She is a team player and is always looking to improve customer service.

**OVERALL RATING FOR PERIOD**    ~350~
REDACTED                                              E ⓝ G N U

Name: _____         Store Name and Number: _Minissot_ 105_

Date of Hire: _____         Date of Review: _7/1/16_

                                                            REDACTED

Reviewed associate's signature after review conference:
                                                            Signature _____  Date
                                                            _7/1/16_
                                                            Signature _____  Date

Reviewer's signature after review conference:
                                                            _Daniel Whos_    _7/1/16_
                                                            Reviewer's Printed Name   Date

FE Lead rev. 8/04; 1/07; 07/10

# BED BATH & BEYOND
Beyond any store of its kind!

**REDACTED**

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: _____ Store #: _10(_ Date of review: 8/12/16

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____  OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: 8/17/14

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | Signature | Position |
|---|---|---|
| Printed Name Daniel Price | Signature | Position H=481c ASM |
| Printed Name Dennis Adams | Signature | Position operations manager |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |
| Printed Name | Signature | Position |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating: E V G N U

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | G | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | G | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | G | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | G | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | G | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants & guests. | E | V | G | N | U |
| * Determines customer needs and works to add-on sell. | E | V | G | N | U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E | V | G | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | G | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | G | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | G | N | U |
| * Maintains a positive outlook toward job. | E | V | G | N | U |
| * Communicates effectively with Management and other associates. | E | V | G | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | G | N | U |
| * Is a team player. | E | V | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | G | N | U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor standards and recovery of the department. | E | V | G | N | U |
| * Is aware of product sell through and completes pull lists. | E | V | G | N | U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E | V | G | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | G | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | G | N | U |
| * Safely handles equipment and maintains safety awareness. | E | V | G | N | U |

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

**MERCHANDISING / STOCK (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**    Acceptable ___✓___    Not Acceptable _____

**GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

_Very good regular of ability fill as quare_
_consistantly towards the top of the store in apparel orders_

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

_Did not keep suggester orders_

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

_- effective 11/1/16 REDACTED will begin placing orders using the suggested_
_order screen on bednet_
_- effective 2/1/17 REDACTED will begin to process backstock and replenishment_
_- using the POG system._

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED _is great with customer service and product knowledge._
_beginning how to use pogs will help increase in her well-rounded_
_is store._

**3. OVERALL RATING FOR PERIOD**

Date of Review: _8/12/16_

Reviewed associate's signature after review conference:

Reviewer's signature after review conference:

Circle one rating

E  V (G) N  U

t-25

REDACTED

Signature _____ Date _____

Signature _____ Date _8/12/16_

_Daniel Alex_
Reviewer's Printed Name _____ Date _8/12/16_

# EXHIBIT 9

**BED BATH &**
**BEYOND**
Beyond any store of its kind.

Name of Candidat ~~REDACTED~~

Name of 1st Interviewer _John_          Date _9/5/16_

## Please log All comments/answers on form

➢ Let's start by having you give me a brief overview of your work experience starting with your most recent position.

   1) What are/were your main responsibilities as _Mkt_      2) What is/was your work schedule like? _Mgr skills - 3 hrs. Day intern_

   3) Why did you leave ____? _finished school Mayor_      4) What do you like most about working in retail? _Seasham Sports ownall_

   Least?

➢ All associates and managers are expected to approach customers who are actively shopping in our departments and offer service. In many cases it's not only the initial greeting, but asking qualifying questions in order to provide an answer that will allow them to purchase the ideal product.

   Scenario: _Tell me about any item that you own personally and like, and how would you convince me to buy it?_

➢ Our Bridal registry program is a very important part of our business. Our goal is for all associates to be capable and excited about registering and assisting our couples and their guests.

   Scenario: _A couple comes in to register with us. What types of things would you say to a new couple to display enthusiasm about their wedding and registering with us?_ (Anything which demonstrates that the associate would be able to engage the couple would be acceptable.)

5) Our positions require our associates and managers to move about in a store; sometimes these movements are made quickly and repeatedly. If considered for a position with us, would you be able to perform the following functions?
(Leave time for a yes/no response for each and mark accordingly)

   ? Climb ladders up to 10' to replace and retrieve merchandise  ☒Yes  ☐No*

   ? Lift up to 40 lbs. ☒Yes  ☐No*          ? Push/pull up to 40 lbs.  ☒Yes  ☐No*

   ? Stand for long periods of time. ☒Yes  ☐No*

   ? Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance.  ☒Yes ☐No*

   ? If the answer is NO* to any question, ask "*What would be needed to allow them to perform the functions?*"

   (List response):

   Scenario: _While you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You then hear a page asking you to come to the office immediately. What do you do?_

6) Are you able to work: Days ☒Yes ☐No          Nights ☒Yes ☐No          Weekends ☒Yes ☐No

7) Will you need any additional time off during the next 6 months? i.e. vacations planned already?
          ☐Yes (list dates)                    ☐No

➢ All Associates and Managers are required to adhere to following dress code guidelines. Clothing should be appropriate for the workplace and be clean and neat.

   Review Dress code: All Clothing should be well fitting; Shirts not too tight or too low cut. All length of skirts in good taste.

### The following are not permitted:

| | |
|---|---|
| Mid drift shirts or sleeveless shirts (tube, halter or tank tops) | Clothing that is torn or ripped |
| T-shirts-"undergarment t-shirts" | Open toe, open heel shoes (flip flops, sandals) |
| Facial Jewelry other than earrings | Day-Glo or pastel dyed hair is not permitted |
| "Hoodies"- any shirt or sweater with a hood. | Shorts, Leggings, jeggings and athletic pants (sweat, yoga, jogging) |
| Brands & Logos are permitted on shirts; however they must be small | |

❖ **For all candidates you are not going to hire, please be sure that we are being consistent with our closing message.**

Interviewers should say the following: "_Thank you for interviewing with us. If we decide to go further with the interview process, we will contact you._"

# EXHIBIT 10

REDACTED

**BED BATH &**
**BEYOND**
Beyond any store of its kind!

Revised 5/2015

Name of Candidate _____

Name of Interviewer _____ *Jen Fado* Date *4/26/16*

Please log All comments/answers on form

❖ Let's start by having you give me a brief overview of your work experience starting with your most recent position. *Help @ Wndls auto shop.*

1) What are/were your main responsibilities as *Cleans up* 2) What is/was your work schedule like?

3) Why did you leave ___? *wants more responsibility* 4) What do you like most about working in retail? Least? *wak w/ people / not serv.*

❖ All associates and managers are expected to approach customers who are actively shopping in our departments and offer service. In many cases it's not only the initial greeting, but asking qualifying questions in order to provide an answer that will allow them to purchase the ideal product.

**Scenario:** Tell me about any item that you own personally and like, and how would you convince me to buy it?
*Skates for hokey - lite weight.*

❖ Our Bridal registry program is a very important part of our business. Our goal is for all associates to be capable and excited about registering and assisting our couples and their guests.

**Scenario:** A couple comes in to register with us. What types of things would you say to a new couple to display enthusiasm about their wedding and registering with us? (Anything which demonstrates that the associate would be able to engage the couple would be acceptable)
*Best place to register/we have everything.*

5) Our positions require our associates and managers to:

• Climb ladders to replace and retrieve merchandise. ☑Yes ☐No*
• Lift up to 40 lbs. ☑Yes ☐No*
• Stand for long periods of time. ☑Yes ☐No*
• Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance. ☐Yes ☐No*

➤ If considered for a position with us, would you be able to perform these functions? (Leave time for a yes/no response for each and mark accordingly)

✴ If the answer is NO*, ask "What would be needed to allow them to perform the functions?" (List response)

**Scenario:** While you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You then hear a page asking you to come to the office immediately. What do you do? *Come to the office.*

6) Are you able to work: Days ☑Yes ☐No   Nights ☐Yes ☐No   Weekends ☑Yes ☐No

7) Will you need any additional time off during the next 6 months? i.e. vacations planned already?
☐Yes (list dates)          ☑No

❖ All Associates and Managers are required to adhere to following dress code guidelines. Clothing should be appropriate for the workplace and be clean and neat.

**Review Dress code:** All Clothing should be well fitting; Shirts not too tight or too low cut. All length of skirts in good taste.

### The following are not permitted:

| | |
|---|---|
| Mid drift shirts or sleeveless shirts (tube, halter or tank tops) | Clothing that is torn or ripped |
| T-shirts-"undergarment t-shirts" | Open toe, open heel shoes (flip flops, sandals) |
| Facial Jewelry other than earrings | Day-Glo or pastel dyed hair is not permitted |
| Wearing of cell phones or electronic devices | "Hoodies"- any shirt or sweater with a hood. |
| Shorts, Leggings, jeggings and athletic pants (sweat, yoga, jogging) | Brands & Logos are permitted on shirts; however they must be small |

➤ For all candidates you are not going to hire, please be sure that we are being consistent with our closing message. Interviewers should say the following:

"Thank you for interviewing with us. If we decide to go further with the interview process we will contact you."

REDACTED

**BED BATH & BEYOND**
Beyond any store of its kind!

Name of Candidate _____

Name of 1st Interviewer _____ Date 8/16/16

**Please log All comments/answers on form**

➢ Let's start by having you give me a brief overview of your work experience starting with your most recent position.

1) What are/were your main responsibilities as _____? *handwritten*

2) What is/was your work schedule like? *afternoons / evenings*

3) Why did you leave _____? *handwritten*

4) What do you like most about working in retail? *people*
   Least? *people*

➢ All associates and managers are expected to approach customers who are actively shopping in our departments and offer service. In many cases it's not only the initial greeting, but asking qualifying questions in order to provide an answer that will allow them to purchase the ideal product.

Scenario: *Tell me about any item that you own personally and like, and how would you convince me to buy it?* *handwritten*

➢ Our Bridal registry program is a very important part of our business. Our goal is for all associates to be capable and excited about registering and assisting our couples and their guests.

Scenario: *A couple comes in to register with us. What types of things would you say to a new couple to display enthusiasm about their wedding and registering with us?* (Anything which demonstrates that the associate would be able to engage the couple would be acceptable.) *handwritten*

5) Our positions require our associates and managers to move about in a store; sometimes these movements are made quickly and repeatedly. If considered for a position with us, would you be able to perform the following functions:
(Leave time for a yes/no response for each and mark accordingly)

? Climb ladders up to 10' to replace and retrieve merchandise ☑Yes ☐No*

? Lift up to 40 lbs. ☐Yes ☐No*     ? Push/pull up to 40 lbs. ☐Yes ☐No*

? Stand for long periods of time ☐Yes ☐No*

? Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance. ☑Yes ☐No*

? If the answer is NO* to any question, ask "*What would be needed to allow them to perform the functions?*"

(List response):

Scenario: *While you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You then hear a page asking you to come to the office immediately. What do you do?* *handwritten*

6) Are you able to work: Days ☑Yes ☐No    Nights ☐Yes ☐No    Weekends ☑Yes ☐No *Sat & Sun* *handwritten*

7) Will you need any additional time off during the next 6 months? i.e. vacations planned already?
☑Yes (list dates) ☐No *Sept 13th* *handwritten*

➢ All Associates and Managers are required to adhere to following dress code guidelines. Clothing should be appropriate for the workplace and be clean and neat.

Review Dress code: All Clothing should be well fitting; Shirts not too tight or too low cut. All length of skirts in good taste.

The following are not permitted:

Mid drift shirts or sleeveless shirts (tube, halter or tank tops) ripped

T-shirts-"undergarment t-shirts"

Facial Jewelry other than earrings

Wearing of cell phones or electronic devices a hood.

Shorts, Leggings, jeggings and athletic pants (sweat, yoga, jogging)

Logos are permitted on shirts; however they must be small

Clothing that is torn or

Open toe, open heel shoes (flip flops, sandals)

Day-Glo or pastel dyed hair is not permitted

"Hoodies"- any shirt or sweater with

Brands &

Su & Mo - N/A    Tues → Sat  2 - 7 Please.
REDACTED

**BED BATH & BEYOND**
*Beyond any store of its kind.*

Name of Candidate _____

Name of 1st Interviewer _____ Lou Ferro    Date 8/11/16

**Please log All comments/answers on form**

➤ Let's start by having you give me a brief overview of your work experience starting with your most recent position.

1) What are/were your main responsibilities as ____?    2) What is/was your work schedule like?
AN 37 years    8-3 pm

3) Why did you leave ___?    4) What do you like most about working in retail?
retired.    Least?  N/A

➤ All associates and managers are expected to approach customers who are actively shopping in our departments and offer service. In many cases it's not only the initial greeting, but asking qualifying questions in order to provide an answer that will allow them to purchase the ideal product.

Scenario: Tell me about any item that you own personally and like, and how would you convince me to buy it?
Tub mat - sticks well - last - not slippery.

➤ Our Bridal registry program is a very important part of our business. Our goal is for all associates to be capable and excited about registering and assisting our couples and their guests.

Scenario: A couple comes in to register with us. What types of things would you say to a new couple to display enthusiasm about their wedding and registering with us? (anything which demonstrates that the associate would be able to engage the couple would be acceptable.)
Congrats / when / where / theme / color

5) Our positions require our associates and managers to move about in a store; sometimes these movements are made quickly and repeatedly. If considered for a position with us, would you be able to perform the following functions:
(Leave time for a yes/no response for each and mark accordingly)

? Climb ladders up to 10' to replace and retrieve merchandise  ☑Yes  ☐No*
? Lift up to 40 lbs.  ☑Yes  ☐No*    ? Push/pull up to 40 lbs.  ☑Yes  ☐No*
? Stand for long periods of time.  ☑Yes  ☐No*
? Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance.  ☑Yes  ☐No*

? If the answer is NO* to any question, ask "What would be needed to allow them to perform the functions?"
(List response): Costomis / office.

Scenario: While you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You then hear a page asking you to come to the office immediately. What do you do?

6) Are you able to work: Days  ☐Yes  ☐No    Nights  ☑Yes  ☐No    Weekends  ☑Yes  ☐No
7) Will you need any additional time off during the next 6 months? i.e. vacations planned already?
☐Yes (list dates)    ☑No

➤ All Associates and Managers are required to adhere to following dress code guidelines. Clothing should be appropriate for the workplace and be clean and neat.

Review Dress code:    All Clothing should be well fitting: Shirts not too tight or too low cut.
All length of skirts in good taste.

The following are not permitted:

| | |
|---|---|
| Mid drift shirts or sleeveless shirts (tube, halter or tank tops) ripped | Clothing that is torn or |
| T-shirts-"undergarment t-shirts" | Open toe, open heel shoes (flip |
| Flops, sandals) | |
| Facial Jewelry other than earrings | Day-Glo or pastel dyed hair is not permit- |
| | ted |
| Wearing of cell phones or electronic devices a hood. | "Hoodies"- any shirt or sweater with |
| Shorts, Leggings, jeggings and athletic pants (sweat, yoga, jogging) | Brands & |
| Logos are permitted on shirts; however they must be small | |

Revised 3/2016

REDACTED

5 Anytime.

**BED BATH &
BEYOND**
Beyond any store of its kind.

Name of Candidate _____

Name of 1st Interviewer _ Jeni Final _ Date 9/13/16.

Please log All comments/answers on form

➢ Let's start by having you give me a brief overview of your work experience starting with your most recent position.

1) What are/were your main responsibilities as ___?
Hopen Machinery - Paperwork Stock. helped customers

2) What is/was your work schedule like?
M-F. 9-5pm. ⊕

3) Why did you leave ___?
Still there / want to leave

4) What do you like most about working in retail? good w/ Least - Management Customers. not falling him Service

➢ All associates and managers are expected to approach customers who are actively shopping in our departments and offer service. In many cases it's not only the initial greeting, but asking qualifying questions in order to provide an answer that will allow them to purchase the ideal product.

Scenario: Tell me about any item that you own personally and like, and how would you convince me to buy it?
Sound System - Quality vs Spectacular. Panelland - Samsung.

➢ Our Bridal registry program is a very important part of our business. Our goal is for all associates to be capable and excited about registering and assisting our couples and their guests.

Scenario: A couple comes in to register with us. What types of things would you say to a new couple to display enthusiasm about their wedding and registering with us? (Anything which demonstrates that the associate would be able to engage the couple would be acceptable.)
Congrats

5) Our positions require our associates and managers to move about in a store; sometimes these movements are made quickly and repeatedly. If considered for a position with us, would you be able to perform the following functions?
(Leave line for a yes/no response for each and mark accordingly)

❔ Climb ladders up to 10' to replace and retrieve merchandise ☑Yes ☐No*

❔ Lift up to 40 lbs. ☐Yes ☐No*   ❔ Push/pull up to 40 lbs. ☑Yes ☐No*

❔ Stand for long periods of time ☑Yes ☐No*

❔ Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance. ☑Yes ☐No*

❔ If the answer is NO * to any question, ask "What would be needed to allow them to perform the functions?"

(List response):

Scenario: While you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You then hear a page asking you to come to the office immediately. What do you do?
customer / page

6) Are you able to work: Days ☑Yes ☐No   Nights ☑Yes ☐No   Weekends ☑Yes ☐No

7) Will you need any additional time off during the next 6 months? i.e. vacations planned already?
☐Yes (list dates)   ☑No

➢ All Associates and Managers are required to adhere to following dress code guidelines. Clothing should be appropriate for the workplace and be clean and neat.

Review Dress code: All Clothing should be well fitting. Shirts not too tight or too low cut. All length of skirts in good taste.

The following are not permitted:

Mid drift shirts or sleeveless shirts (tube, halter or tank tops)
T-shirts-"undergarment t-shirts"
Facial Jewelry other than earrings
"Hoodies"- any shirt or sweater with a hood.
Brands & Logos are permitted on shirts.  Manager they must be worn

Clothing that is torn or ripped
Open toe, open heel shoes (flip flops, sandals)
Day-Glo or pastel dyed hair is not permitted
Shorts, Leggings, Jeggings and athletic pants (sweat, yoga, jogging)

❖ For all candidates you are not going to hire, please be sure that we are being consistent with our closing message.

Interviewers should say the following: "Thank you for interviewing with us. If we decide to go further with the interview process we will contact you.

REDACTED

SUN _4:___  MON 4-711  Wed NONE  Fri 4-11
MON 4-711  Wed NONE  Sat NONE
Tues 4-711  Thurs 4-11

**BED BATH & BEYOND**
Beyond any store of its kind!

Name of Candidate: _____

Name of 1st Interviewer: _____  Date 9/13/16.

Please log all comments/answers on form

➢ Let's start by having you give me a brief overview of your work experience starting with your most recent position.

1) What are/were your main responsibilities as ___?
Sports instructor

2) What is/was your work schedule like?
Wed + Sat

3) Why did you leave ___?
Still working

4) What do you like most about working in retail?
Least: want to ✓ as a child
Comfortable there.

➢ All associates and managers are expected to approach customers who are actively shopping in our departments and offer service. In many cases it's not only the initial greeting, but asking qualifying questions in order to provide an answer that will allow them to purchase the ideal product.

Scenario: Tell me about any item that you own personally and like, and how would you convince me to buy it?
Jellian - Shoes · reliable / great quality.

➢ Our Bridal registry program is a very important part of our business. Our goal is for all associates to be capable and excited about registering and assisting our couples and their guests.

Scenario: A couple comes in to register with us. What types of things would you say to a new couple to display enthusiasm about their wedding and registering with us? (Anything which demonstrates that an answer would be able to engage the couple would be acceptable.)
Item youre looking for.

5) Our positions require our associates and managers to move about in a store; sometimes these movements are made quickly and repeatedly. If considered for a position with us, would you be able to perform the following functions:
(Leave blank for a yes/no response for each and mark accordingly)

? Climb ladders up to 10' to replace and retrieve merchandise. ☑Yes ☐No*

? Lift up to 40 lbs. ☑Yes ☐No*       ? Push/pull up to 40 lbs. ☑Yes ☐No*

? Stand for long periods of time. ☑Yes ☐No*

? Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance. ☑Yes ☐No*

If the answer is NO* to any question, ask "What would be needed to allow them to perform the functions?"
(List response):

Scenario: While you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You then hear a page asking you to come to the office immediately. What do you do? Find help - help the customer then go to

6) Are you able to work: Days ☑Yes ☐No      Nights ☑Yes ☐No      Weekends ☑Yes ☐No

7) Will you need any additional time off during the next 6 months? i.e. vacations planned already?
☐Yes (not dates) ☑No

➢ All Associates and Managers are required to adhere to following dress code guidelines. Clothing should be appropriate for the workplace and be clean and neat.

Review Dress code: All Clothing should be well fitting; Shirts not too tight or too low cut. All length of skirts in good taste.

### The following are not permitted:

| | |
|---|---|
| Mid drift shirts or sleeveless shirts (tube, halter or tank tops) | Clothing that is torn or ripped |
| T-shirts*"undergarment t-shirts" | Open toe, open heel shoes (flip flops, sandals) |
| Facial Jewelry other than earrings | Day-Glo or pastel dyed hair is not permitted |
| "Hoodies"- any shirt or sweater with a hood. | Shorts, Leggings, jeggings and athletic pants (sweat, yoga, jogging) |
| Brands & Logos are permitted on shirts (as long as they are in good taste) | |

✦ For all candidates you are not going to hire, please be sure that we are being consistent with our closing message. Interviewers should say the following:

# EXHIBIT 11

REDACTED

Name of Candidat

Name of Interviewer __Jan Hove__

Let's start by having you give me a brief overview of your work experience starting with your most recent position.

1) What are/were your main responsibilities as _Customer service_

2) What is/was your work schedule like? (for PT positions explain we schedule 1 to 3 shifts) _Days Nightly_

3) Why did you leave ___moved back to NY___

4) What do you like most about working in retail? _interacting with customers_
Least?

5) All associates and managers are expected to approach customers who are actively shopping in our departments and offer service. In many cases it's not only the initial greeting, but asking qualifying questions in order to provide an answer that will allow them to purchase the ideal product. _Always help the customer, customer ___ ___ that_

**Scenario:** Tell me about any item that you own personally and like, and how would you convince me to buy it?

6) Our Bridal registry program is a very important part of our business. Our goal is for all associates to be capable and excited about registering and assisting our couples and their guests. _why is ___ so ___ ___ ___ ___ ____

**Scenario:** A couple comes in to register with us. What types of things would you say to a new couple to display enthusiasm about their wedding and registering with us? Anything which demonstrates that the associate would be able to engage the couple would be acceptable.

7) Our positions require our associates and managers to
 *climb ladders to replace and retrieve merchandise.
 *lift up to 40 lbs.
 *stand for long periods of time.
 *Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance
  If considered for a position with us would you be able to perform this function? (leave time for a yes/no response for each)
  ** If the answer is NO, ask what would be needed to allow them to perform the functions?

8) **Scenario** –while you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You then hear a page asking you to come to the office immediately. What do you do?

9) Are you able to work nights? Weekends? (leave time for a yes/no response)
If you were to be hired, would you need any additional time off for vacations that have already been planned?

10) Review Dress code : All **shirts** should be well fitting - not to tight or too low cut
 * "Leggings" and "Hoodies" are not permitted. Hoodies pertain to any shirt or sweater with a hood.
 * T-shirts–"undergarment t-shirts" are not permitted.
 * Brands and Logos are permitted on shirts, however they must be small in size.
 * No mid drift shirts
 * No open toe or open heel shoes
 * No Shorts or Sleeveless shirts
 * Facial Jewelry other than earrings is not permitted
 * Length of skirts in good taste
 * Day-Glo or pastel dyed hair is not permitted
 * No wearing of cell phones or electronic devices is permitted

For all candidates you are not going to hire, please be sure that we are being consistent with our closing message. **Interviewers should say the following:** "Thank you for interviewing with us. If we decide to go further with the interview process we will contact you.

**REDACTED**

Name of Candidate _____

Name of Interviewer: _Janice l Kehoe_

Let's start by having you give me a brief overview of your work experience starting with your most recent position.

1) What are/were your main responsibilities as _task by care of patients taking a cashier_

2) What is/was your work schedule like? (for PT positions explain we schedule 1 to 3 shifts) _mornings and 7 hrs_

3) Why did you leave _____? _to buy_

4) What do you like most about working in retail? _interesting in the generally_ Least? _N/a_

5) All associates and managers are expected to approach customers who are actively shopping in our departments and offer service. In many cases it's not only the initial greeting, but asking qualifying questions in order to provide an answer that will allow them to purchase the ideal product.

**Scenario.** Tell me about any item that you own personally and like, and how would you convince me to buy it? _Nice c_ _cial wise wear, happy workers_

6) Our Bridal registry program is a very important part of our business. Our goal is for all associates to be capable and excited about registering and assisting our couples and their guests. _Which is familiar with births_

**Scenario:** A couple comes in to register with us. What types of things would you say to a new couple to display enthusiasm about their wedding and registering with us? Anything which demonstrates that the associate would be able to engage the couple would be acceptable.

7) Our positions require our associates and managers to
   *climb ladders to replace and retrieve merchandise,
   *lift up to 40 lbs.
   *stand for long periods of time,
   *Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance
   If considered for a position with us would you be able to perform this function? (leave time for a yes/no response for each)
   ** If the answer is NO, ask what would be needed to allow them to perform the functions?

8) **Scenario** –while you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You then hear a page asking you to come to the office immediately. What do you do? _help the custer and tell the manager you are with a customer_

9) Are you able to work nights? Weekends? (leave time for a yes/no response) _nights_
If you were to be hired, would you need any additional time off for vacations that have already been planned?

10) Review Dress code : All shirts should be well fitting - not to tight or too low cut
   • "Leggings" and "Hoodies" are not permitted, Hoodies pertain to any shirt or sweater with a hood.
   • T-shirts-"undergarment t-shirts" are not permitted.
   • Brands and Logos are permitted on shirts, however they must be small in size.
   • No mid drift shirts
   • No open toe or open heel shoes
   • No Shorts or Sleeveless shirts
   • Facial Jewelry other than earrings is not permitted
   • Length of skirts in good taste
   • Day-Glo or pastel dyed hair is not permitted
   • No wearing of cell phones or electronic devices is permitted

For all candidates you are not going to hire, please be sure that we are being consistent with our closing message. **Interviewers should say the following:** "Thank you for interviewing with us. If we decide to go further with the interview process we will contact you.

REDACTED

Name of Candidate _____

Name of Interviewer *Daniel Blue*

Let's start by having you give me a brief overview of your work experience starting with your most recent position.

1) What are/were your main responsibilities as *Freshar / Dryware*

2) What is/was your work schedule like? (for PT positions explain we schedule 1 to 3 shifts) *Mornings / afternoons*

3) Why did you leave *company went out of business*

4) What do you like most about working in retail? *interacting with customers* Least? *Rude customers*

5) All associates and managers are expected to approach customers who are actively shopping in our departments and offer service. In many cases it's not only the initial greeting, but asking qualifying questions in order to provide an answer that will allow them to purchase the ideal product.

**Scenario:** Tell me about any item that you own personally and like, and how would you convince me to buy it? ✓

6) Our Bridal registry program is a very important part of our business. Our goal is for all associates to be capable and excited about registering and assisting our couples and their guests.

**Scenario:** A couple comes in to register with us. What types of things would you say to a new couple to display enthusiasm about their wedding and registering with us? Anything which demonstrates that the associate would be able to engage the couple would be acceptable. ✓

7) Our positions require our associates and managers to
  *climb ladders to replace and retrieve merchandise. ✓
  *lift up to 40 lbs. ✓
  *stand for long periods of time. ✓
  *Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance
  If considered for a position with us would you be able to perform this function? (leave time for a (yes)/no response for each)
  ** If the answer is NO, ask what would be needed to allow them to perform the functions?

8) **Scenario** –while you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You than hear a page asking you to come to the office immediately. What do you do? *Always help the customer first*

9) Are you able to work nights? Weekends? (leave time for a yes/(no) response)
If you were to be hired, would you need any additional time off for vacations that have already been planned? *no*

10) Review Dress code : All shirts should be well fitting - not to tight or too low cut
  • "Leggings" and "Hoodies" are not permitted. Hoodies pertain to any shirt or sweater with a hood.
  • T-shirts-"undergarment t-shirts" are not permitted.
  • Brands and Logos are permitted on shirts, however they must be small in size.
  • No mid drift shirts
  • No open toe or open heel shoes
  • No Shorts or Sleeveless shirts
  • Facial Jewelry other than earrings is not permitted
  • Length of skirts in good taste
  • Day-Glo or pastel dyed hair is not permitted
  • No wearing of cell phones or electronic devices is permitted

For all candidates you are not going to hire, please be sure that we are being consistent with our closing message. **Interviewers should say the following:** "Thank you for interviewing with us. If we decide to go further with the interview process we will contact you.

2017-10-25 14:14

0105 5163653970 12/20/187 Page 93

**REDACTED**

Name of Candidate _____

Name of Interviewer _Daniel Kehoe_

Let's start by having you give me a brief overview of your work experience starting with your most recent position. *(give name)* *skill*

1) What are/were your main responsibilities as ____? _Cashier_

2) What is/was your work schedule like? (for PT positions explain we schedule 1 to 3 shifts) _Mornings / Wk hrs_

3) Why did you leave ____? _Seasonal_

4) What do you like most about working in retail? _Helping customers_
Least? _nothing_

5) All associates and managers are expected to approach customers who are actively shopping in our departments and offer service. In many cases it's not only the initial greeting, but asking qualifying questions in order to provide an answer that will allow them to purchase the ideal product.

**Scenario:** Tell me about any item that you own personally and like, and how would you convince me to buy it?

6) Our Bridal registry program is a very important part of our business. Our goal is for all associates to be capable and excited about registering and assisting our couples and their guests.

**Scenario:** A couple comes in to register with us. What types of things would you say to a new couple to display enthusiasm about their wedding and registering with us? Anything which demonstrates that the associate would be able to engage the couple would be acceptable.

7) Our positions require our associates and managers to
   *climb ladders to replace and retrieve merchandise.
   *lift up to 40 lbs.
   *stand for long periods of time.
   *Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance
   If considered for a position with us would you be able to perform this function? (leave time for a yes/no response for each)
   ** If the answer is NO, ask what would be needed to allow them to perform the functions?

8) **Scenario** - while you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You then hear a page asking you to come to the office immediately. What do you do?

9) Are you able to work nights? Weekends? (leave time for a yes/no response) _Mornings and nights_
If you were to be hired, would you need any additional time off for vacations that have already been planned?

10) Review Dress code : All **shirts** should be well fitting - not to tight or too low cut
   * "Leggings" and "Hoodies" are not permitted. Hoodies pertain to any shirt or sweater with a hood.
   * T-shirts-"undergarment t-shirts" are not permitted.
   * Brands and Logos are permitted on shirts, however they must be small in size.
   * No mid drift shirts
   * No open toe or open heel shoes
   * No Shorts or Sleeveless shirts
   * Facial Jewelry other than earrings is not permitted
   * Length of skirts in good taste
   * Day-Glo or pastel dyed hair is not permitted
   * No wearing of cell phones or electronic devices is permitted

For all candidates you are not going to hire, please be sure that we are being consistent with our closing message.
**Interviewers should say the following:** "Thank you for interviewing with us. If we decide to go further with the interview process we will contact you.

REDACTED

Name of Candidate _____

Name of Interviewer ___ John  Kehoe _____

Let's start by having you give me a brief overview of your work experience starting with your most recent position.

1) What are/were your main responsibilities as  cashiering, pricing, stocking

2) What is/was your work schedule like? (for PT positions explain we schedule 1 to 3 shifts) mornings/Nights

3) Why did you leave  school

4) What do you like most about working in retail? Least?  interacting with people

5) All associates and managers are expected to approach customers who are actively shopping in our departments and offer service. In many cases it's not only the initial greeting, but asking qualifying questions in order to provide an answer that will allow them to purchase the ideal product.

Scenario: Tell me about any item that you own personally and like, and how would you convince me to buy it?
Tablet

6) Our Bridal registry program is a very important part of our business. Our goal is for all associates to be capable and excited about registering and assisting our couples and their guests.
Understood  the  registry program

Scenario: A couple comes in to register with us. What types of things would you say to a new couple to display enthusiasm about their wedding and registering with us? Anything which demonstrates that the associate would be able to engage the couple would be acceptable. ✓

7) Our positions require our associates and managers to
   *climb ladders to replace and retrieve merchandise. ✓
   *lift up to 40 lbs. ✓
   *stand for long periods of time. ✓
   *Maintenance; cleaning of the bathrooms, picking up paper on the selling floor, taking pride in our stores appearance ✓
   If considered for a position with us would you be able to perform this function? (leave time for a yes/no response for each)
   ** If the answer is NO, ask what would be needed to allow them to perform the functions?

8) Scenario --while you are on a ladder pulling down stock to merchandise your department you look over and see a customer who looks confused in the next aisle although they haven't asked for help. You then hear a page asking you to come to the office immediately. What do you do?  Help  the  customer,  tell you on the
while that you are with a customer

9) Are you able to work nights? Weekends? (leave time for a yes/no response)
If you were to be hired, would you need any additional time off for vacations that have already been planned?  NO

10) Review Dress code : All shirts should be well fitting - not to tight or too low cut
   • "Leggings" and "Hoodies" are not permitted. Hoodies pertain to any shirt or sweater with a hood.
   • T-shirts-"undergarment t-shirts" are not permitted.
   • Brands and Logos are permitted on shirts, however they must be small in size.
   • No mid drift shirts
   • No open toe or open heel shoes
   • No Shorts or Sleeveless shirts
   • Facial Jewelry other than earrings is not permitted
   • Length of skirts in good taste
   • Day-Glo or pastel dyed hair is not permitted
   • No wearing of cell phones or electronic devices is permitted

For all candidates you are not going to hire, please be sure that we are being consistent with our closing message. Interviewers should say the following: "Thank you for interviewing with us. If we decide to go further with the interview process we will contact you.

# EXHIBIT 12

OCT-27-2017 04:00PM FROM-  T-250 P 002/003 F-523


## BED BATH & BEYOND®
Beyond any store of its kind.®


## buybuy BABY.


## Harmon
DISCOUNT
Cosmetics Health Beauty

**AN EQUAL OPPORTUNITY EMPLOYER**
It is the policy of Bed Bath & Beyond to recruit, hire, train, promote, transfer, compensate, and provide all other conditions of employment including Company sponsored events without regard to race, color, creed, religion, national origin, age, sex, marital status, lawful alien status, sexual orientation, physical or mental disability, citizenship status, veteran status, or any other basis prohibited by law.

*Please complete all requested information. Use ink and print.*

### GENERAL INFORMATION

| TODAY'S DATE | DATE AVAILABLE FOR WORK: | POSITION DESIRED: | SALARY DESIRED: |
|---|---|---|---|

NAME REDACTED

FULL TIME ____ 35+ HRS PER WK     PART TIME ✔ LESS THAN 35 HRS

STI REDACTED
CITY REDACTED

AGE (IF YOU ARE UNDER 18 YOU MAY HAVE TO PROVIDE A WORK PERMIT BEFORE STARTING WORK)

ARE YOU AT LEAST 18 YRS OLD? ___ YES ___ NO.

ARE YOU AT LEAST 16 YRS OLD? ✔ YES ___ NO

TELEPHONE REDACTED

IF YOU HAVE WORKED FOR ANY OF OUR COMPANIES BEFORE, STATE WHERE, WHEN, FINAL POSITION AND REASON FOR LEAVING (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby)

PLEASE INDICATE THE HOURS (BOTH DAY AND EVENING) YOU ARE AVAILABLE TO WORK:

SUN Any   MON Any   TUES Any   WED Any

THURS Any   FRI Any   SAT Any

NOTE: ALTHOUGH EVERY EFFORT TO ACCOMMODATE INDIVIDUAL PREFERENCES WILL BE MADE, BUSINESS NEEDS MAY REQUIRE ANY OR ALL OF THE FOLLOWING: EXTENSION OF HOURS, A ROTATING WORK SCHEDULE, SATURDAY AND/OR SUNDAY HOURS, OVERTIME.

*School starts in Sept then, any time after 230 weekdays, Any time weekends*

HAVE YOU EVER APPLIED TO ANY OF OUR COMPANIES BEFORE (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby)? ___ YES ✔ NO (IF YES, WHERE)

DO YOU HAVE ANY RELATIVES EMPLOYED BY OUR COMPANY? ___ YES ✔ NO  IF YES, IDENTIFY BY NAME AND LOCATION TO AVOID WORK ASSIGNMENT CONFLICTS.

HAVE YOU EVER BEEN CONVICTED OF A FELONY? (NOTE: DO NOT ANSWER "YES" OR PROVIDE ANY INFORMATION REGARDING THE FOLLOWING: (A) ARRESTS THAT DID NOT LEAD TO A CONVICTION, (B) CONVICTIONS THAT HAVE BEEN SEALED, EXPUNGED, DISMISSED, OR OTHERWISE ERADICATED BY STATUTE OR COURT ORDER) ___ YES ✔ NO

### WORK EXPERIENCE (START WITH CURRENT EMPLOYER AND CONTINUE WITH FORMER EMPLOYERS)

| EMPLOYER #1 | | | | | EMPLOYER #2 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | STREET | CITY | STATE | ZIP | ADDRESS | STREET | CITY | STATE | ZIP |
| PHONE | SUPERVISOR | | TITLE | | PHONE | SUPERVISOR | | TITLE | |
| POSITION | FINAL SALARY | | REASON FOR LEAVING | | POSITION | FINAL SALARY | | REASON FOR LEAVING | |
| DATES OF EMPLOYMENT: FROM: | | TO: | | | DATES OF EMPLOYMENT: FROM: | | TO: | | |

| EMPLOYER #3 | | | | | EMPLOYER #4 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | STREET | CITY | STATE | ZIP | ADDRESS | STREET | CITY | STATE | ZIP |
| PHONE | SUPERVISOR | | TITLE | | PHONE | SUPERVISOR | | TITLE | |
| POSITION | FINAL SALARY | | REASON FOR LEAVING | | POSITION | FINAL SALARY | | REASON FOR LEAVING | |
| DATES OF EMPLOYMENT: FROM: | | TO: | | | DATES OF EMPLOYMENT: FROM: | | TO: | | |

### PROFESSIONAL REFERENCES-LIST PERSONS FAMILIAR WITH YOUR WORK ABILITY (EXCLUDE RELATIVES)

| NAME | PHONE NUMBER | HOW ACQUAINTED | HOW LONG |
|---|---|---|---|
| NAME | PHONE NUMBER | HOW ACQUAINTED | HOW LONG |
| NAME | PHONE NUMBER | HOW ACQUAINTED | HOW LONG |
| NAME | PHONE NUMBER | HOW ACQUAINTED | HOW LONG |

## PLEASE COMPLETE REMAINDER OF APPLICATION ON REVERSE SIDE.

## DO NOT WRITE BELOW THIS LINE.

(HIRING PERSONNEL: COMPLETE THIS SECTION ONLY AFTER AN OFFER OF EMPLOYMENT IS MADE)

| JOB TITLE Sales Associate | T (TEMP) OR R (REG.) | FT OR PT | STORE # | MALE OR FEMALE | START DATE 8/5/14 |
|---|---|---|---|---|---|

| DATE OF BIRTH | HOURLY OR COEFF. MGR. OR SALARIED (PAY TYPE: CIRCLE ONE) | RATE (ONLY IF HOURLY): 7.25 PER HOUR | NEXT REVIEW DATE 11/0/14 |
|---|---|---|---|

RACE (CIRCLE ONE)
WHITE • BLACK • HISPANIC/LATINO / ASIAN • AMERICAN INDIAN/ALASKA NATIVE •
NATIVE HAWAIIAN/PACIFIC ISLANDER • / TWO OR MORE RACES (NONE OF WHICH ARE HISPANIC OR LATINO)

SOCIAL SECURITY NUMBER
REDACTED

SIGNATURE OF HIRING INDIVIDUAL

BBB 176 (R 2/10)

OCT-27-2017 03:52PM FROM-  T-248 P 001/003 F-521

 

**BED BATH & BEYOND** — Beyond any store of its kind°

**HARMON°** **FACE VALUES**

**Christmas Tree Shops**

**buybuy BABY**

AN EQUAL OPPORTUNITY EMPLOYER
It is the policy of Bed Bath & Beyond to recruit, hire, train, promote, transfer, compensate, and provide all other conditions of employment including Company sponsored events without regard to race, color, creed, religion, national origin, age, sex, marital status, lawful alien status, sexual orientation, physical or mental disability, citizenship status, veteran status, or any other basis prohibited by law.

---

*Please complete all requested information. Use ink and print.*

### GENERAL INFORMATION

| | | |
|---|---|---|
| TODAY'S DATE 12/14/12 | DATE AVAILABLE FOR WORK: | POSITION DESIRED: | SALARY DESIRED: |

NAME L. REDACTED I.E.

REDACTED

CITY REDACTED STATE ZIP

TELEPHONE (PRIMARY): TELEPHONE (SECONDARY):

FULL TIME ___ 35+ HRS PER WK PART TIME ☒ LESS THAN 35 HRS

AGE (IF YOU ARE UNDER 18 YOU MAY HAVE TO PROVIDE A WORK PERMIT BEFORE STARTING WORK)

ARE YOU AT LEAST 18 YRS OLD? ☒ YES ___ NO

ARE YOU AT LEAST 16 YRS OLD? ___ YES ___ NO

IF YOU HAVE WORKED FOR ANY OF OUR COMPANIES BEFORE, STATE WHERE, WHEN, FINAL POSITION AND REASON FOR LEAVING (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby)

HAVE YOU EVER APPLIED TO ANY OF OUR COMPANIES BEFORE (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby)? ___ YES ☒ NO (IF YES, WHERE)

PLEASE INDICATE THE HOURS (BOTH DAY AND EVENING) YOU ARE AVAILABLE TO WORK:
SUN _Anytime_ MON _After 4:30_ TUES _After 4:30_ WED _After 4:30_
THURS _After 4:30_ FRI _After 430_ SAT _Anytime_

NOTE: ALTHOUGH EVERY EFFORT TO ACCOMMODATE INDIVIDUAL PREFERENCES WILL BE MADE, BUSINESS NEEDS MAY REQUIRE ANY OR ALL OF THE FOLLOWING: EXTENSION OF HOURS, A ROTATING WORK SCHEDULE, SATURDAY AND/OR SUNDAY HOURS, OVERTIME.

APPLICANTS IN HI, MA AND PHILADELPHIA, PA SHOULD NOT RESPOND:
HAVE YOU BEEN CONVICTED OF A FELONY? (NOTE: DO NOT ANSWER 'YES' OR PROVIDE ANY INFORMATION REGARDING THE FOLLOWING: (A) ARRESTS THAT DID NOT LEAD TO A CONVICTION, (B) CONVICTIONS THAT HAVE BEEN SEALED, EXPUNGED, DISMISSED, OR OTHERWISE ERADICATED BY STATUTE OR COURT ORDER, INCLUDING SEALED OR EXPUNGED JUVENILE CONVICTIONS). ___ YES ☒ NO

DO YOU HAVE ANY RELATIVES EMPLOYED BY OUR COMPANY? ___ YES ☒ NO IF YES, IDENTIFY BY NAME AND LOCATION TO AVOID WORK ASSIGNMENT CONFLICTS.

### WORK EXPERIENCE (START WITH CURRENT/MOST RECENT)

**EMPLOYER #1** Turning Stone Casino,
ADDRESS STREET CITY Verona STATE NY ZIP
PHONE REDACTED TITLE
POSITION Cashier FINAL SALARY $7.25 REASON FOR LEAVING Family business
DATES OF EMPLOYMENT: FROM: 3/2011 TO: 11/2011

**EMPLOYER #2** Salon Arida
ADDRESS STREET Commercial drive CITY New Hartfort ny ZIP 13413
PHONE 315-404-0998 SUPERVISOR REDACTED TITLE
POSITION Receptionist FINAL SALARY $7.25 REASON FOR LEAVING family business opened.
DATES OF EMPLOYMENT: FROM: 03/2009 TO: 11/2011.

**EMPLOYER #3** Victoria's Pizzeria
ADDRESS STREET 933 South St CITY Utica STATE NY ZIP 13501
PHONE 315-725-2137 REDACTED TITLE Manager
POSITION Manager FINAL SALARY $8.25 REASON FOR LEAVING closed
DATES OF EMPLOYMENT: FROM: 11/2011 TO: 07/2012

**EMPLOYER #4** Excellus
ADDRESS STREET Utica Business park CITY Utica STATE ny ZIP 13501
PHONE 315- SUPERVISOR REDACTED TITLE
POSITION Item Date entry FINAL SALARY $11.00 REASON FOR LEAVING Temp
DATES OF EMPLOYMENT: FROM: 9/1/2012 TO: current

### PROFESSIONAL REFERENCES (LIST PERSONS FAMILIAR WITH YOUR WORK ABILITY. EXCLUDE RELATIVES)

| NAME | PHONE NUMBER | HOW ACQUAINTED | HOW LONG |
|---|---|---|---|
| REDACTED | REDACTED | Salon Arida / Manager | 2 yrs |
| REDACTED | REDACTED | Parkway Drugs / Manager | 2 yrs |
| REDACTED | REDACTED | Friend. | 11 yrs |
| REDACTED | REDACTED | Manager | 2 yrs |

## PLEASE COMPLETE REMAINDER OF APPLICATION ON REVERSE SIDE.

## DO NOT WRITE BELOW THIS LINE.

(HIRING PERSONNEL: COMPLETE THIS SECTION ONLY AFTER AN OFFER OF EMPLOYMENT IS MADE.)

| JOB TITLE Sales Associate | T (TEMP) OR R (REG) R | FT OR PT PT | STORE # 51 | MALE OR FEMALE F | START DATE 11/29/12 |
|---|---|---|---|---|---|

DATE OF BIRTH 04/26/91 | HOURLY OR COEFF. MGN. OR SALARIED (PAY TYPE: CIRCLE ONE) | RATE (ONLY IF HOURLY): 8.00 PER HOUR | NEXT REVIEW DATE 4/29/13

RACE (CIRCLE ONE)
WHITE • BLACK • HISPANIC/LATINO • ASIAN • AMERICAN INDIAN/ALASKA NATIVE • NATIVE HAWAIIAN/PACIFIC ISLANDER • TWO OR MORE RACES (NONE OF WHICH ARE HISPANIC OR LATINO)

SOCIAL SECURITY NUMBER REDACTED

SIGNATURE OF HIRING INDIVIDUAL [signature]

PHR025 (R 04/12)

OCT-27-2017 03:56PM FROM-

T-249 P 001/003 F-522





AN EQUAL OPPORTUNITY EMPLOYER
It is the policy of Bed Bath & Beyond to recruit, hire, train, promote, transfer, compensate, and provide all other conditions of employment including Company sponsored events without regard to race, color, creed, religion, national origin, age, sex, marital status, lawful alien status, sexual orientation, physical or mental disability, citizenship status, veteran status, or any other basis prohibited by law

Please complete all requested information. Use ink and print.

## GENERAL INFORMATION

**TODAY'S DATE:** JULY 17 2012
**DATE AVAILABLE FOR WORK:** ANY
**POSITION DESIRED:**
**SALARY DESIRED:** min wage

FULL TIME ___ 35+ HRS PER WK  PART TIME _✓_ LESS THAN 35 HRS

**NAME:** REDACTED

**STREET:** REDACTED

**CITY:** REDACTED **ZIP:**

AGE (IF YOU ARE UNDER 18 YOU MAY HAVE TO PROVIDE A WORK PERMIT BEFORE STARTING WORK)

ARE YOU AT LEAST 18 YRS OLD? _✓_ YES ___ NO

**TELEPHONE (PRIMARY):** REDACTED **TELEPHONE (SECONDARY):**

ARE YOU AT LEAST 16 YRS OLD? ___ YES ___ NO

IF YOU HAVE WORKED FOR ANY OF OUR COMPANIES BEFORE, STATE WHERE, WHEN, FINAL POSITION AND REASON FOR LEAVING (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby)

PLEASE INDICATE THE HOURS (BOTH DAY AND EVENING) YOU ARE AVAILABLE TO WORK:

SUN Any MON Any TUES Any WED Any

THURS Any FRI Any SAT Any

HAVE YOU EVER APPLIED TO ANY OF OUR COMPANIES BEFORE (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby)? ___ YES _✓_ NO (IF YES, WHERE)

NOTE: ALTHOUGH EVERY EFFORT TO ACCOMMODATE INDIVIDUAL PREFERENCES WILL BE MADE, BUSINESS NEEDS MAY REQUIRE ANY OR ALL OF THE FOLLOWING: EXTENSION OF HOURS, A ROTATING WORK SCHEDULE, SATURDAY AND/OR SUNDAY HOURS, OVERTIME.

APPLICANTS IN RI, MA AND PHILADELPHIA, PA SHOULD NOT RESPOND:
HAVE YOU BEEN CONVICTED OF A FELONY? (NOTE: DO NOT ANSWER "YES" OR PROVIDE ANY INFORMATION REGARDING THE FOLLOWING: (A) ARRESTS THAT DID NOT LEAD TO A CONVICTION, (B) CONVICTIONS THAT HAVE BEEN SEALED, EXPUNGED, DISMISSED, OR OTHERWISE ERADICATED BY STATUTE OR COURT ORDER, INCLUDING SEALED OR EXPUNGED JUVENILE CONVICTIONS) ___ YES _X_ NO

DO YOU HAVE ANY RELATIVES EMPLOYED BY OUR COMPANY? ___ YES _✓_ NO IF YES, IDENTIFY BY NAME AND LOCATION TO AVOID WORK ASSIGNMENT CONFLICTS

## WORK EXPERIENCE (START WITH CURRENT EMPLOYER AND CONTINUE WITH FORMER EMPLOYER)

**EMPLOYER #1**
Rite Aid Pharmacy
**ADDRESS:** Plaza **STREET:** **CITY:** Ilion **STATE:** NY **ZIP:**
**PHONE:** **SUPERVISOR:** REDACTED **TITLE:** Cashier
**POSITION:** Cashier/Pharmacy tech **FINAL SALARY:** 7.50 **REASON FOR LEAVING:** No hours
**DATES OF EMPLOYMENT:** NOV 2010 **FROM:** June 2012 **TO:**

**EMPLOYER #3**
Dunkin Donuts
**ADDRESS:** **STREET:** **CITY:** Ilion **STATE:** NY **ZIP:**
**PHONE:** **SUPERVISOR:** Crishier/coffee maker
**POSITION:** **FINAL SALARY:** 7.50 **REASON FOR LEAVING:**
**DATES OF EMPLOYMENT:** **FROM:** **TO:**

**EMPLOYER #2**
New 2 you consignments
**ADDRESS:** Plaza **STREET:** **CITY:** Ilion **STATE:** NY **ZIP:**
**PHONE:** **SUPERVISOR:** REDACTED **TITLE:** Cashier
**POSITION:** Cashier **FINAL SALARY:** 7.50 **REASON FOR LEAVING:** No hours, closing
**DATES OF EMPLOYMENT:** NOV 2012 **FROM:** Jan 2012 **TO:**

**EMPLOYER #4**
Tinys Bar & Grill
**ADDRESS:** State Street **CITY:** Utica **STATE:** NY **ZIP:**
**PHONE:** **SUPERVISOR:** REDACTED **TITLE:** Waitress
**POSITION:** **FINAL SALARY:** 4.50 + tips. **REASON FOR LEAVING:**
**DATES OF EMPLOYMENT:** **FROM:** **TO:**

## PROFESSIONAL REFERENCES (LIST PERSONS FAMILIAR WITH YOUR WORK ABILITY (EXCLUDE RELATIVES))

| NAME | PHONE NUMBER | HOW ACQUAINTED | HOW LONG |
|---|---|---|---|
| REDACTED | REDACTED | Long time friend | 5 years |
| REDACTED | REDACTED | Long time friend | 3 years |
| Theresa Lee | REDACTED | Former employer | 1 year |

## PLEASE COMPLETE REMAINDER OF APPLICATION ON REVERSE SIDE.

## DO NOT WRITE BELOW THIS LINE.

**(HIRING PERSONNEL: COMPLETE THIS SECTION ONLY AFTER AN OFFER OF EMPLOYMENT IS MADE.)**

**JOB TITLE:** Sales Associate  **T (TEMP) OR R (REG.):** **FT OR PT:** **STORE #:** 6011 **MALE OR FEMALE:** FEMALE **START DATE:** 7/17/12

**DATE OF BIRTH:** 9/21/92  **HOURLY OR COEFF. MGR. OR SALARIED (PAY TYPE: CIRCLE ONE):** **RATE (ONLY IF HOURLY):** 8.50 PER HOUR **NEXT REVIEW DATE:** 7/18/13

**RACE (CIRCLE ONE):** WHITE • BLACK • HISPANIC/LATINO • ASIAN • AMERICAN INDIAN/ALASKA NATIVE • NATIVE HAWAIIAN/PACIFIC ISLANDER • TWO OR MORE RACES (NONE OF WHICH ARE HISPANIC OR LATINO)

**SOCIAL SECURITY NUMBER:** REDACTED

**SIGNATURE OF HIRING INDIVIDUAL:**

BBB170 (R 07/11)

OCT-25-2017 03:47PM FROM-　　　　　　　　　　　　　　　　T-242 P.003/004 F-515





HARMON°
FACE VALUES™

Beyond any store of its kind.®

AN EL... OPPORTUNITY EMPLOYER
It is the policy of Bed Bath & Beyond to recruit, hire, train, promote, transfer, compensate, and provide all other conditions of employment including Company sponsored events without regard to race, color, creed, religion, national origin, age, sex, marital status, lawful alien status, sexual orientation, physical or mental disability, citizenship status, veteran status, or any other basis prohibited by law.

*Please complete all requested information. Use ink and print.*

| TODAY'S DATE | DATE AVAILABLE FOR WORK: | POSITION DESIRED: | SALARY DESIRED: |
|---|---|---|---|
| 8/25/12 | ASAP | Register - Stock | minimum wage |

| NAME: REDACTED | FULL TIME ___ 35+ HRS PER WK. PART TIME ✗ LESS THAN 35 HRS |
|---|---|

STREET ADDRESS: REDACTED

AGE (IF YOU ARE UNDER 18 YOU MAY HAVE TO PROVIDE A WORK PERMIT BEFORE STARTING WORK)

REDACTED　　STATE　　ZIP

ARE YOU AT LEAST 18 YRS OLD? ✗ YES ___ NO

TELEP... REDACTED　　TELEPHONE (SECONDARY):

ARE YOU AT LEAST 16 YRS OLD? ___ YES ___ NO

IF YOU HAVE WORKED FOR ANY OF OUR COMPANIES BEFORE, STATE WHERE, WHEN, FINAL POSITION AND REASON FOR LEAVING (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby)

PLEASE INDICATE THE HOURS (BOTH DAY AND EVENING) YOU ARE AVAILABLE TO WORK:

SUN ANY SHIFT MON 4pm-10pm TUES 4pm-10pm WED 4pm-10pm

THURS 4pm-10pm FRI 4pm-10pm SAT ANY SHIFT

HAVE YOU EVER APPLIED TO ANY OF OUR COMPANIES BEFORE (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby)? ___ YES ✗ NO (IF YES, WHERE)

NOTE: ALTHOUGH EVERY EFFORT TO ACCOMMODATE INDIVIDUAL PREFERENCES WILL BE MADE, BUSINESS NEEDS MAY REQUIRE ANY OR ALL OF THE FOLLOWING: EXTENSION OF HOURS, A ROTATING WORK SCHEDULE, SATURDAY AND/OR SUNDAY HOURS, OVERTIME.
I'm available for all holidays

APPLICANTS IN RI, MA AND PHILADELPHIA, PA SHOULD NOT RESPOND:
HAVE YOU BEEN CONVICTED OF A FELONY? (NOTE: DO NOT ANSWER "YES" OR PROVIDE ANY INFORMATION REGARDING THE FOLLOWING: (A) ARRESTS THAT DID NOT LEAD TO A CONVICTION; (B) CONVICTIONS THAT HAVE BEEN SEALED, EXPUNGED, DISMISSED, OR OTHERWISE ERADICATED BY STATUTE OR COURT ORDER, INCLUDING SEALED OR EXPUNGED JUVENILE CONVICTIONS) ___ YES ✗ NO

DO YOU HAVE ANY RELATIVES EMPLOYED BY OUR COMPANY? ___ YES ✗ NO IF YES, IDENTIFY BY NAME AND LOCATION TO AVOID WORK ASSIGNMENT CONFLICTS:

**BEGIN WITH YOUR MOST RECENT AND CONTINUE WITH FORMER EMPLOYERS**

| EMPLOYER #1 (DTA) Developmental Therapy Associates | EMPLOYER #2 McDonald's Corporation |
|---|---|
| ADDRESS PO Box 381 CITY New Hartford STATE NY ZIP 13413 | ADDRESS 3818 Oneida St CITY Washington Mills STATE NY ZIP 13479 |
| PHONE 315-132-6911 SUPERVISOR REDACTED TITLE MS PT | PHONE 737-8970 SUPERVISOR Shift managers & Store TITLE manager |
| POSITION OT assistant FINAL SALARY $14/hr. REASON FOR LEAVING still employed | POSITION register FINAL SALARY min. wage REASON FOR LEAVING full time job at DTA |
| DATES OF EMPLOYMENT: FROM: 10/2005 TO: current | DATES OF EMPLOYMENT: FROM: 2005 TO: 2005 |

| EMPLOYER #3 Hallmark Nursing Center | EMPLOYER #4 White's Farm Supply |
|---|---|
| ADDRESS 217 East Ave CITY Minoa STATE NY ZIP 13116 | ADDRESS RT 12, Box 1011 CITY Waterville STATE NY ZIP 13480 |
| PHONE 656-7277 SUPERVISOR Theresa Blumberg TITLE Administrator | PHONE 841-4181 SUPERVISOR REDACTED TITLE Store Manager |
| POSITION OT assistant FINAL SALARY $12/hr. REASON FOR LEAVING to contract service to agencies | POSITION sales assistant FINAL SALARY $8/hr. REASON FOR LEAVING birth of my son |
| DATES OF EMPLOYMENT: FROM: 4/1999 TO: 2/2003 | DATES OF EMPLOYMENT: FROM: 1996 TO: 1997 |

**LIST THREE BUSINESS/PERSONAL REFERENCES (WITH YOUR KNOWLEDGE OF QUALITY) (EXCLUDE RELATIVES)**

| NAME | PHONE NUMBER | HOW ACQUAINTED | HOW LONG |
|---|---|---|---|
| REDACTED | REDACTED | Co-worker | 6 years |
| REDACTED | REDACTED | Co-worker | 6 years |
| REDACTED | REDACTED | Co-worker | 4 years |
| REDACTED | REDACTED | Co-worker | 2 years in same building |

## PLEASE COMPLETE REMAINDER OF APPLICATION ON REVERSE SIDE.

## DO NOT WRITE BELOW THIS LINE.

| CONFIRMATION OF EMPLOYMENT IS MADE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Associate | (T/TEMP) OR R (REG) | FT OR (PT) | STORE # 571 | MALE OR (FEMALE) | START DATE 7/6/12 | | |
| | HOURLY OR COEFF, MGR. OR SALARIED (PAY TYPE: CIRCLE ONE) | RATE (ONLY IF HOURLY): 8.00 | PER HOUR | | NEXT REVIEW DATE 7/6/13 | | |
| HISPANIC/LATINO · ASIAN · AMERICAN INDIAN/ALASKA NATIVE · ... ISLANDER · ... TWO OR MORE RACES (NONE OF WHICH ARE HISPANIC OR LATINO) | | | | SOCIAL SECURITY NUMBER REDACTED | | | |

BBB170 (R 00/11)

OCT-27-2017  03:49PM  FROM-                                          T-247  P.005/008  F-520

 **BED BATH & BEYOND**
Beyond any store of its kind*

**HARMON* FACE VALUES***

 **Christmas Tree Shops**

 **buybuy BABY**

AN EQUAL OPPORTUNITY EMPLOYER
It is the policy of Bed Bath & Beyond to recruit, hire, train, promote, transfer, compensate, and provide all other conditions of employment (including Company sponsored events without regard to race, color, creed, religion, national origin, age, sex, marital status, lawful alien status, sexual orientation, physical or mental disability, citizenship status, veteran status, or any other basis prohibited by law.

---

*Please complete all requested information. Use ink and print.*

| TODAY'S DATE 10/17/12 | DATE AVAILABLE FOR WORK: ASAP | POSITION DESIRED: | SALARY DESIRED: |
|---|---|---|---|

| NAME: LAST REDACTED | | FULL TIME ___ 35+ HRS PER WK.  PART TIME X LESS THAN 35 HRS |
|---|---|---|

STRE REDACTED

AGE IF YOU ARE UNDER 18 YOU MAY HAVE TO PROVIDE A WORK PERMIT BEFORE STARTING WORK!
ARE YOU AT LEAST 18 YRS OLD? X YES ___ NO

REDACTED

REDACTED   TELEPHONE (SECONDARY).   ARE YOU AT LEAST 16 YRS OLD? ___ YES ___ NO

IF YOU HAVE WORKED FOR ANY OF OUR COMPANIES BEFORE, STATE WHERE, WHEN, FINAL POSITION AND REASON FOR LEAVING (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby)!

PLEASE INDICATE THE HOURS (BOTH DAY AND EVENING) YOU ARE AVAILABLE TO WORK:
SUN All Day  MON After 4pm  TUES After 3pm  WED After 4pm
THURS After 3pm  FRI After 4pm  SAT All Day

NOTE: ALTHOUGH EVERY EFFORT TO ACCOMMODATE INDIVIDUAL PREFERENCES WILL BE MADE, BUSINESS NEEDS MAY REQUIRE ANY OR ALL OF THE FOLLOWING: EXTENSION OF HOURS, A ROTATING WORK SCHEDULE, SATURDAY AND/OR SUNDAY HOURS, OVERTIME.

HAVE YOU EVER APPLIED TO ANY OF OUR COMPANIES BEFORE (BB&B, Christmas Tree Shops, Harmon &/or buybuy Baby)? ___ YES X NO (IF YES, WHERE)

APPLICANTS IN RI, MA AND PHILADELPHIA, PA SHOULD NO RESPOND:
HAVE YOU BEEN CONVICTED OF A FELONY? (NOTE: DO NOT ANSWER "YES" OR PROVIDE ANY INFORMATION REGARDING THE FOLLOWING: (A) ARRESTS THAT DID NOT LEAD TO A CONVICTION, (B) CONVICTIONS THAT HAVE BEEN SEALED, EXPUNGED, DISMISSED, OR OTHERWISE ERADICATED BY STATUTE OR COURT ORDER, INCLUDING SEALED OR EXPUNGED JUVENILE CONVICTIONS) ___ YES X NO

DO YOU HAVE ANY RELATIVES EMPLOYED BY OUR COMPANY? ___ YES X NO  IF YES, IDENTIFY BY NAME AND LOCATION TO AVOID WORK ASSIGNMENT CONFLICTS:

---

| EMPLOYER #1 | | | | | EMPLOYER #2 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Liz Berry | | | | | Lindy Tompkins | | | | |
| ADDRESS 6891 | STREET Collamer Road | CITY East Syracuse | STATE NY | ZIP 13057 | ADDRESS | STREET East Syracuse | CITY Syracuse | STATE NY | ZIP 13057 |
| PHONE 315-446-1712 | SUPERVISOR | | TITLE | | PHONE 315-708-4056 | SUPERVISOR | | TITLE | |
| POSITION Coach | FINAL SALARY $8.25 an hour | | REASON FOR LEAVING School | | POSITION Teached | FINAL SALARY $7.25 an hour | | REASON FOR LEAVING Summer Job | |
| DATES OF EMPLOYMENT: FROM: Feb 2011 | TO: August 16, 2012 | | | | DATES OF EMPLOYMENT: FROM: July 2,2012 | TO: August 16,2012 | | | |

| EMPLOYER #3 | | | | | EMPLOYER #4 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | STREET | CITY, | STATE | ZIP | ADDRESS | STREET | CITY | STATE | ZIP |
| PHONE | SUPERVISOR | | TITLE | | PHONE | SUPERVISOR | | TITLE | |
| POSITION | FINAL SALARY | | REASON FOR LEAVING | | POSITION | FINAL SALARY | | REASON FOR LEAVING | |
| DATES OF EMPLOYMENT: FROM: | TO: | | | | DATES OF EMPLOYMENT: FROM: | TO: | | | |

---

| NAME | PHONE NUMBER | HOW ACQUAINTED | HOW LONG |
|---|---|---|---|
| REDACTED | REDACTED | family friend / Boss | 7 years |
| REDACTED | REDACTED | worked for him over summer | 4 years |
| | | | |

---

## PLEASE COMPLETE REMAINDER OF APPLICATION ON REVERSE SIDE.

## DO NOT WRITE BELOW THIS LINE.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ____ (TEMP) OR (HIRED) | FT OR (PT) | STORE# 571 | MALE OR FEMALE | START DATE 10/31/12 | |
| DATE 5/18/94 | | HOURLY OR COEFF. MGR. OR SALARIED (PAY TYPE: CIRCLE ONE) | RATE (ONLY IF HOURLY): 6.00 PER HOUR | | | NEXT REVIEW DATE 1/31/12 | |
| (CIRCLE ONE) WHITE  BLACK  HISPANIC/LATINO  ASIAN  AMERICAN INDIAN/ALASKA NATIVE  NATIVE HAWAIIAN/PACIFIC ISLANDER  TWO OR MORE RACES (NONE OF WHICH ARE HISPANIC OR LATINO) | | | | | SOCIAL SECURITY NUMBER REDACTED | | |

PNR025 (R 04/12)

# **EXHIBIT 13**

  

BED BATH & BEYOND
Beyond any store of its kind

FACE VALUES

Christmas Tree Shops

buy buy BABY

## ASSOCIATE SEPARATION FORM (Use this form whenever an associate resigns or is terminated)

1. Complete and review sections 1-11 below
3. Review and confirm all hours change status in Time & Attendance
5. CT, GA, LA, MA, NJ, NM, NY and TN:
   Process your STATE'S SEPARATION NOTICE

2. Ensure that separating associate reads section 10 and signs as indicated
4. If applicable, submit final pay request to Corporate Payroll
6. Notify Tele/Equifax via Case Builder

REDACTED

1. NAME: _Bradley Brede_ SOCIAL SECURITY # _____ ORB # _850_

2. JOB CLASSIFICATION (check one):  ___ Part Time  ___ Full Time  _L_ Mgmt
   (Less than 35 hrs per wk)   (35 or more hrs per wk)

3. START DATE: _8/ 3/1 5_  LAST DAY WORKED: _11/ 8/16_   SEPARATION DATE: _11/8/16_
   (this date represents the last day the associate   (see ** at bottom of form for situations where SEPARATION
   physically worked)   DATE differs from LAST DAY WORKED)

4. REASON FOR LEAVING – Check all that apply:
   **RESIGNATION/VOLUNTARY:**           **TERMINATION/INVOLUNTARY:**
   ___ Better Job Opportunity            ___ Job Elimination
   ___ Return To School                  ___ Poor Performance
   ___ Medical                           ___ Misconduct           ☐ SEPARATION PROCESSED THRU CASE BUILDER
   ___ Job Abandonment                   _✓_ Other                (Check box once completed)
   ___ Scheduled Work Hours ☐ too many / ☐ too few   _Violation_
   ___ (Other (Give specific reason)     _company policy_

5. COMPANY PROPERTY RETURNED – Check all that apply:        6. BENEFITS – Check, if applicable:
   ___ Keys (store, terminals, thermostats)                 ___ Associate informed of COBRA
   ___ Alarm, telephone and computer access codes erased
   _N/A_ Associate loans repaid in full
   _✓_ Name Badge
   _N/A_ Other

7. FINAL PAY – Check all that apply:               8. CURRENT ADDRESS:
   _✓_ Vacation/Floating Holiday/Comp. day adjustment made
       in Time & Attendance                        Address _46 Bourdette Place_
       Indicate plus or minus days for vacation adjustment:
   _N/A_ Indicate Floating Hol/Comp. days owed (if applicable) ___
   _✓_ Associate/Employer agree on final check:    City _Amityville_
       ___ Based on ___ days worked for salaried associates
       ___ Based on ___ hours worked for hourly associates
   _N/A_ Associate received final check today in the amount of $___   State _NY_   Zip Code _11701_
   _N/A_ If applicable, associate loan paperwork forwarded to payroll
       ___ Associate will return to store to pick up check on _11/23/16_
       ___ If applicable, final paycheck mailed to Address noted in #8

_will pick up_

9. USE BACK SIDE OF THIS FORM FOR ASSOCIATE COMMENTS, IF ANY.

10. Separating associate is to read this section before signing form:
    • An adjustment may be made to your final paycheck for any vacation time you had taken but not yet accrued, or that you had accrued but not yet taken. Any such adjustment is set forth above in Section 7.
    • As you leave us, we wanted to remind you of your continuing obligation not to disclose to anyone any confidential business and/or proprietary information regarding Bed Bath & Beyond and its operations. Please also make sure you have returned all documents and other items such as records, computer files, computer disks, manuals and notes relating or belonging to the company. You may not take any such materials with you. These things are important to the company, as you may remember from your associate handbook, and that is why your obligation of confidentiality continues even after you leave employment with us.
    I fully understand the information that I read in Section 10. If there is anything that I did not understand, I have asked for an explanation.

    Associate's Signature: _____   Date _11-08-16_

11. Supervisor's Signature: _____   Date _11-8-16_
    Store Manager's/Corp Counterpart's Signature: ____ _Rob Amadeo_   Date _____

** EXAMPLES OF SEPARATION DATE DIFFERING FROM LAST DAY WORKED:
   a)  The Last Day Worked was actually different from the resignation/termination date
   b)  Job Abandonment when an associate is absent from work & does not notify the store for a specific period of time, separation date is the date that the decision was made in separate employment.
   c)  Failure to return from LOA/FMLA, the separation date is the date that the associate was scheduled to return from an approved LOA or WC leave.
   d)  Failure to return from vacation, the separation date is the date in which the associate was scheduled to return from an approved vacation

   FM 043 1A & 1B · 2/99; 8/01; 5/02  5/04; 8/04; 2/08; 3/10; 2/11; 5/12; rev 4/15

# EXHIBIT 14

 BED BATH & **BEYOND** Beyond any store of its kind.  FACE VALUES™  Christmas Tree Shops  buybuy BABY

## ASSOCIATE SEPARATION FORM (Use this form whenever an associate resigns or is terminated)

1. Complete and review sections 1-11 below
3. Review and confirm all hours; change status in Time & Attendance
5. CT, GA, LA, MA, NJ, NM, NV and TN;
   Process your STATE'S SEPARATION NOTICE

2. Ensure that separating associate reads section 10 and signs as indicated
4. If applicable, submit final pay request to Corporate Payroll
6. Notify Tnt/Equifax via Case Builder

1. NAME: Danielle Reha   SOCIAL SECURITY #  REDACTED   STORE # 260

2. JOB CLASSIFICATION (check one):   ___ Part Time (Less than 35 hrs per wk)   ✓ Full Time (35 or more hrs per wk)   ___ Mgmt

3. START DATE: 5/9/05   LAST DAY WORKED: 6/26/17 (this date represents the last day the associate physically worked)   SEPARATION DATE: 6/26/17 (see ** at bottom of form for situations where SEPARATION DATE differs from LAST DAY WORKED)

### 4. REASON FOR LEAVING - Check all that apply:

**RESIGNATION/VOLUNTARY:**
___ Better Job Opportunity
___ Return To School
___ Medical
___ Job Abandonment
___ Scheduled Work Hours ☐ too many / ☐ too few
___ Other (Give specific reason) _____

**TERMINATION/INVOLUNTARY:**
___ Job Elimination
___ Poor Performance
___ Misconduct
✓ Other

☐ SEPARATION PROCESSED THRU CASE BUILDER
(Check box once completed)

5. COMPANY PROPERTY RETURNED - Check all that apply:
___ Keys (store, terminals, thermostats) —
___ Alarm, telephone and computer access codes erased —
N/A Associate loans repaid in full
___ Name Badge —
___ Other                                      OWED   5 VACATION + 1 HOLIDAY (MEM DAY)

6. BENEFITS – Check, if applicable:
___ Associate informed of COBRA

### 7. FINAL PAY - Check all that apply:
___ Vacation/Floating Holiday/Comp. day adjustment made →
   in Time & Attendance
   Indicate plus or minus days for vacation adjustment: ___
   Indicate Floating Hol/Comp. days owed (if applicable) ___
___ Associate/Employer agree on final check:
   Based on ___ days worked for salaried associates
   Based on ___ hours worked for hourly associates
N/A Associate received final check today in the amount of $ ___
N/A If applicable, associate loan paperwork forwarded to payroll
___ Associate will return to store to pick up check on ___
___ If applicable, final paycheck mailed to Address noted in #8

### 8. CURRENT ADDRESS:
Address 7 Acreview drive

City Northport

State NY   Zip Code 11768

### 9. USE BACK SIDE OF THIS FORM FOR ASSOCIATE COMMENTS, IF ANY.

### 10. Separating associate is to read this section before signing form:
- An adjustment may be made to your final paycheck for any vacation time you had taken but not yet accrued, or that you had accrued but not yet taken. Any such adjustment is set forth above in Section 7.
- As you leave us, we wanted to remind you of your continuing obligation not to disclose to anyone any confidential business and/or proprietary information regarding Bed Bath & Beyond and its operations. Please also make sure you have returned all documents and other items such as records, computer files, computer disks, manuals and notes relating to or belonging to the company. You may not take any such materials with you. These things are important to the company, as you may remember from your associate handbook, and that is why your obligation of confidentiality continues even after you leave employment with us.

I fully understand the information that I read in Section 10. If there is anything that I did not understand, I have asked for an explanation.

X Associate's Signature: _____   Date _____

11. Supervisor's Signature: _____   Date _____

X Store Manager's/Corp Counterpart's Signature: _____   Date _____

** EXAMPLES OF SEPARATION DATE DIFFERING FROM LAST DAY WORKED:
 □ The Last Day Worked was actually different from the resignation/termination date.
 □ Job Abandonment: when an associate is absent from work & does not notify the store for a specific period of time; separation date is the date that the decision was made to separate employment.
 □ Failure to return from LOA/WC: the separation date is the date that the associate was scheduled to return from an approved LOA or WC leave.
 □ Failure to return from vacation: the separation date is the date in which the associate was scheduled to return from an approved vacation.

HR 043-1A & 1B – 2/99; 6/01; 5/02; 5/04; 8/04; 2/08; 3/10; 2/11; 5/12; rev 4/15

*Maverick*

**4/9/09**
**Danielle Reha**
**DOH 5/9/05**
**Operations Mgr.**
**Store #770**
**Warning**

Today 4/9/09, Tim Palmer (DM) had a conversation with Danielle Reha (OPS Mgr.) regarding her performance, specifically regarding cash handling.

Tim explained to Danielle that through a recent LP investigation it was found that Danielle allowed associates to count out register tills alone, which is a violation of company policy. In permitting associates to count the register tills alone, Danielle caused the company a financial loss. There must be two associates in the cash office when counting out register tills as per the company policy and procedures.

It was outlined for Danielle that as an assistant manager Bed Bath & Beyond expects that she is setting the highest standard in the building and is leading by example to her staff at all times. Tim specifically reviewed the company expectations for cash handling policy and procedures, and Danielle acknowledged that she understood.

Tim reiterated the expectations that Bed Bath & Beyond has for all managers, and made it clear that any reoccurrence of this or any other violations of company policy/procedure or inconsistence work performance could result in termination of employment.

_____

Tim Palmer



**Jen Guide : Pampered Chef concern**
Brian Snell → Judy Cohen                                        06/15/2017 03:42 PM

This message has been forwarded.

- on 6/13/17  DM Tim Palmer spoke with DOPs Jen Guide (DOH: 9/8/03)regarding concerns that she had allowed #260 ASM Danielle Reha to have a Pampered Chef party at her house, which is a clear conflict of interest and demonstrates extremely poor judgment by a member of District Support. Pampered Chef is a consultant based on-line retailer specializing in various Housewares and Dining / entertaining products. Their website is www.pamperedchef.com
- While Jen originally indicated to Tim that no other employee from BBBY other than #260 ASM Danielle Reha had attended the 6/1/17 party, it later became clear through conversation that #850 ASM Amanda Demato and  #850 Dept. Mgr Sarah Aronson were also in attendance.
- Jen explained that  6/1/17 represented the only time she had hosted such an event and did not appear to originally understand why this would represent an issue, stating she was just having a party with her friends. Tim explained the Company's concern from a solicitation and conflict of interest perspective, as well as the expectation for members of district support relating to judgement.
- Jen asked Tim if she was going to be separated, to which Tim explained that the matter was serious in nature and would be reviewed with the appropriate parties in the coming days. Tim further explained to Jen that she had been making some terrible decisions recently (scheduling / attendance), and also reminded her that she had just been administered an overall "Meets Some Expectation" review in May .

- In addition to the above managers,  #260 Dept. Mgr Doreen Dawson was also overhead discussing matters pertaining to Pampered Chef on the phone while at work. It was this observation, made by DCST Dawn Mihalek, that began our inquiry into the matter. Dawn informed DHRM Renee Ryan of her observation of Doreen's phone call *as well as* the 6/1 party, which Dawn indicated she had recently been made aware and had felt uncomfortable about.
- Please find attached screen captures confirming ASM Danielle Reha's involvement with Pampered Chef as well as the 6/1/17 party hosted by Jen.



Danielle Reha Pampered Chef 6-15-17.docx

- While there have been no conversations with any of the other managers involved at this time , once the appropriate action is determined / taken with Jen the intention is to begin reviewing this matter in detail with each of the managers involved and holing them accountable as well.
- The collective recommendation is to separate Jen based on her extremely poor judgement as a member of the District Support Team.

Brian Snell
Regional Human Resources Manager
☎(201) 825-7399 📠(201) 825-6810 📱(845) 500-7844
[ ] brian.snell@bedbath.com
🌱 please consider the environment before printing this email.

# EXHIBIT 15

  FACE VALUES™  Christmas Tree Shops  

Beyond any store of its kind!

## ASSOCIATE SEPARATION FORM (Use this form whenever an associate resigns or is terminated)

1. Complete and review sections 1-11 below
3. Review and confirm all hours; change status in Time & Attendance
5. CT, GA, LA, MA, NJ, NH, NY and TN:
   Process your STATE'S SEPARATION NOTICE

2. Ensure that separating associate reads section 10 and signs as indicated
4. If applicable, submit final pay request to Corporate Payroll
6. Notify Talx/Equifax via Case Builder

1. NAME: **John Dunne**      LAST 4 OF SOCIAL SECURITY #: **XXX-XX-4174**      STORE #: **1246**

2. JOB CLASSIFICATION (check one): _____ Part Time      _____ Full Time      ✓ Mgmt
   (Less than 35 hrs per wk)      (35 or more hrs per wk)

3. START DATE: **7/30/2007**  LAST DAY WORKED: **8/3/2017**  SEPARATION DATE: **8/3/2017**
   (this date represents the last day the associate      (see ** at bottom of form for situations where SEPARATION
   physically worked)      DATE differs from LAST DAY WORKED)

4. REASON FOR LEAVING - Check all that apply:

**RESIGNATION/VOLUNTARY:**      **TERMINATION/INVOLUNTARY:**

____ Better Job Opportunity      ✓ Job Elimination
____ Return To School      ____ Poor Performance
____ Medical      ____ Misconduct      ✓ SEPARATION PROCESSED THRU CASE BUILDER
____ Job Abandonment      ____ Other      (Check box once completed)
____ Scheduled Work Hours ☐ too many / ☐ too few
____ Other (Give specific reason) _____

5. COMPANY PROPERTY RETURNED - Check all that apply:      6. BENEFITS – Check, if applicable:
   ____ Keys (store, terminals, thermostats)      ✓ Associate informed of COBRA
   ____ Alarm, telephone and computer access codes erased
   ____ Associate loans repaid in full
   ____ Name Badge
   ____ Other

7. FINAL PAY - Check all that apply:      8. CURRENT ADDRESS:
   Vacation Reg: **33.7**      Vacation OT: **0.0**
   Floating Holiday Reg: **18.0**      Floating Holiday OT: **0.0**      Address: **197 Beach Street**
                                                               Address Line 2:
   ____ Associate/Employer agree on final check;
   Based on ____ days worked for salaried associates      City: **Bronx**
   Based on ____ hours worked for hourly associates
   ____ Associate received final check today in the amount of $ ____
   ____ If applicable, associate loan paperwork forwarded to payroll      State: **NY**
                                                               Zip Code: **10464**
   ✓ If applicable, final paycheck mailed to Address noted in #8      Phone Number: **(516) 4103724**

9. USE BACK SIDE OF THIS FORM FOR ASSOCIATE COMMENTS, IF ANY.

10. Separating associate is to read this section before signing form:
    • An adjustment may be made to your final paycheck for any vacation time you had taken but not yet accrued, or that you had accrued but not yet taken. Any such adjustment is set forth above in Section 7.
    • As you leave us, we wanted to remind you of your continuing obligation not to disclose to anyone any confidential business and/or proprietary information regarding Bed Bath & Beyond and its operations. Please also make sure you have returned all documents and other items such as records, computer files, computer disks, manuals and notes relating or belonging to the company. You may not take any such materials with you. These things are important to the company, as you may remember from your associate handbook, and that is why your obligation of confidentiality continues even after you leave employment with us.
    I fully understand the information that I read in Section 10. If there is anything that I did not understand, I have asked for an explanation.

    Associate's Signature: _____      Date **8/6/17**

11. Supervisor's Signature: _____      Date _____
    Store Manager's/Corp Counterpart's Signature: _____      Date **8/6/17**

** EXAMPLES OF SEPARATION DATE DIFFERING FROM LAST DAY WORKED:
   The Last Day Worked was actually different from the resignation/termination date
   Job Abandonment: when an associate is absent from work & does not notify the store for a specific period of time; separation date is the date that the decision was made to separate employment
   Failure to return from LOA-WC: the separation date is the date that the associate was scheduled to return from an approved LOA or WC leave.
   Failure to return from vacation: the separation date is the date in which the associate was scheduled to return from an approved vacation.

HR 043-1A & 1B – 2/99; 6/01; 5/02; 5/04; 8/04; 2/08; 3/10; 2/11; 5/12; rev 4/15

**John Dunne**
**Assistant Manager #553**
**DOH: 7/30/07**
**NTF**
**8/11/12**

Today, 8/11/12, Rob Frazzetta (SM) had a conversation with John Dunne (Assistant Manager) regarding his performance; relating specifically to his failure to follow company procedure.

It was explained to John that he had failed to follow proper protocol on 7/18/12 when there was a suspicious store credit issued in the amount of $3006.83. John failed to follow up with a Security Alert to alert other stores in the area about the incorrect store credit, resulting in a $2700.00 loss for the company.

Rob explained to John that he expects him to be following up on all areas of responsibility within his role, and that failing to execute the above negatively impacts the overall performance of the building and creates potential liability issues. Rob also reminded John that these processes and procedures are part of his responsibility, and as the Assistant Manager and/or MOD he must follow up on them to ensure that he leads by example and protects the company.

Rob expressed his disappointment in John's actions, and made it clear that any violations of these rules or any other action, which in the opinion of Management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Rob Frazzetta
Store Manager

**John Dunne**
**Assistant Manager #553**
**DOH: 7/30/07**
**NTF**
**12/11/12**

Today, 12/11/12, Rob Frazzetta (Store Manager) had a conversation with John Dunne (Assistant Manager), regarding John's poor performance, relating specifically to failure to complete appropriate tasks and Managerial responsibilities as it relates to a proper store close. Rob reminded John that as Manager he is responsible for the leadership and development of his team and he should be leading by example.

Today, Rob specifically addressed John continually failing to complete a proper recovery and close of any of the rooms. In addition, John has been reported to spend a lot of time on personal phone calls in the office.

Rob explained to John, that he is currently performing at a lower standard than expected of an Assistant Manager and he is failing to hold himself and the Associates accountable. Additionally, Rob explained to John that as an Assistant Manager, he will be held to a higher standard and he should be leading by example. This is not acceptable for Assistant Manager standards.

Rob reviewed the expectations that Bed Bath & Beyond has for all managers, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Rob Frazzetta
Store Manager

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**4-26-13**
**ROC**

Today, 4-26-13, Leticia Deirio (Store Manager) spoke to John Dunne (Assistant Manager) regarding his performance; relating specifically to his substandard execution of completing his front end basics training. It was discussed with John that despite being employed with Bed Bath and Beyond for more than 5 years, he failed to make front end training a priority and work on his own development, resulting in his failure to properly support service in the store by assisting at the front end.

It was explained to John that by making front end training a priority he is negatively impacting his own development and ultimately, the business in failing to develop his knowledge and grow as a senior manager. Leticia communicated to John that Bed Bath and Beyond expects all senior managers to complete all their training in order to have a global understanding of the building and an ability to assist in all aspects of the business. Leticia then gave specific time frames to work on his front end training and was also told if he faces challenges in meeting these expectations they must be communicated to the store manager. It was explained to John that he had demonstrated poor judgment in failing to work on his front end Basics training, and therefore negatively impacting the store and his development.

Leticia expressed her disappointment in John's actions and informed him that any reoccurrence of this or any other violations of company policy/procedure or inconsistent work performance may result in disciplinary action.

Leticia Deirio,
Store Manager

John Dunne
Assistant Manager #1246
DOH: 7/30/07
July 27, 2013
Record of Conversation

Today, 7/27/13, Leticia DelRio (Store Manager) had a conversation with John Dunne (Assistant Manager), regarding John's poor performance, relating specifically to failure to complete appropriate tasks and Managerial responsibilities.

Today, Leticia specifically addressed John continually failing:

- To have a proper recovery
- Window treatment room not completed to standards
- 2 Late calendar tasks
- Payroll over hours week 3 and 4
- F/E paperowk due by 7/12; Front End Re-certifications not completed

Leticia explained to John, that he is currently performing at a lower standard than expected of an Assistant Manager and he is failing to hold himself and the Associates accountable. Additionally, Leticia explained to John that as an Assistant Manager, he will be held to a higher standard and he should be leading by example. This is not acceptable for Assistant Manager standards.

Leticia reviewed the expectations that Bed Bath & Beyond has for all managers, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Leticia Del Rio
Store Manager

10-10-'13 01:12 FROM-                                    T-197  P0011/0012 F-981

10-09-'13 09:21 FROM-Bed Bath & Beyond410   9145282812   T-433  P0010/0011 F-562


**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**September 9, 2013**
**Record of Conversation**

Today, 9/9/13, Jodi Gold (Store Manager) had a conversation with John Dunne (Assistant Manager), regarding John's poor performance, relating specifically to failure to complete appropriate tasks and Managerial responsibilities as it relates to following up on price changes, POS events and proper planning. Jodi reminded John that as Manager he is responsible for the leadership and development of his team and he should be leading by example.

Today, Jodi specifically addressed John failing to complete price changes and POS events in a timely manner.

Jodi explained to John, that this could negatively impact the service standards in the building as well as store sales.

Jodi reviewed the expectations that Bed Bath & Beyond has for all managers, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.


Jodi Gold
Store Manager

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**December 9, 2013**
**Record of Conversation**

Today, 12/9/13, Jodi Gold (Store Manager) had a conversation with John Dunne (Assistant Manager), regarding John's poor performance, relating specifically to failure to complete appropriate tasks and Managerial responsibilities.

Today, Jodi specifically addressed John not having the appropriate sense of urgency for daily tasks such as:
1   Daily reality walks
2   Reacting to daily soft side issues before requiring a complete reset
3   Signage
4   Filling
5   Display walks
6   Transfers

Jodi explained to John, that he is failing to hold himself and the Associates accountable for the daily standards expected of him. Additionally, Jodi explained to John that as an Assistant Manager, he will be held to a higher standard and he should be leading by example.

Jodi reviewed the expectations that Bed Bath & Beyond has for all managers, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Jodi Gold
Store Manager

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**December 20, 2013**
**Record of Conversation**

Today, 12/20/13, Jodi Gold (Store Manager) spoke with John Dunne (ASM) to discuss his performance, relating specifically to his poor judgment.

It was outlined for John that he has been displaying a lack of presence on the sales floor during the recovery shift. Jodi explained to John that he has been spending entirely way too much time in the office when he needs to be on the floor running the recovery block.

Jodi further explained to John that by staying in the office he is unable to manage the business and service levels on the floor and it is evident in the condition of the building during his shifts.

Jodi expressed her disappointment in John's actions, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Jodi Gold
Store Manager

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**March 7, 2014**
**Record of Conversation**

Today, 3/7/14, Jodi Gold (Store Manager) spoke with John Dunne (ASM) to discuss his performance, relating specifically to his poor judgment when dealing with a customer.

It was outlined for John that he had allowed his frustrations to show and get in the way of appropriately dealing with a customer when Jodi overheard him asking a customer, more than once, to, when he was done, put back the comforters that he had unrolled down to the floor. Each time John said it, his tone became harsher.

Jodi further explained to John that as a Senior Manager, he sets the example for the store. Jodi understood that the customers response was very demeaning, but that John needed to maintain our level of service with the customer and adjust his tone and body language.

Jodi expressed her disappointment in John's actions, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Jodi Gold
Store Manager

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**March 26, 2014**
**Record of Conversation**

Today, 3/26/14, Jodi Gold (SM) had a conversation with John Dunne (Assistant Manager) regarding his performance; relating specifically to his failure to follow up on MOD walks.

It was explained to John that the stores compliance in these areas is not acceptable and consistently puts the Managers in a position where tasks are not completed and/or results in customer service issues. Jodi further explained that this was the third conversation addressing the lack of compliance on the MOD forms.

Jodi explained to John that she expects him and any other Manager to be following up on all areas of responsibility within his role, and that failing to do so negatively effects the overall performance of the building and creates service issues.

Jodi expressed her disappointment in John's lack of follow through and explained the expectations that Bed Bath & Beyond has for all managers, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.


Jodi Gold
Store Manager

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**March 26, 2014**
**Record of Conversation**

Today, 3/26/14, Jodi Gold (Store Manager) spoke with John Dunne (ASM) to discuss his performance, relating specifically to his poor judgment when speaking in an unprofessional tone.

It was outlined for John that he had allowed his frustrations to show and get in the way of appropriately dealing with Associates and fellow Managers.

John chose to address his concerns about the recovery of the building with another Senior Manager on the walkie talkie. Jodi explained to John that addressing his concern in a public forum was a poor decision on his part and he should speak to another Manager privately if he has concerns. Additionally, John should keep in mind that there will always be situations in the building that may prevent things from happening as we would like, but he should be sure to ask the questions first.

Jodi also explained to John that it had come to her attention that he began to argue back and forth with an Associate who kept another Associate later than the scheduled shift to help deal with lines on the front end. John said that when Stephanie Cifuentes got loud with him, he started getting loud back.

Jodi reminded John that as a Senior Manager, he sets the example for the store. Jodi further explained that they do not manage people or situations by screaming, and that is the Managers' responsibility to teach, train and coach the Associates in order to best correct their actions and ensure that they understand the "whys."

Jodi expressed her disappointment in John's actions, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Jodi Gold
Store Manager

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**July 29, 2014**
**Record of Conversation**

Today, 7/29/14, Jodi Gold (SM) had a conversation with John Dunne (Assistant Manager) regarding his performance.

It was explained to John that while Jodi was on vacation, he and the other Senior Managers failed to maintain standard routines already established in the store, such as:

- MOD forms being completed to include EAS walks
- Put away portion of the Merchandise Planner not completed at all
- Board Meeting paperwork was incomplete
- EAS Cage audits were incomplete

Jodi explained to John that he is expected to follow up on all areas of responsibility within his role, and that failing to properly execute the above negatively impacts the overall performance of the building. Additionally, Jodi reiterated the importance of staying on routines.

Jodi expressed her disappointment in John's actions, and made it clear that that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.


Jodi Gold
Store Manager

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**August 12, 2014**
**Record of Conversation**

Today, 8/12/14, Jodi Gold (Store Manager) had a conversation with John Dunne (Assistant Manager), regarding John's poor performance, relating specifically to failure to complete appropriate tasks and Managerial responsibilities.

Today, Jodi specifically addressed to orders that auto cancelled on 8/1/14. John was made aware and reminded that the orders were in the system and printed for him, but failed to grab the orders to pull the items.

Jodi explained the importance on following up on these orders and that as the MOD it is his responsibility to ensure that the items are pulled promptly and the customers needs are met.

Jodi reviewed the expectations that Bed Bath & Beyond has for all managers, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.


Jodi Gold
Store Manager

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**January 2, 2015**
**Record of Conversation**

Today, 1/2/15, Keith Haack (SM) spoke to John Dunne (Assistant Manager) regarding his overall performance, as it relates specifically to customer service. It was discussed that John had failed to follow the steps of LEAD to appropriately deal with a customer situation.

Keith explained to John that when he realized the customer was returning a different item than the one that was supposed to be in the box he denied the return and told the customer he would research the information and get back to her. John failed to follow up on the return and did not contact the customer. Keith further explained that he should validate the return by checking the return history to ensure this was not an LP issue. If it turned out that he could not accommodate the customer, he should have partnered with DCST to assist in addressing the matter, but to not get back to the customer was completely unacceptable.

John did not practice Lead and deliver the service expected by the customer. John failed to show the sense of urgency the customer had expected.

Keith expressed his disappointment in John's lack of commitment to customer service and explained that making a customer happy is ALWAYS the top priority in our company. Keith also illustrated to John the negative effects not empathizing with the customer and not resolving their issues can create within the store. Keith explained to John that as an Assistant Manager it is his responsibility to lead by example and drive our high level of service standards.

Keith explained to John how he needs to be a champion of service in the store and always foster our LEAD philosophy. Keith further explained the expectations that Bed Bath & Beyond has for all managers and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Keith Haack, Store Manager
Keith Haack 4/19/15

04-19-'15 08:38 FROM-                                    T-243  P0003/0003 F-087

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**March 4, 2015**
**Record of Conversation**

Today, 3/4/15, Keith Haack (Store Manager) had a conversation with John Dunne (Assistant Manager), regarding John's poor performance, relating specifically to failure to complete appropriate tasks and Managerial responsibilities.

Today, Keith specifically addressed John's failure to complete any of his MOD walks during his 5 MOD walks on the week ending 2/28/15.

Keith explained the importance of the MOD program and that recording his observations and training during a shift is an integral part of the program.

Keith reviewed the expectations that Bed Bath & Beyond has for all managers, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Keith Haack
Store Manager

Keith Haack  4/19/15

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**May 12, 2015**
**Record of Conversation**

Today, 5/12/15, Keith Haack (Store Manager) had a conversation with John Dunne (Assistant Manager) regarding his performance; relating specifically to his failure to comply with minor laws.

On 4/30/15 a minor was scheduled from 5:30 to 9:00 pm. Instead, the Associate worked from 6:11 pm until 10:30 pm.

It was explained to John that he had failed to follow through on this area of responsibility within the store, despite the clear direction and understanding that it is the Managers responsibility to closely monitor and regulate all minor schedules and breaks to ensure compliance. Keith expressed to John that he is ultimately failing to hold himself accountable for not executing these specific best practices, allowing two violations in one shift – working over four hours and past 10:00 pm.

Keith explained to John that he expects him to be following up on all areas of responsibility within his role, and that failing to execute the above negatively impacts the overall performance of the building.

Keith expressed his disappointment in John's actions, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Keith Haack
Store Manager      *Keith Haack*

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**August 24, 2015**
**Record of Conversation**

Today, 8/24/15, Keith Haack (Store Manager) had a conversation with John Dunne (Assistant Manager) regarding his performance; relating specifically to the following:

- Failing to complete the weekly store checklist that was due on 8/21/15
- Failing check for ROPIS orders during his LOD shift on 8/24/15 resulting in an auto cancel on the order

Keith explained to John that he expects him to be following up on all areas of responsibility within his role, and that failing to execute the above negatively impacts the overall performance of the building.

Keith also explained that it is part of John's responsibility, as a Manager, to ensure that she completes assigned projects on time.


Keith Haack
Store Manager

**John Dunne**
**Assistant Manager #1246**
**DOH: 7/30/07**
**January 5, 2017**
**Record of Conversation**

Today, 1/5/17, Cian Maggiore (Store Manager) spoke with John Dunne (ASM) to discuss his performance, relating specifically to his poor judgment when speaking in an unprofessional tone.

It was outlined for John that he had allowed his frustrations to show and get in the way of appropriately dealing with a fellow ASM and the Store Manager.

Cian reiterated fro John that he had lost is temper and was screaming at Cian and Chun about an Associate calling out. John was swearing and yelling at Cian in front of Chun.

Cian reminded John that as a Senior Manager, he sets the example for the store. Cian further explained that they do not manage people or situations by screaming, and that is the Managers' responsibility to teach, train and coach the Associates in order to best correct their actions and ensure that they understand.

John apologized for his behavior and understood that this would not be tolerated moving forward.

Cian expressed his disappointment in John's actions, and made it clear that any violation of company policy, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including immediate termination of employment.

Cian Maggiore
Store Manager

# EXHIBIT 16

02-28-'14 08:07 FROM-Bed Bath & Beyond        7168254120        T-146 P002/003 F-308

    

BED BATH & BEYOND
Beyond any store of its kind!

FACE VALUES

Christmas Tree Shops

buybuy BABY

## ASSOCIATE SEPARATION FORM (Use this form whenever an associate resigns or is terminated)

1. Complete and review sections 1-11 below
3. Review and confirm all hours; change status in Time & Attendance
5. CT, GA, LA, MA, NJ, NM, NY and TN:
   Process your STATE'S SEPARATION NOTICE

2. Ensure that separating associate reads section 10 and signs as indicated
4. If applicable, submit final pay request to Corporate Payroll
6. Notify Talx/UC Express via WebSep

REDACTED

1. NAME: _Chris Dykeman_ SOCIAL SECURITY # _____ STORE # _571_

2. JOB CLASSIFICATION (check one): ___ Part Time  ___ Full Time  _✓_ Mgmt
   (Less than 35 hrs per wk)  (35 or more hrs per wk)

3. START DATE: _3-3-08_  LAST DAY WORKED: _2-22-14_  SEPARATION DATE: _____
   (this date represents the last day the associate physically worked)  (see ** at bottom of form for situations where SEPARATION DATE differs from LAST DAY WORKED)

4. REASON FOR LEAVING - Check all that apply:

RESIGNATION/VOLUNTARY:
___ Better Job Opportunity
___ Return To School
___ Medical
___ Job Abandonment
___ Scheduled Work Hours ☐ too many / ☐ too few
___ Other (Give specific reason) _____

TERMINATION/INVOLUNTARY:
___ Job Elimination
___ Poor Performance
_✓_ Misconduct
___ Other

TALX/UCEXPRESS CODE USED:
_4800_

☑ SEPARATION PROCESSED THRU WEB SEP
   (Check box once completed)

5. COMPANY PROPERTY RETURNED - Check all that apply:
_✓_ Keys (store, terminals, thermostats)
_✓_ Alarm, telephone and computer access codes erased
___ Associate loans repaid in full
_✓_ Name Badge
___ Other

6. BENEFITS – Check, if applicable:
___ Associate informed of COBRA

7. FINAL PAY - Check all that apply:
___ Vacation/Floating Holiday/Comp. day adjustment made
   in Time & Attendance
   Indicate plus or minus days for vacation adjustment:
   Indicate Floating Hol/Comp, days owed (if applicable) ____
___ Associate/Employer agree on final check:
   Based on ___ days worked for salaried associates
   Based on ___ hours worked for hourly associates
___ Associate received final check today in the amount of $ ____
___ If applicable, associate loan paperwork forwarded to payroll
___ Associate will return to store to pick up check on _____
___ If applicable, final paycheck mailed to Address noted in #8

8. CURRENT ADDRESS:

Address _1560 Canal Rd_

City _Oneida_

State _NY_  Zip Code _13421_

9. USE BACK SIDE OF THIS FORM FOR ASSOCIATE COMMENTS, IF ANY.

10. Separating associate is to read this section before signing form:
   • An adjustment may be made to your final paycheck for any vacation time you had taken but not yet accrued, or that you had accrued but not yet taken. Any such adjustment is set forth above in Section 7.
   • As you leave us, we wanted to remind you of your continuing obligation not to disclose to anyone any confidential business and/or proprietary information regarding Bed Bath & Beyond and its operations. Please also make sure you have returned all documents and other items such as records, computer files, computer disks, manuals and notes relating or belonging to the company. You may not take any such materials with you. These things are important to the company, as you may remember from your associate handbook, and that is why your obligation of confidentiality continues even after you leave employment with us.
   I fully understand the information that I read in Section 10. If there is anything that I did not understand, I have asked for an explanation.

Associate's Signature: _____  Date _2/27/14_

11. Supervisor's Signature: _____  Date _2/27/14_

Store Manager's/Corp Counterpart's Signature: _____  Date _2-22-14_

** EXAMPLES OF SEPARATION DATE DIFFERING FROM LAST DAY WORKED:
   ◦ The Last Day Worked was actually different from the resignation/out/termination date.
   ◦ Job Abandonment: when an associate is absent from work & does not notify the store for a specific period of time; separation date is the date that the decision was made to separate employment.
   ◦ Failure to return from LOA/WC: the separation date is the date that the associate was scheduled to return from an approved LOA or WC leave.
   ◦ Failure to return from vacation: the separation date is the date in which the associate was scheduled to return from an approved vacation.

HR 043-1A & 1B – 2/99; 6/01; 5/02; 5/04; 8/04; 2/08; 3/10; 2/11; rev 5/12

Recap of Conversation in regards to inappropriate comments made by Chris Dykeman

Chris Dykeman
ASM Store 515

On Friday 1/8/10 SM Derrick Cranston and I sat down with Chris to discuss his poor judgment and inappropriate comments he was making to another Manager in the building.

I first asked Chris if he knew why I was there to speak to him, he responded that he did not. I then asked if he remembered the conversation that Sr. DM Brian Walsh and Region HR Manager Brian Snell had with him on 11/25/09 in regards to him making some inappropriate comments to another individual in the building. Chris responded that he did, I then asked him if he had made any comments in particular to ASM Bob Clos in regards to SM Derrick Cranston. At that point he referenced a conversation that he and Bob were having in a "Joking" manor in reference to Bob being Derrick's favorite now and that bob was in the "circle" and Chris was out. I then asked Chris at any point did he stand behind Derrick while he was having a conversation with Bob and rub his nose insinuating to bob that he was a "brown noser" (so that derrick could not see him). At that point Chris admitted that he had done that.

I again referenced the conversation that Brian Walsh and Brian Snell had with him on 11/25 and asked him what part of his job in jeopardy due to poor judgment and inappropriate conduct did he not understand.

I reminded Chris that his job is already in jeopardy for his judgment and conduct, and that he needs to refrain from this behavior towards ANY other employee in the building going forward. Chris acknowledged that he understood and we ended the conversation.

_____
Robert Schmeer

**Christopher Dykeman**
**March 14, 2010**
**ASM Store #515**
**DOH: 3/3/08**
**NTF-Key Turn Approval Violation**

On March 14, 2010, Derrick Cranston (SM) spoke to Chris Dykeman, (ASM) regarding his violation of the company policy on key turn authorizations.

Chris keyed a manager approval on 3/5/10 on an employee sale in which the cashier was the employee making the purchase. (Cherese Jones on register 52 at 9:35 pm; transaction 7943). Bed Bath & Beyond has loss prevention guidelines that do not allow a cashier to key his/her own employee sale. The manager approving the sale must confirm the policy is being followed.

Derrick expressed his disappointment in Chris's actions, and Derrick made it clear that at no time should Chris approve a transaction that violates company policy. Derrick told Chris that further violations of company policy will result in disciplinary action, up to and including termination.

Derrick Cranston, Store Manager

Christopher Dykeman
DOH 3-3-08
ASM # 511
2-27-14


RE: Termination of Chris Dykeman


Today, 2-27-14, Rob Schmeer (District Manager) and John Cairnduff (District HR
Manager) met with Chris to discuss the resolution of the case regarding the missing
deposit from 12-13-13 in store 511.

Rob, John, and Chris were together in the Store Manager's office. Rob advised Chris that
we were there to discuss the closure of the case that he and Scot Tadusz (Area LP
Manager) had discussed with him previously. Rob advised Chris that after reviewing the
facts and a lot of discussion with district, regional, and corporate personnel, that the
decision has been made to terminate his employment with Bed Bath, and Beyond.

Chris replied – wow, this is wrong, this is wrong. Rob asked him what he meant. Chris
replied – you are going to separate me for a mistake, for one mistake. Rob replied this is a
very big mistake. A $1200 mistake. Chris replied – you are telling me that all the
mistakes that people have made throughout the company that they were terminated. Rob
replied I can't discuss other scenarios as I don't have the facts and I couldn't anyway.
Rob said - I will tell you that this was a tough decision but it was a decision that had to be
made. Chris did not have much more to say.

John provided Chris with the New York State –Benefits separation document. John also
asked Chris to sign the Bed Bath and Beyond separation document which Chris did. John
asked Chris for his name tag and his keys which Chris provided. John asked Chris if he
wanted to take a moment and collect any personal belongings. Chris stated he only had a
sweatshirt, in the break room which he retrieved. He grabbed his coat and left.

Rob advised Chris Sweeney to turn off any access codes and take Chris off the alarm list.
Chris Sweeney advised these were completed.



John Cairnduff
District HR Manager