## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **MARY PRZYTULA and BRAD BREDE, on behalf of themselves and all others similarly situated,** | |
| **Plaintiffs,** | No. 17 Civ. 5124 |
| **v.** | |
| **BED BATH & BEYOND INC.,** | |
| **Defendant.** | |

## DECLARATION OF MATT BILSKI

I, Matt Bilski, based on my personal knowledge of the facts stated herein, testify by Declaration as follows:

1.      I am over the age of 18 and am otherwise competent to testify to the matters contained in this Declaration, and if so called, would testify to the facts below.

2.      All of the statements in this Declaration are true and accurate to the best of my knowledge.

3.      The facts set forth in this Declaration are based on my own personal knowledge.

4.      I became employed by Bed Bath and Beyond Inc. ("BBB") in 1998 as a District Human Resources Manager. I was then promoted to Regional Human Resources Manager in 2006. Presently, I am Director of Human Resources for the Midwest Region and have served in that role since October, 2017. The Midwest Region includes stores in Illinois, Indiana, Iowa, Michigan, Minnesota, North Dakota, Ohio, Pennsylvania, and Wisconsin. There are currently 132 stores in my total Region.

1

5.     Three of the Plaintiffs in this action worked in the Midwest Region during their time as Assistant Store Managers. These individuals are: Mary Przytula, Robert Kempner, and Dennis Popp.

6.     When Assistant Store Managers warn or discipline associates in writing, copies of the same are maintained in the personnel files of the associates that receive the warning or discipline. Attached hereto as Exhibits 1 and 2 are true and accurate copies of documents from various associates' personnel files of Mary Przytula and Robert Kempner's warning and disciplining of associates.

7.     Assistant Store Managers are also required to complete performance reviews for the associates they supervise. Copies of these performance reviews are also maintained in the personnel files of the associates that receive the performance reviews. Attached hereto as Exhibits 3, 4, and 5 are true and accurate copies from various associates' personnel files of performance reviews conducted by Mary Przytula, Robert Kempner, and Dennis Popp.

2

8.      When Assistant Store Managers are disciplined or terminated, Store Managers usually document the discipline and a copy of the warning or discipline is maintained in the Assistant Store Manager's personnel file. Dennis Popp was disciplined on more than one occasion, was placed on a performance improvement plan, and was ultimately terminated for his poor performance. True and accurate copies of discipline, performance improvement plan, and termination related documents for Dennis Popp are attached hereto as <u>Exhibit 6.</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _19TH_ day of December, 2017.

By: _____

Matt Bilski
Director of Human Resources – Midwest Region
Bed Bath and Beyond Inc.

# EXHIBIT 1

Note to Personnel File
(Attendance coaching)

REDACTED

Name _____

Position _Sales Associate_

Store _1087_

Date of discussion _4/20/16_

Composed by _____

Subject (Tardiness) or (Absence) (circle as necessary)

Discussion notes:

During the period of (date range) _March 15 — April 16th_
REDACTED

(Name) _____ has been (Tardy / Absent / left early) from scheduled work
                                          3        3

(Number) _6_ of times.

Attach attendance record or record dates -
_Absent: 3/15  3/20  4/16   Tardy: 3/18  4/11  4/12_
Bed Bath & Beyond considers excessive absence and tardiness from work to be unsatisfactory job performance. Bed Bath & Beyond expects all employees to report on time every day they are scheduled to work. We realize there are certain instances such as a bona fide illness, injury, or medical emergency, which may prohibit an employee from reporting to work. In such cases, follow the policy outlined in your employee handbook and set by store management. This policy requires you to call in advance of your scheduled start time and report your tardiness or absence to a key holder. In case of excessive absence your manager may require supporting documentation to justify your absence before scheduling you to work again. (I.e. Doctors note for illness).

Associate response:
REDACTED

Printed name of manager performing the coaching _MARY PRZYTULA_

Signature of manager performing the coaching _____

(Optional) Signature of witness or individual receiving coaching _____

This is not an ADN, but a record of discussion relating to performance or behavior

## ASSOCIATE DISCIPLINARY NOTICE

Employee's Name: __REDACTED__          Date: 5/9/2016

Date of hire: 9/16/14          SS # ***-**-_____          Store #: 1087

Circle one:          Termination          (Warning)

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. (X) Absence (indicate if unreported, excessive, etc.)          4. ( ) Failure to follow directions
2. (X) Tardiness          5. ( ) Violation of company rules
3. ( ) Improper conduct          6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s)

Received Note to File for Attendance on 4/16/16 (6)
-Called off on 5/7/2016
-Late on 4/18/2016

C. Describe the Company's expectations of employee:
**Bed Bath & Beyond considers excessive absence from work to be unsatisfactory job performance. Bed Bath & Beyond expects all employees to report to work on time every day they are scheduled to work.**

D. Next disciplinary step: 2nd Written Warning

**Repeated behavior of the aforementioned or any other violation will result in further disciplinary action up to and including termination.**

Adam Juchten  5/13/16          Dan Konig  5/3/16
Manager's Name    Date          Manager's Name    Date

__REDACTED__

Employee's Signature Date
(This signature indicates that employee is aware of this notice.)

Au 2—  5/13/16          [signature]
Manager's Signature    Date          Manager's Signature    Date

(Once completed and signed, file in employee's personnel file.)

HR 026A 6/98

# EXHIBIT 2

**BED BATH & BEYOND**
Beyond any store of its kind.

**REDACTED**

Name: _____

**MERCHANDISING / STOCK (Page 1 of 2)**

Store #: 1003  Date of review: 5/4/13

*Circle review type & Indicate Date Due:*

90 DAY REVIEW DUE: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: 3/24/05

OTHER (_____ Review) due: 3/31/13

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name BOB KEMPNER   Signature _____   Position _____
Printed Name Brandon Schlesinger   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating
E  V  G  N  U

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | (V) | G | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Determines customer needs and works to add-on sell. | E | V | G | (N) | U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E | (V) | G | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | G | (N) | U |
| * Maintains a positive outlook toward job. | E | V | (G) | N | U |
| * Communicates effectively with Management and other associates. | E | V | G | (N) | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | (V) | G | N | U |
| * Is a team player. | E | V | (G) | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor standards and recovery of the department. | E | V | G | (N) | U |
| * Is aware of product sell through and completes pull lists. | E | V | (G) | N | U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E | (V) | G | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | (G) | N | U |
| * Safely handles equipment and maintains safety awareness. | E | (V) | G | N | U |

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

**MERCHANDISING / STOCK (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**

Acceptable ✓  Not Acceptable _____

*watch clocking in too early*

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

*Accomplished all necessary training classes outlined for PTT housewares associate, and ✓ fit and ✓ beyond store.*

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

*need to balance zoning and service throughout service is priority but need to stay consistently busy with tasks/or training while not with guests*

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

*★ learn individual room standards and focus on recovery and cleaning to uphold the item presentation.*
*★ balance tasking and also serve so to do list is looked at.*
*★ shoot for one beyond store per shift minimum goal.*
*★ have required level of tact when communicating to peers and or members of management. Resolve conflict in calm demeanor.*

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not

*strengths: Good level of product knowledge on products in Housewares departments.*

*weaknesses: Can sometimes take constructive criticism to extreme. Need to be more productive at closing hours - maintaining standards, need to stay up to date on store policies and procedures because associate doesn't work every day.*

**3. OVERALL RATING FOR PERIOD**  Circle one rating

E  V  (G)  N  U

Date of Review: 5/4/13

REDACTED

Reviewed associate's signature after review conference:

Signature _____  Date 5/4/13

Reviewer's signature after review conference:

Signature _____  Date 5/4/13

*Brandon Schlesinger*  5/4/13
Reviewer's Printed Name  Date

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

**BED BATH & BEYOND**
Beyond any store of its kind.

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: REDACTED   Store #: 1003   Date of review: 5/4/13

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____
ANNUAL REVIEW DUE: _____   OTHER (_____ Review) due: 3/31/13
DATE OF HIRE: 3/24/08

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name BOB Kemper   Signature _____   Position _____
Printed Name Brandon Salsbury   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____

**KEY:  E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

| | Choose one rating |
|---|---|
| (Draw a line through any skill which isn't applicable.) | E V Ⓖ N U |

## CUSTOMER SERVICE SKILLS

| | | |
|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E V Ⓖ N U |
| * Ensures a prompt, friendly approach to all customers. | E V Ⓖ N U |
| * Escorts customers seeking location(s) of specific merchandise. | E Ⓥ G N U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E V Ⓖ N U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E V Ⓖ N U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E V Ⓖ N U |
| * Determines customer needs and works to add-on sell. | E V G Ⓝ U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E Ⓥ G N U |
| * Answers the phone promptly and uses proper phone etiquette. | E V Ⓖ N U |

## TEAM SKILLS

| | | |
|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E V Ⓖ N U |
| * Accepts constructive criticism and acts upon it. | E V G Ⓝ U |
| * Maintains a positive outlook toward job. | E V Ⓖ N U |
| * Communicates effectively with Management and other associates. | E V G Ⓝ U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E Ⓥ G N U |
| * Is a team player. | E V Ⓖ N U |
| * Exhibits professional manner, dress and appearance at all times. | E V Ⓖ N U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| | | |
|---|---|---|
| * Works to maintain selling floor standards and recovery of the department. | E V G Ⓝ U |
| * Is aware of product sell through and completes pull lists. | E V Ⓖ N U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E Ⓥ G N U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E V Ⓖ N U |
| * Adheres to shortage reduction and compliance procedures. | E V Ⓖ N U |
| * Safely handles equipment and maintains safety awareness. | E Ⓥ G N U |

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

MERCHANDISING / STOCK (Page 2 of 2)

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable _✓_ Not Acceptable _____

_watch clocking in too early_

## 2. GOALS AND OBJECTIVES

### Objectives Accomplished

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

_Accomplished all necessary training classes outlined for P/T houseware associate, and ✓ F/T and ✓ Beyond store._

### Unaccomplished Objectives

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

_need to believe cashing and service throughput/service is priority but need to stay consistently busy with tasks or training while not with guests._

### Goals and Objectives for next Review Period:

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

✗ _learn individual room standards and focus on Recovery and cleaning to upkeep the Room presentation_
✗ _Balance tasks but also serve so to do list is looked at_
✗ _shoot for one Beyond store per shift minimum goal._
✗ _have learned level of task when communicating to peers and or members of Management. Resolve conflict in calm demeanor_

### Strengths and Weaknesses:

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not

_Strength :_
_Good level of product knowledge on products in housewares._
_Can't display_
_weaknesses: Can sometimes take constructive criticism to extreme. Need to be more productive at "down times" maintaining standards, needs to stay up to date on store policies and procedures because of associate doesn't work_ Circle one rating

## 3. OVERALL RATING FOR PERIOD _every day "_      E V ⓒ N U

Date of Review: _5/4/18_

Reviewed associate's signature after review conference:

Signature          Date

Reviewer's signature after review conference:

Signature          _5/4/18_   Date

_Brendan Schlesinger_   _5/4/18_
Reviewer's Printed Name        Date

.25

**BED BATH & BEYOND**
Beyond any store of its kind.

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: ~~REDACTED~~    Store #: 1003    Date of review: 9/11/14

*Circle review type & Indicate Date Due:*

90 DAY REVIEW DUE: _____    OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: 8/28/12

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name Brandon Schleing  Signature _____  Position Sm
Printed Name Bob Kemper.  Signature _____  Position MJM
Printed Name _____  Signature _____  Position _____
Printed Name _____  Signature _____  Position _____
Printed Name _____  Signature _____  Position _____
Printed Name _____  Signature _____  Position _____

| KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable |
| --- |

(Draw a line through any skill which isn't applicable.)

**Choose one rating**

| | E | V | G | N | U |
| --- | --- | --- | --- | --- | --- |

### CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
| --- | --- | --- | --- | --- | --- |
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Determines customer needs and works to add-on sell. | E | V | G | (N) | U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E | V | (G) | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

### TEAM SKILLS

| | E | V | G | N | U |
| --- | --- | --- | --- | --- | --- |
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | (G) | N | U |
| * Maintains a positive outlook toward job. | E | (V) | G | N | U |
| * Communicates effectively with Management and other associates. | E | V | (G) | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | (G) | N | U |
| * Is a team player. | E | (V) | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

### MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
| --- | --- | --- | --- | --- | --- |
| * Works to maintain selling floor standards and recovery of the department. | E | V | G | (N) | U |
| * Is aware of product sell through and completes pull lists. | E | V | (G) | N | U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E | V | (G) | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | (V) | G | N | U |
| * Safely handles equipment and maintains safety awareness. | E | V | (G) | N | U |

MERCHANDISING / STOCK (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**                    Acceptable _✓_    Not Acceptable _____

**2. GOALS AND OBJECTIVES**
**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

c/s Desk trained, also transitioned to sales floor associate in Housewares dept.

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

More specific to last year review. TBS creation can be better.

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

★ Have Personal ownership over the lifestyles dept in issues. —
  Home Decor - Framed art, Staff kitchen
★ Create at least 1 TBS weekly per shift. o
★ Focus on Model sign up creation.

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

STRENGTH: Very selfless attitude, great outgoing personality. good worker
  wants to work for it. good of the company.
WEAKNESS: Just needs to increase level of product knowledge to better.
  qualify help customers on sales floor.

**3. OVERALL RATING FOR PERIOD**                    Circle one rating
                                                    E  V (G) N  U

Date of Review: _9/11/14_

REDACTED

Reviewed associate's signature after review conference:

Signature _____ 9/11/14 Date

Reviewer's signature after review conference:

Signature ___Roman___ 9/11/14 Date

Edwin Roman   9/11/14
Reviewer's Printed Name   Date

J: prmsh.wd(rev.2000;8/04;1/07;3/07;8/10)

**BED BATH & BEYOND**
Beyond any store of its kind.

REDACTED

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: _____ Store #: 1003 Date of review: 4-13-15

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____     OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: 3-24-09

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name Rob Kenyner   Signature _____   Position HS Key

Printed Name_____ Signature_____ Position_____

Printed Name_____ Signature_____ Position_____

Printed Name_____ Signature_____ Position_____

Printed Name_____ Signature_____ Position_____

Printed Name_____ Signature_____ Position_____

## KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)

**Choose one rating**

| | E | V | G | N | U |
|---|---|---|---|---|---|

### CUSTOMER SERVICE SKILLS

* Understands that the customer is our main priority and consistently maintains a customer focus. — E V **G** N U
* Ensures a prompt, friendly approach to all customers. — E V **G** N U
* Escorts customers seeking location(s) of specific merchandise. — E **V** G N U
* Is alert to customer needs and offers a cart whenever appropriate. — E **V** G N U
* Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. — E V **G** N U
* Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. — E V **G** N U
* Determines customer needs and works to add-on sell. — E **V** G N U
* Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. — E V **G** N U
* Answers the phone promptly and uses proper phone etiquette. — E V **G** N U

### TEAM SKILLS

* Demonstrates initiative and completes projects in a timely manner. — E V **G** N U
* Accepts constructive criticism and acts upon it. — E V **G** N U
* Maintains a positive outlook toward job. — E V **G** N U
* Communicates effectively with Management and other associates. — E V **G** N U
* Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. — E V **G** N U
* Is a team player. — E V **G** N U
* Exhibits professional manner, dress and appearance at all times. — E V **G** N U

### MERCHANDISING & DEPARTMENT MAINTENANCE

* Works to maintain selling floor standards and recovery of the department. — E V **G** N U
* Is aware of product sell through and completes pull lists. — E V **G** N U
* Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. — E V **G** N U
* Understands and utilizes JDA to resolve selling floor inquiries. — E V **G** N U
* Adheres to shortage reduction and compliance procedures. — E V **G** N U
* Safely handles equipment and maintains safety awareness. — E V **G** N U

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

**MERCHANDISING / STOCK (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**

Acceptable ___✗___ Not Acceptable_____

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

2-3 TIPS a shift

keep up w/ electric displays & missing signs

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- Work & scan electric Display walks EOR
- Help train new assoc. as dept & room by room standards
- signwalks on MA

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

Good w/ one on one CS & Engagement

Good w/ PR & TIPS

- Can work on multi Tasking & Multiple Customers

**3. OVERALL RATING FOR PERIOD**

Circle one rating

E V (G) N U

Date of Review: 4-13-15

<span style="color:red">REDACTED</span>

Reviewed associate's signature after review conference:

_____  4/13/15

Signature                              Date

Reviewer's signature after review conference:

_____  4-13-15

Signature                              Date

_____  4-13-15

Reviewer's Printed Name      Date

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)



**BED BATH &**
**BEYOND** ~REDACTED~ Name
Beyond any store of its kind!

**INVENTORY CONTROL LEAD/SUPERVISOR (Page 1 of 2)**

Store #: *1003*  Date of review: *9/21/15*

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name *Rob Kanzner*  Signature _____  Position *HS Key*

Printed Name *STEVEN CANAS*  Signature _____  Position *OPS Key*

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

| KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable | | | | | |
|---|---|---|---|---|---|
| **PERFORMANCE SKILLS** | **E** | **V** | **G** | **N** | **U** |
| **CUSTOMER SERVICE SKILLS - overall rating** | E | ⓥ | G | N | U |
| 1. Always leads by example the customer service standards which create positive experiences for associates and customers. | E | ⓥ | G | N | U |
| 2. Institutes practices which ensure that all opportunities to enhance customer service are pursued. | E | ⓥ | G | N | U |
| 3. Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | ⓥ | G | N | U |
| 4. Ensures that customers are viewed as a priority. | E | ⓥ | G | N | U |
| **INVENTORY CONTROL SKILLS - overall rating** | E | V | ⓖ | N | U |
| 1. Complies with Company guidelines regarding department signage. | E | V | ⓖ | N | U |
| 2. Ensures selling floor is maintained neatly. | E | ⓥ | G | N | U |
| 3. Ensures stockrooms meet required Company standards (customer ready). | E | V | ⓖ | N | U |
| 4. Identifies and communicates unique and individual store opportunities, focusing on the core customer's needs. | E | V | ⓖ | N | U |
| 5. Is knowledgeable of all JDA functions and utilizes them to verify inventory integrity. | E | V | ⓖ | N | U |
| **OPERATIONAL SKILLS - overall rating** | E | V | ⓖ | N | U |
| 1. Understands and executes principles of Process Improvement (PI). | E | V | ⓖ | N | U |
| 2. Knowledgeable of and properly implements safety and loss prevention procedures. | E | V | ⓖ | N | U |
| 3. Completes all necessary paperwork accurately and in a timely manner. | E | V | G | ⓝ | U |
| 4. Complies with Company standards for all operational policies and procedures. | E | V | G | ⓝ | U |
| 5. Understands the financial implications regarding front end and receiving procedures, signage and price changes. | E | V | G | ⓝ | U |
| 6. Works in a safe manner and maintains safe, clean work environment. | E | V | G | N | U |
| **INTERPERSONAL/MANAGEMENT SKILLS - overall rating** | E | V | G | N | U |
| 1. Follows instructions. | E | V | ⓖ | N | U |
| 2. Promptly advises Management of any problems. | E | V | ⓖ | N | U |
| 3. Seeks advice when appropriate. | E | V | ⓖ | N | U |
| 4. Ability to prioritize work effectively, control time and meet deadlines. | E | V | ⓖ | N | U |
| 5. Exhibits ability to work independently with minimum supervision; self-starter. | E | V | ⓖ | N | U |
| 6. Exhibits ability to accept and act upon constructive criticism. | E | V | ⓖ | N | U |
| 7. Initiative, self motivation, enthusiasm, attitude and reliability. | E | V | ⓖ | N | U |
| 8. Ability to identify critical issues. | E | V | ⓖ | N | U |
| 9. Aptitude for dealing with people (tact). | E | V | ⓖ | N | U |
| 10. Communicates and works well with Management and other associates. | E | V | G | N | U |
| 11. Accomplishes objectives with a sense of urgency. | E | V | ⓖ | N | U |
| **PERSONAL WORK CHARACTERISTICS - overall rating** | E | V | ⓖ | N | U |
| 1. Exercises proper and ethical behavior at all times. | E | ⓥ | G | N | U |
| 2. Works effectively under pressure. | E | V | ⓖ | N | U |
| 3. Seeks greater level of responsibility. | E | V | ⓖ | N | U |
| 4. Willing to work for the good of the Company; is a team player. | E | ⓥ | G | N | U |
| 5. Makes effective use of time. | E | V | ⓖ | N | U |

**INVENTORY CONTROL LEAD/SUPERVISOR (Page 2 of 2)**

## 1. ATTENDANCE & PUNCTUALITY:

Acceptable ___✗___ Not Acceptable _____

## 2. GOALS AND OBJECTIVES

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the expected results from goals established at previous review or during the period.

*Learned more responsibilities of FE Lead, Understands Inv Prep Standards = HS Display Walk Standards*
*Help set MA features on HS*

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

*SS Display Walk Standards, HBC*

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

*-MAINTAIN IC BINDERS TO COMPANY STANDARDS*
*-SIGN WALK CONSISTANCY WORKED WEEKLY*
*-LOOKING FOR AND MAIN REPLACEMENT FOR VACTION*

**Strengths and Weaknesses**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

*Great at one on one CS, Recovery Standards, Cashier, CS Desk*

## 3. OVERALL RATING FOR PERIOD

E   V   (G)   N   U

Name: REDACTED _____

Store Name and Number: *VERNON HILLS 1003*

Date of Hire: *7/27/2012*

Date of Review: *9/21/15*

Reviewed associate's signature after review conference:

REDACTED

*9/21/15*
Date

Reviewer's signature after review conference:

Signature   *9/21/15* Date

*STEVEN CARAS*
Reviewer's Printed Name   *9/21/15* Date

Inventory Control Lead; rev 8/04; rev 1/07; 08/10

# EXHIBIT 3

2017-10-11 09:07          0815 2195483999 >> Kall8 Fax Server          P 5/16

# BED BATH & BEYOND

Beyond any store of its kind.

**FRONT END LEAD/SUPERVISOR (Page 1 of 2)**

Name ~~REDACTED~~          Store #: 1087          Date of review: 9/14

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | Signature | Position |
|---|---|---|
| MARY PRENTULA | | SOFTSIDE KEYHOLDER |
| Jackie Casey | | SM |
| | | |
| | | |
| | | |
| | | |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

## I. PERFORMANCE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE - overall rating** | E | V | Ⓖ | N | U |
| 1. Always leads by example the customer service standards which create positive experiences for employees and customers. | E | V | Ⓖ | N | U |
| 2. Institutes practices that ensure all opportunities to enhance customer service are pursued. | E | V | Ⓖ | N | U |
| 3. Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | G | Ⓝ | U |
| 4. Ensures that customers are viewed as a priority. | E | V | Ⓖ | N | U |

| **FRONT END SKILLS - overall rating** | E | V | Ⓖ | N | U |
|---|---|---|---|---|---|
| 1. Ensure gift registry purchases are properly recorded. | E | V | Ⓖ | N | U |
| 2. Maintains staffing levels at registers. | E | V | Ⓖ | N | U |
| 3. Completes cashout accurately and in a timely manner. | E | V | Ⓖ | N | U |
| 4. Trains cashiers on new policies and procedures. | E | V | Ⓖ | N | U |
| 5. Ensures GWP and rebate guides are up to date and cashiers are trained on procedures. | E | V | Ⓖ | N | U |
| 6. Monitors cashier scanning, O/S + logs; discusses concerns with Management as necessary. | E | V | G | Ⓝ | U |
| 7. Communicates security alerts to cashiers. | E | V | G | Ⓝ | U |
| 8. Identifies and communicates unique and individual store opportunities focusing on the core customer's needs. | E | V | Ⓖ | N | U |
| 9. Adheres to all PLU policies and procedures. | E | V | Ⓖ | N | U |
| 10. Ensures all POS equipment is in working order. | E | V | Ⓖ | N | U |
| 11. Ensures that annual Certifications and biannual Cart Test are conducted with all associates. | E | V | G | Ⓝ | U |

| **OPERATIONAL SKILLS - overall rating** | E | V | Ⓖ | N | U |
|---|---|---|---|---|---|
| 1. Understands and executes principles of Process Improvement (PI). | E | V | Ⓖ | N | U |
| 2. Knowledgeable of and properly implements safety and loss prevention procedures. | E | V | Ⓖ | N | U |
| 3. Properly utilizes and acts upon XBR reports. | E | V | G | Ⓝ | U |
| 4. Completes all necessary paperwork accurately and in a timely manner. | E | V | Ⓖ | N | U |
| 5. Complies with Company standards for all operational policies and procedures. | E | V | Ⓖ | N | U |
| 6. Ensures department maintenance. | E | V | G | Ⓝ | U |
| 7. Works in a safe manner and maintains safe, clean work environment. | E | V | Ⓖ | N | U |
| 8. Understands the financial implications of adhering to front end policies and procedures. | E | V | Ⓖ | N | U |

| **INTERPERSONAL/MANAGEMENT SKILLS - overall rating** | E | V | Ⓖ | N | U |
|---|---|---|---|---|---|
| 1. Follows instructions. | E | Ⓥ | G | N | U |
| 2. Promptly advises Management of any problems. | E | Ⓥ | G | N | U |
| 3. Seeks advice when appropriate. | E | Ⓥ | G | N | U |
| 4. Ability to prioritize work effectively, control time and meet deadlines. | E | V | Ⓖ | N | U |
| 5. Exhibits ability to work independently with minimum supervision; self-starter. | E | V | Ⓖ | N | U |
| 6. Exhibits ability to accept and act upon constructive criticism. | E | V | Ⓖ | N | U |
| 7. Initiative, self motivation, enthusiasm, attitude and reliability. | E | V | Ⓖ | N | U |
| 8. Communicates and works well with Management and other associates. | E | V | Ⓖ | N | U |
| 9. Aptitude for dealing with people (tact). | E | V | Ⓖ | N | U |
| 10. Ability to identify critical issues. | E | V | Ⓖ | N | U |
| 11. Accomplishes objectives with a sense of urgency. | E | Ⓥ | G | N | U |

| **PERSONAL WORK CHARACTERISTICS - overall rating** | E | V | Ⓖ | N | U |
|---|---|---|---|---|---|
| 1. Exercises proper and ethical behavior at all times. | E | Ⓥ | G | N | U |
| 2. Works effectively under pressure. | E | Ⓥ | G | N | U |
| 3. Seeks greater level of responsibility. | E | V | Ⓖ | N | U |
| 4. Willing to work for the good of the Company; is a team player. | E | Ⓥ | G | N | U |
| 5. Makes effective use of time. | E | V | Ⓖ | N | U |

FE Lead rev. 8/04; 1/07; 07/10

FRONT END LEAD/SUPERVISOR (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**     Acceptable _X_     Not Acceptable _____

_ATTENDANCE - O ABSENCES_
_O TARDIES_

**GOALS AND OBJECTIVES**

**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

_ATTENDED TRAIN THE TRAINER_

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined at previous review or during the period.

_FRONT END TRAINING/RECERTS STILL NEED TO BE COMPLETED_

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

_TRAIN ALL NEW CASHIERS_
_MORE INVOLVED WITH THE TRAINING/DEVELOPMENT OF_
_CURRENT CASHIERS_

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED   _WORKS WELL UNDER PRESSURE, AND ALWAYS_
_WORKS WITH A SENSE OF URGENCY. LAUREN NEEDS TO_
_REDUCE THE AMOUNT OF WALKIE COMMUNICATION AND HELP_
_COMMUNICATE SECURITY/TRAINING ISSUES TO CASHIERS. ALSO_
_NEEDS TO HELP DRIVE ITEM OF MONTH. LAUREN HAS_
_MADE GREAT IMPROVEMENTS TO THE FRONT END SINCE COMING TO_

**OVERALL RATING FOR PERIOD**     E   V  (G)  N   U   _1087._

Name: REDACTED _____     Store Name and Number: _1087_

Date of Hire: _8/25/09_          Date of Review: _9/4/14_     REDACTED

_9/4/14_

Reviewed associate's signature after review conference:

Signature          Date

_9/4/14_

Reviewer's signature after review conference:

Signature          Date

_LAUREN ATKINSON_   _9/4/14_
Reviewer's Printed Name          Date

2017-10-11 09:06          0815 2195483999 >> Kall8 Fax Server          P 3/16

## BED BATH & BEYOND
Beyond any store of its kind.

**REDACTED**

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: ___          Store #: _108_  Date of review: 11/4/15

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____          OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name _Tallie Casey_  Signature _____  Position _SM_

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

Printed Name _____  Signature _____  Position _____

### KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)

Choose one rating

| | E | V | G | N | U |
|---|---|---|---|---|---|

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | G | (N) | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | G | (N) | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | G | (N) | U |
| * Determines customer needs and works to add-on sell. | E | V | G | (N) | U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E | V | (G) | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | (G) | N | U |
| * Accepts constructive criticism and acts upon it. | E | V | (G) | N | U |
| * Maintains a positive outlook toward job. | E | V | (G) | N | U |
| * Communicates effectively with Management and other associates. | E | V | (G) | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | (G) | N | U |
| * Is a team player. | E | V | (G) | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor standards and recovery of the department. | E | V | (G) | N | U |
| * Is aware of product sell through and completes pull lists. | E | V | (G) | N | U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E | V | (G) | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | (G) | N | U |
| * Safely handles equipment and maintains safety awareness. | E | V | (G) | N | U |

MERCHANDISING / STOCK (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**    Acceptable_____ Not Acceptable ✗_____

**2. GOALS AND OBJECTIVES**
**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

_Trained on softside classes_

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

_N/a_

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

_Service desk trained_
_Train on display wares_

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

<span style="color:red">REDACTED</span> _is a good associate. She is a strong_
_merchandiser and follows direction well. She needs to_
_improve her attendance, and ensure she is professional_
_at all times with associates and customers_

**3. OVERALL RATING FOR PERIOD**          Circle one rating
E   V  (G)  N  U

Date of Review: _11/4/15_____          <span style="color:red">REDACTED</span>

Reviewed associate's signature after review conference:

_____   _11/4/15_
Signature                                                    Date

Reviewer's signature after review conference:

_____   _11/4/15_
Signature                                                    Date

_Mary Provitola_   _11/4/15_
Reviewer's Printed Name                            Date

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

2017-10-11 09:10          0815 2195483999 >> Kall8 Fax Server                P 11/16

BED BATH & BEYOND
Beyond any store of its kind!

**REDACTED**

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: _____ Store #: 1087 Date of review: 3/23/15

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____                OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: 3/20/15 _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name Jaclyc Casey   Signature _____   Position SM
Printed Name _____   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____
Printed Name _____   Signature _____   Position _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

Choose one rating

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|

## CUSTOMER SERVICE SKILLS

* Understands that the customer is our main priority and consistently maintains a customer focus. — E (V) G N U
* Ensures a prompt, friendly approach to all customers. — E V (G) N U
* Escorts customers seeking location(s) of specific merchandise. — E V (G) N U
* Is alert to customer needs and offers a cart whenever appropriate. — E V (G) N U
* Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. — E V (G) N U
* Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. — E V G (N) U
* Determines customer needs and works to add-on sell. — E V G (N) U
* Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. — E V (G) N U
* Answers the phone promptly and uses proper phone etiquette. — E V (G) N U

## TEAM SKILLS

* Demonstrates initiative and completes projects in a timely manner. — E (V) G N U
* Accepts constructive criticism and acts upon it. — E (V) G N U
* Maintains a positive outlook toward job. — E (V) G N U
* Communicates effectively with Management and other associates. — E V (G) N U
* Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. — E V (G) N U
* Is a team player. — E (V) G N U
* Exhibits professional manner, dress and appearance at all times. — E V (G) N U

## MERCHANDISING & DEPARTMENT MAINTENANCE

* Works to maintain selling floor standards and recovery of the department. — E (V) G N U
* Is aware of product sell through and completes pull lists. — E V (G) N U
* Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. — E V (G) N U
* Understands and utilizes JDA to resolve selling floor inquiries. — E V (G) N U
* Adheres to shortage reduction and compliance procedures. — E V (G) N U
* Safely handles equipment and maintains safety awareness. — E V (G) N U

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

**MERCHANDISING / STOCK (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**                 Acceptable __X__ Not Acceptable _____

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

*Completed ALP*
*Learned to lookup brides/specs & follow them.*

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

*N/A*

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

- *Become a lead on soft side by owning the bath dept. Knows*
  *follow specs, guide, recovery standards as per guide & train*
  *fellow associate.*
- *Learn to pull replen efficiently.*

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

<span style="color:red">REDACTED</span> *has & can't merchandising skills. She immediately starts*
*putting things to their ... on her sqft. She needs to work with*
*a greater sense of urgency and consistency in recovery standards.*

**3. OVERALL RATING FOR PERIOD**

Circle one rating

E V (G) N U

Date of Review: 3/23/15

Reviewed associate's signature after review conference:

<span style="color:red">REDACTED</span>

3/23/15

_[Signature]_                                                Date

Reviewer's signature after review conference:

_[Signature]_          3/23/15

Signature              Date

MARY PEDRUGA          3/23/15

Reviewer's Printed Name          Date

# BED BATH & BEYOND
*Beyond any store of its kind.*

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: **REDACTED**

Store #: 1087   Date of review: 5/18/15

Circle review type & indicate Date Due:

90-DAY REVIEW DUE: ~~_____~~

ANNUAL REVIEW DUE: 04-09-2015

DATE OF HIRE: _____

OTHER (_____) Review) due: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name MARY PRZYTULA   Signature _____   Position SOFTSIDE KEYHOLDER

Printed Name _____   Signature _____   Position Store Manager

Printed Name _____   Signature _____   Position _____

Printed Name _____   Signature _____   Position _____

Printed Name _____   Signature _____   Position _____

Printed Name _____   Signature _____   Position _____

## KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable

(Draw a line through any skill which isn't applicable.)

Choose one rating

| | E | V | G | N | U |
|---|---|---|---|---|---|

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | G | (N) | U |
| * Determines customer needs and works to add-on sell. | E | V | G | (N) | U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E | V | (G) | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | G | (N) | U |
| * Accepts constructive criticism and acts upon it. | E | V | (G) | N | U |
| * Maintains a positive outlook toward job. | E | V | (G) | N | U |
| * Communicates effectively with Management and other associates. | E | V | (G) | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | (G) | N | U |
| * Is a team player. | E | V | (G) | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor standards and recovery of the department. | E | V | G | (N) | U |
| * Is aware of product sell through and completes pull lists. | E | V | G | (N) | U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E | V | G | (N) | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | G | (N) | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | (G) | N | U |
| * Safely handles equipment and maintains safety awareness. | E | V | (G) | N | U |

MERCHANDISING / STOCK (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**          Acceptable ___✕___ Not Acceptable _____

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

REDACTED ~~HAS BEEN FULLY TRAINED IN BRIDAL~~

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

N/A

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

REDACTED NEEDS TO COMPLETE HER CUSTOMER SERVICE DESK TRAINING

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED IS GOOD WITH CUSTOMERS. SHE NEEDS TO ENSURE THAT SHE IS ALWAYS WORKING WITH A SENSE OF URGENCY. VESNA NEEDS TO MAINTAIN MERCHANDISING STANDARDS AND TAKE INITIATIVE WHEN IT COMES TO FILLING THE FLOOR.

**3. OVERALL RATING FOR PERIOD**          Circle one rating

E   V  (G)  N   U

Date of Review: 5/18/15

Reviewed associate's signature after review conference:          REDACTED

Signature _____ Date _____

Reviewer's signature after review conference:

Signature _____ Date 5/18/15

Reviewer's Printed Name _____ Date 5/18/15

# BED BATH & BEYOND
Beyond any store of its kind!

**REDACTED**

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: _____     Store #: _1087_  Date of review: _8-16-15_

Circle review type & indicate Date Due:

90 DAY REVIEW DUE: _____
ANNUAL REVIEW DUE: _10-28-15_          OTHER (___  Review) due: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | Signature | Position |
|---|---|---|
| Jackie Casey | | Store Manager |
| | | |
| | | |
| | | |
| | | |
| | | |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating

| | E | V | G | N | U |
|---|---|---|---|---|---|

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Determines customer needs and works to add-on sell. | E | (V) | G | N | U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E | (V) | G | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | (V) | G | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | (V) | G | N | U |
| * Accepts constructive criticism and acts upon it. | E | (V) | G | N | U |
| * Maintains a positive outlook toward job. | E | (V) | G | N | U |
| * Communicates effectively with Management and other associates. | E | (V) | G | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | (V) | G | N | U |
| * Is a team player. | E | (V) | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor standards and recovery of the department. | E | (V) | G | N | U |
| * Is aware of product sell through and completes pull lists. | E | (V) | G | N | U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E | (V) | G | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | (V) | G | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | (G) | N | U |
| * Safely handles equipment and maintains safety awareness. | E | V | (G) | N | U |

**MERCHANDISING / STOCK (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**        Acceptable ✓        Not Acceptable _____

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

*Has trained and coach several new hires this year in bagging and pulling replenisment*

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

*none*

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period.  (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

*① Train new hires on Replen & Bagging.*

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED

*consistently pulls replen and has a good sense of what is needed for the floor even though she usually is on the sales floor. She is a self starter and volunteers for projects. A team player always willing to come in early to help out or anddayoff.*

REDACTED    *must be in dress code every shift through out her whole shift.*        Circle one rating

**3. OVERALL RATING FOR PERIOD**        E (V) G N U

Date of Review: *8/16/15*

REDACTED

Reviewed associate's signature after review conference:

Signature        Date *8/16/15*

Reviewer's signature after review conference:

Signature        Date *8/16/15*

Reviewer's Printed Name *MARY ...*        Date *8/16/15*

2017-10-11 09:13          0815 2195483999 >> Kall8 Fax Server          P 15/16

# BED BATH & BEYOND
**Beyond any store of its kind.**

REDACTED

**MERCHANDISING / STOCK (Page 1 of 2)**

Name ____ Store #: 1087 Date of review: 8-24-15

Circle review type & indicate Date Due:

90-DAY REVIEW DUE: ~~~~
ANNUAL REVIEW DUE: 7-2-15
DATE OF HIRE: 7-2-13

OTHER (_____ Review) due: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | Signature | Position |
|---|---|---|
| Andrea Casel | | SM |
| Amy Dryteula | | SOFTSIDE KEYHOLDER |
| Matt Hall | | ASM |
| Kathy Grasser | Kathy Grasser | CST |
| Jason Mathias | | HSKH |
| | | |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

Choose one rating

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | G | (N) | U |
| * Ensures a prompt, friendly approach to all customers. | E | V | G | (N) | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | G | (N) | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | G | (N) | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | G | (N) | U |
| * Determines customer needs and works to add-on sell. | E | V | G | (N) | U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E | V | (G) | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | G | (N) | U |
| * Accepts constructive criticism and acts upon it. | E | V | G | (N) | U |
| * Maintains a positive outlook toward job. | E | V | G | (N) | U |
| * Communicates effectively with Management and other associates. | E | V | G | (N) | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | V | (G) | N | U |
| * Is a team player. | E | V | (G) | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | V | (G) | N | U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor standards and recovery of the department. | E | V | G | (N) | U |
| * Is aware of product sell through and completes pull lists. | E | V | (G) | N | U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E | V | (G) | N | U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E | V | (G) | N | U |
| * Adheres to shortage reduction and compliance procedures. | E | V | (G) | N | U |
| * Safely handles equipment and maintains safety awareness. | E | V | (G) | N | U |

2017-10-11 09:13          0815 2195483999 >> Kall8 Fax Server          P 16/16

*Derrick Hammer*

**MERCHANDISING / STOCK (Page 2 of 2)**

**1. ATTENDANCE & PUNCTUALITY:**          Acceptable __X__ Not Acceptable _____

**2. GOALS AND OBJECTIVES**

**Objectives Accomplished**

List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

— Made progress in owing the Gadget wall. Needs to be consistent, ensure all sku's represented and shoppable & place orders as needed

— Became a bridal consultant. Needs develop his skills in qualifying, building relationships and registry.

**Unaccomplished Objectives**

List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

— Completely owning Gadget wall to expectations.

— Make sure P.O. Notes are done

<span style="color:red">REDACTED</span>

**Goals and Objectives for next Review Period:**

Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

① Develop a plan w/ ___ to ensure Gadget wall is 100% 100% of the time by 9/1/15. Daily maintain w/all & commentary

② Bridal- Work w/ Cathy to develop qualifying & escort skills by 9/1/15. Goal is to get 75% filled escorts. SM.

**Strengths and Weaknesses:**

Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

<span style="color:red">REDACTED</span>

must develop a stronger sense of urgency & ownership as the lead in that. He needs to ensure signage to done & accurate, holes are filled, product is pegged correctly and merchandised correctly.

**3. OVERALL RATING FOR PERIOD**          Respond to customer needs/register in a timely manner (Circle one rating) E V C N U

<span style="color:red">REDACTED</span>

must avoid gossip & negativity in his communication w/ peers & managers. Be a problem solver.

Date of Review: __8-24-15__

<span style="color:red">REDACTED</span>

Reviewed associate's signature after review conference:

Signature _____          Date __8/24/15__

Reviewer's signature after review conference:

Signature _____          Date __8-24-15__

Reviewer's Printed Name __Jackie Rusey__          Date __8-24-15__

*Jason Mathios*          __8/24/15__

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

2017-10-11 09:09    0815 2195483999 >> Kall8 Fax Server    P 9/16

**BED BATH & BEYOND**
Beyond any store of its kind.

REDACTED

**MERCHANDISING / STOCK (Page 1 of 2)**

Name: _____    Store #: 1087    Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____    OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: _____
DATE OF HIRE: _____

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

| Printed Name | Signature | Position |
|---|---|---|
| Jackie Casey | | SM |
| | | |
| | | |
| | | |
| | | |
| | | |

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

Choose one rating
E V G N U

**CUSTOMER SERVICE SKILLS**

| Skill | Rating |
|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E (V) G N U |
| * Ensures a prompt, friendly approach to all customers. | E (V) G N U |
| * Escorts customers seeking location(s) of specific merchandise. | E (V) G N U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E V (G) N U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E (V) G N U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E V G (N) U |
| * Determines customer needs and works to add-on sell. | E V G (N) U |
| * Has developed good product knowledge; keeps abreast of new items and utilizes this knowledge to enhance service. | E (V) G N U |
| * Answers the phone promptly and uses proper phone etiquette. | E (V) G N U |

**TEAM SKILLS**

| Skill | Rating |
|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E (V) G N U |
| * Accepts constructive criticism and acts upon it. | E (V) G N U |
| * Maintains a positive outlook toward job. | E (V) G N U |
| * Communicates effectively with Management and other associates. | E (V) G N U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E V (G) N U |
| * Is a team player. | E (V) G N U |
| * Exhibits professional manner, dress and appearance at all times. | E (V) G N U |

**MERCHANDISING & DEPARTMENT MAINTENANCE**

| Skill | Rating |
|---|---|
| * Works to maintain selling floor standards and recovery of the department. | E (V) G N U |
| * Is aware of product sell through and completes pull lists. | E (V) G N U |
| * Demonstrates good product knowledge and uses the information to merchandise the selling floor effectively. | E (V) G N U |
| * Understands and utilizes JDA to resolve selling floor inquiries. | E (V) G N U |
| * Adheres to shortage reduction and compliance procedures. | E (V) G N U |
| * Safely handles equipment and maintains safety awareness. | E (V) G N U |

J: prmsh.wd(rev.2000;8/04;1/07;3/07;6/10)

MERCHANDISING / STOCK (Page 2 of 2)

**1. ATTENDANCE & PUNCTUALITY:**        Acceptable ___✗___   Not Acceptable _____

**2. GOALS AND OBJECTIVES**
**Objectives Accomplished**
List the specific goals and objectives accomplished by the associate during the appraisal period, compared with the results expected from goals established at previous review or during the period.

**Unaccomplished Objectives**
List the specific goals and objectives not accomplished by the associate during the appraisal period, compared with the expected results as defined in previous review or during the period.

WINDOWS EXPERT CLASS

**Goals and Objectives for next Review Period:**
Identify 2-3 quantitative and/or qualitative goals or objectives the associate should focus on during the next review period. (For each goal or objective indicate how accomplishment of goal/objective will be measured and indicate target date for accomplishments.)

TRAIN TO TURN KEYS AND COUNT MONEY

**Strengths and Weaknesses:**
Describe any of the associate's strengths or weaknesses which you feel are materially related to their performance and which are not addressed elsewhere in this review.

REDACTED   IS A SOLID ASSOCIATE. SHE IS A GREAT TEAM
PLAYER AND ALWAYS WORKS FOR THE BEST INTEREST OF
THE STORE. SHE ASSIST IN TRAINING NEW SOFTSIDE ASSOCIATES

**3. OVERALL RATING FOR PERIOD**          Circle one rating
E ⓥ G N U

Date of Review: 10/29/15

REDACTED

Reviewed associate's signature after review conference:

Signature                                    10/29/15
                                              Date

Reviewer's signature after review conference:

Signature                                    10/29/15
                                              Date

MARY PRZYTULA                                10/29/15
Reviewer's Printed Name                       Date

J: prmsh.wd(rev.2000;8/04;1/07;3/07;8/10)

# EXHIBIT 4

## ASSOCIATE DISCIPLINARY NOTICE

Employee's Name: REDACTED

Date of hire: **3/24/05**

Date: **6/8/15**

SS#: **XXX-XX-7386**          Store #: **1003**

Circle one:          Termination          **Warning**

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)   **4. (X) Failure to follow directions**
2. ( ) Tardiness                                           5. ( ) Violation of company rules
**3. (X) Improper conduct**                                6. ( ) Other (Performance)

REDACTED

Facts leading to the discipline:
**On Monday 5/18/15 David had a verbal altercation with his leader on duty (LOD) Kathy Quid while searching for merchandise in the stockroom.          raised his voice and yelled at          in response to her questioning his actions and providing him direction. This yelling was overheard by other associates including a manager on the sales floor. When          was spoken with by HR and by SM          he admitted frustration and denied threatening          , but agreed he may have raised his voice. By doing so          has violated Bed Bath & Beyond policy forbidding unprofessional conduct. has previously been spoken with regarding his unprofessional conduct, most recently by SM who coached          on 4/29/15 for making an inappropriate gesture using his middle finger during a morning store huddle. A note was placed in          file documenting this conversation. Behaving in a manner that is unprofessional is a job performance, customer service, and workplace environment issue.**

REDACTED

Describe the Company expectations of employee:
**Bed Bath & Beyond expects all associates at every level to behave in a manner that is professional and respectful when dealing with customers and each other. These policies regarding mutual respect and anti harassment are found in the associate handbook on pages 6-9 and also on pages 40-44 which list actions that are considered improper or inappropriate.          is expected to adhere to the policies listed in the handbook and if he has a question or disagreement to conduct himself in a manner that is courteous and considerate of others. Failure to do so will be considered an issue of negative workplace behavior.**

Next disciplinary step:
**Continued violation of the aforementioned or any other violation of company policy or standard may result in further disciplinary action up to and including termination of employment.**

REDACTED

| | | |
|---|---|---|
| *Trina Keruchar* 6/8/15 | *[signature]* 6-8-15 | Employee's Signature  Date |
| Manager's Name          Date | Manager's Name          Date | (This signature indicates that employee is aware of this notice.) |
| *[signature]* | *[signature]* 6-8-15 | |
| Manager's Signature  Date | Manager's Signature  Date | |

(Once completed and signed, file in employee's personnel file.)

HR 026A 6/98

# EXHIBIT 5

**BED BATH & BEYOND**
Beyond any store of its kind.

**RECEIVING/MAINTENANCE/OVERNIGHT PERFORMANCE REVIEW (Page 1 of 2)**

REDACTED

Name: _____ Store #: 363 Date of review: _____

Circle review type & Indicate Date Due:

90 DAY REVIEW DUE: _____ OTHER (_____ Review) due: _____
ANNUAL REVIEW DUE: 6/24/13
DATE OF HIRE: 6/24/11

THIS PERFORMANCE REVIEW IS BEING PREPARED BY AND/OR A RESULT OF INPUT FROM THE FOLLOWING MANAGERS:

Printed Name Dennis Popp    Signature DRPopp    Position OPS MGR
Printed Name Rachel Musselman    Signature Rachel Mussel    Position hardside keyholder
Printed Name Bill Cox    Signature W    Position Store mgr.
Printed Name _____    Signature _____    Position _____
Printed Name _____    Signature _____    Position _____
Printed Name _____    Signature _____    Position _____

**KEY: E - Excellent, V - Very Good, G - Good, N - Needs Improvement, U - Unacceptable**

(Draw a line through any skill which isn't applicable.)

| | E | V | G | N | U |
|---|---|---|---|---|---|

## CUSTOMER SERVICE SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Understands that the customer is our main priority and consistently maintains a customer focus. | E | V | (G) | N | U |
| * Escorts customers seeking location(s) of specific merchandise. | E | V | (G) | N | U |
| * Is alert to customer needs and offers a cart whenever appropriate. | E | V | (G) | N | U |
| * Responds quickly to customer inquiries and "Passes the Buck" whenever necessary. | E | V | (G) | N | U |
| * Complies with Bridal and Gift Registry program standards when servicing both registrants and guests. | E | V | (G) | N | U |
| * Answers the phone promptly and uses proper phone etiquette. | E | V | (G) | N | U |
| * Non-selling work is completed with no disruption to customer service. | E | V | (G) | N | U |

## TEAM SKILLS

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Demonstrates initiative and completes projects in a timely manner. | E | V | G | (N) | U |
| * Accepts constructive criticism and acts upon it. | E | V | (G) | N | U |
| * Maintains a positive outlook toward job. | E | V | (G) | N | U |
| * Communicates effectively with Management and other associates. | E | V | (G) | N | U |
| * Works the schedule set by the Manager but demonstrates flexibility when needs of the business dictate. | E | (V) | G | N | U |
| * Is a team player. | E | (V) | G | N | U |
| * Exhibits professional manner, dress and appearance at all times. | E | (V) | G | N | U |

## MERCHANDISING & DEPARTMENT MAINTENANCE

| | E | V | G | N | U |
|---|---|---|---|---|---|
| * Works to maintain selling floor/stockroom standards and recovery of the department. | E | V | (G) | N | U |
| * Maintains a clean, orderly and safe work area. | E | V | (G) | N | U |
| * Adheres to shortage reduction and compliance procedures; follows special operating procedures of the department. | E | V | (G) | N | U |
| * Understands and utilizes JDA to resolve selling floor/stock inquiries. | E | V | (G) | N | U |
| * Completes pull lists quickly and accurately. | E | V | (G) | N | U |
| * Safely handles equipment and maintains a safety awareness. | E | V | (G) | N | U |
| * Communicates problems/progress of daily assignments to supervisor. | E | V | (G) | N | U |

# **EXHIBIT 6**

  

**ASSOCIATE SEPARATION FORM (Use this form whenever an associate resigns or is terminated)**

1. Complete and review sections 1-11 below    2. Ensure that separating associate reads section 10 and signs as indicated
3. Review and confirm all hours; change status in Time & Attendance    4. If applicable, submit final pay request to Corporate Payroll
5. CT, GA, LA, MA, NJ, NM, NY and TN:    6. Notify Talx/UC Express via WebSep
Process your STATE'S SEPARATION NOTICE

1. NAME: _Dennis Popp_    SOCIAL SECURITY # REDACTED    STORE # _363_

2. JOB CLASSIFICATION (check one):    _____ Part Time    _____ Full Time    ✓ Mgmt
(Less than 35 hrs per wk)    (35 or more hrs per wk)

3. START DATE: _2/27/2006_    LAST DAY WORKED: _2/14/2015_    SEPARATION DATE: _2/14/2015_
(this date represents the last day the associate    (see ** at bottom of form for situations where SEPARATION
physically worked)    DATE differs from LAST DAY WORKED)

4. REASON FOR LEAVING - Check all that apply:
**RESIGNATION/VOLUNTARY:**    **TERMINATION/INVOLUNTARY:**    **TALX/UCEXPRESS CODE USED:**
_____ Better Job Opportunity    _____ Job Elimination    _5100_
_____ Return To School    ✓ Poor Performance
_____ Medical    _____ Misconduct  PIP    ☑ SEPARATION PROCESSED THRU WEB SEP
_____ Job Abandonment    _____ Other  GAVE 2 weeks    (Check box once completed)
_____ Scheduled Work Hours ☐ too many / ☐ too few
_____ Other (Give specific reason) _____

5. COMPANY PROPERTY RETURNED - Check all that apply:    6. BENEFITS -- Check, if applicable:
✓ Keys (store, terminals, thermostats)    _____ Associate informed of COBRA
✓ Alarm, telephone and computer access codes erased
_____ Associate loans repaid in full
✓ Name Badge
_____ Other

7. FINAL PAY - Check all that apply:    8. CURRENT ADDRESS:
_____ Vacation/Floating Holiday/Comp. day adjustment made
in Time & Attendance    Address _30 Chester Drive_
Indicate plus or minus days for vacation adjustment: _____
Indicate Floating Hol./Comp. days owed (if applicable) _____
_____ Associate/Employer agree on final check:    City _Beech Grove_
Based on _____ days worked for salaried associates
Based on _____ hours worked for hourly associates
_____ Associate received final check today in the amount of $ _____
_____ If applicable, associate loan paperwork forwarded to payroll    State _IN_    Zip Code _46107_
_____ Associate will return to store to pick up check on _____
_____ If applicable, final paycheck mailed to Address noted in #8

9. USE BACK SIDE OF THIS FORM FOR ASSOCIATE COMMENTS, IF ANY.

10. Separating associate is to read this section before signing form:
- An adjustment may be made to your final paycheck for any vacation time you had taken but not yet accrued, or that you had accrued but not yet taken. Any such adjustment is set forth above in Section 7.
- As you leave us, we wanted to remind you of your continuing obligation not to disclose to anyone any confidential business and/or proprietary information regarding Bed Bath & Beyond and its operations. Please also make sure you have returned all documents and other items such as records, computer files, computer disks, manuals and notes relating or belonging to the company. You may not take any such materials with you. These things are important to the company, as you may remember from your associate handbook, and that is why your obligation of confidentiality continues even after you leave employment with us.
I fully understand the information that I read in Section 10. If there is anything that I did not understand, I have asked for an explanation.

Associate's Signature: _____    Date _____

11. Supervisor's Signature: _____    Date _____
Store Manager's/Corp Counterpart's Signature: _____    Date _2/17/2015_

** EXAMPLES OF SEPARATION DATE DIFFERING FROM LAST DAY WORKED:
- The Last Day Worked was actually different from the resignation/termination date.
- Job Abandonment: when an associate is absent from work & does not notify the store for a specific period of time; separation date is the date that the decision was made to separate employment.
- Failure to return from LOA/WC: the separation date is the date that the associate was scheduled to return from an approved LOA or WC leave.
- Failure to return from vacation: the separation date is the date in which the associate was scheduled to return from an approved vacation.

HR 043-1A & 1B – 2/99; 6/01; 5/02; 5/04; 8/04; 2/08; 3/10; 2/11; rev 5/12

**Performance Improvement Plan**

**Dennis Popp**

**Assistant Store Manager**

**Store # 363**

As a manager for Bed Bath & Beyond there are certain specific expectations regarding store standards, customer service and general conduct. It has been determined, based on the examples listed below, that Dennis is not meeting these expectations and in an effort to rectify this and assist Dennis in improving his performance a plan has been created and will be implemented beginning today. Compliance will be monitored on a bi-weekly basis and notes / discussions regarding improvement or digression from the plan will be noted. After sixty days Dennis's performance will be re-evaluated based on the expectations outlined, subsequent to the implementation of the plan and a determination regarding his continued employment with Bed Bath & Beyond will be made. In order to assist Dennis in his efforts to improve his performance we have broken down the opportunities observed into two categories.

1. Operational Skills
2. Merchandising Skills
3. Personal Work Characteristics

**Operational Skills**

Assessment

It has been determined that Dennis is not meeting expectations. Some examples led to this determination:

- A visit on September 25, 2014 by DM Cory Kaczanowski indicated that Dennis is not meeting the expectation with stockrooms. One example, there were multiple carts down the aisle. Merchandise was on the floor and not set up for POG. **The expectation is for Dennis to do a weekly stockroom walk. These walks should be completed with the Receiving Manager and Store Manager. Going forward, Dennis must walk with both managers every week to complete a stockroom walk.**

  11/4/2014 – **Weekly stockroom walk was completed but not executed 100%. There were still carts of backstock in the aisles. Bill Cox, SM, discussed this with Dennis. They also had a conversation with the hourly associate in charge of the dock area for the week.**

  11/11/2014 – **The stockroom walk was completed but there were no executed tasks completed. There were still carts of backstock merchandise sitting in the aisles that had not been addressed.**

11/14/2014 – **Cory Kaczanowski observed that the stockroom standards are not showing improvement. Sections that have been purged or completed from the "fill the floor" program have not been organized. Stockroom sections should always be inventory ready and set to SAVAGE standards.**

11/25/2014 – **A stockroom walk by Cory Kaczanowski found there were still carts of merchandise in the stockroom. Cory challenged Dennis on this standard and asked the SM, Bill Cox, to also ensure that other managers are not leaving carts in the stockroom.**

12/2/2014 – **During a regional manager visit, it was observed that there were still carts of merchandise in the stockroom. The expectation is there should never be carts of merchandise being used as storage.**

12/9/2014 – **The stockroom standards are still not being met. The random carts of merchandise in the center stockroom have been corrected but the overall grouping of merchandise on the shelves is unacceptable. The POG program is still not being maintained. Dennis has not been successful in managing this process.**

12/16/2014 – **Stock rooms have shown some improvement with the number of carts in the back. On this date, there were zero shopping carts in the stockroom. There were still multiple boxes stacked on the floor. The grouping of merchandise in the stockroom is not meeting expectation.**

12/21/2014 – **Center stock still not being maintained. There are empty boxes sitting on the shelf and many boxes sitting on the floor.**

12/23/2014 – **There continue to be struggles with the backrooms. On this date, there were multiple carts of coffee that needed to be stocked and organized in the stockroom. Center stock has cage carts that are still full of backstock from days before. Dennis is not walking his team and holding them accountable to the stockroom standards.**

1/6/2015 – **District Manager, Cory Kaczanowski, walked the stock rooms on this date. The rooms still had multiple carts that were full with random merchandise. It was clear that there had not been any improvements made on the stockroom.**

1/9/2015 – **Dennis has been working with the Receiving Manager on executing the inventory prep process. The two have been coming in on their days off to accomplish this. This is a result of Dennis not properly preparing for the task and delegating these tasks out. The center stock room is still not meeting expectations. There are multiple carts in the stock room along with empty cardboard boxes sitting on the shelves. Dennis is not walking and delegating on a regular basis in order to correct these ongoing issues.**

- A visit on September 25, 2014 by DM Cory Kaczanowski indicated that Dennis is not monitoring the RTV area. An example of the process being broken is the RTV area is unorganized. The RTV's are pulled and not completed 100%. Mandatory and daily RTV's are not completed timely. **The expectation is Dennis must ensure damages are completed daily within the allotted time. Dennis must manage the entire process and ensure the damages are completed when he is off. Dennis must also walk with the Receiving Manager and Store Manager weekly to discuss any concerns and plan out the RTV's.**

11/4/2014 – Damages have been completed daily within the allotted time. Dennis has been better at keeping a daily routine. Dennis needs to work more with Receiving Manager, Mark, to ensure all RTV's are processed 100%.

11/11/2014 – Damages have been completed daily within the allotted time. The RTV area continues to be an issue. Dennis needs to work closer with his receiving team to help them understand the expectations.

11/14/2014 – The RTV area is still not meeting standards. The glass log section does not have a home and is not organized. There are random piles or stacks of merchandise that are not organized. Dennis must work on this area to be corrected by next visit.

11/25/2014 - The RTV area is a little better than last visit. The area has been cleaned a little and better organized. The supplies were not organized and the corners of the fixtures were messy and unorganized.

12/16/2014 – The RTV area has been a challenge for Dennis as it continues to not meet standards. Dennis has stayed late a few days in order to get the area caught back up with processing. Dennis is not managing his Receiving Manager correctly to eliminate these challenges.

12/23/2014 – The same issues have continued in the RTV area. Dennis is not managing his Receiving Manager and holding him accountable to the time allowed for processing. Again, Dennis has stayed late on multiple shifts in order to get the area processed. Dennis is allowing the allotted times to not be followed.

1/6/2015 – District Manager, Cory Kaczanowski, visited on this date. He reported that the RTV area was still a mess. It was not organized and was not meeting the expectations that have been outlined since the beginning of this process.

1/9/2015 – Dennis is still not managing the RTV process. He has allowed the Receiving Manager to process damages at random points during the day. Dennis is not managing his time correctly. Dennis has also not ensured the mandatory

RTV's are staying up to date. There has been a RTV for K10 to sent out now for over 2 weeks.

Through multiple observations, over the past 60 days, it has been determined that Dennis is not ensuring the MPW is completed. As the Operations Manager, it is crucial that this is reviewed daily by all managers during the board meeting. **The expectation is that the MPW will be reviewed daily by all managers during the board meeting. During the discussion, the conversation should be focused on planning out the workload for the next day. The entire sheet must be completed each day. The MPW sheets will be reviewed weekly during the touch base with the Store Manager.**

11/4/2014 – MPW was filled out 4 days last week and was done 100%. Dennis has been having better conversations with his receiving associates about his expectations. Dennis must continue to work with his receiving manager to complete the sheet fully.

11/11/2014 – After Bill Cox, SM, reviewed the MPW reports with Dennis, it has been determined that they are still not being filled out correctly. Incorrect numbers have been used and Dennis must work with Receiving Manager, Mark, to teach him the proper way to figure out all the required information for the MPW.

12/9/2014 – The MPW continues to be a struggle for Dennis. The receiving manager is still not filling it out correctly and Dennis has not been able to correct the behaviors. Dennis needs to check on the process every hour that he is there. He must also train each receiving associate on the steps to completing the MPW sheet correctly.

12/16/2014 – The MPW is still not being entered and followed by the receiving team. Dennis is not managing his team and holding them accountable to the MPW expectations.

12/23/2014 – MPW sheet is being filled out but only for compliance. The receiving team is not following the allotted times set on the sheet.

**Merchandising Skills**

Assessment

It has been determined that Dennis is not meeting expectations. Some examples led to this determination:

- A visit on October 9, 2014 by DM Cory Kaczanowski it was determined there were multiple merchandising opportunities. For example, there were empty 4ft sections in the seasonal area. He was instructed to fill those empty sections but on October 12, 2014, those sections were still empty. **The expectation is that Dennis must manage and delegate those tasks to be completed. He must utilize calendar to communicate those tasks as well as verbally with his associates. The execution of those tasks will be discussed and followed up during the weekly touch base with the Store Manager.**

11/4/2014 – **Bill Cox, SM, has witnessed Dennis reworking the front end. He has shown improvement in giving direction to his staff on the front end. He does need to work better on utilizing the calendar to assign tasks which will help him with his follow-up.**

11/11/2014 – **Dennis still has not utilized the calendar to communicate tasks to his team. He must use the calendar to help delegate those tasks, including the front end checklist.**

11/14/2014 – **The front end has recovery and filling issues with the seasonal merchandise. There are empty side caps, sections are not recovered, and many filling opportunities. Dennis must provide detail direction to his team on what he expects to get completed in that area.**

12/9/2014 – **Bill Cox, SM, observed that the trash can wall was not filled in and ready for business. Dennis is also responsible for the entire front end merchandising. The register poles are light and are not being filled during the closing routines.**

12/16/2014 – **According to SM, Bill Cox, Dennis has been coming in on his days off in order to work Christmas merchandise. This indicates he is unable to provide adequate tasks to his team. He has not been leaving a list for his team to help in the execution. The front end merchandising standards are not up to the acceptable level. Multiple areas in the front end have been empty for days during the holiday selling season.**

12/21/2014 – **Dennis is not maintaining the front end merchandise to an acceptable level. The seasonal area is not being recovered. He is not giving direction to his staff to maintain the area. Yankee candle end was completely empty minus two shelves.**

12/23/2014 – **Dennis has continued to come in on his days off to purge merchandise from the stockroom. He has been working on the seasonal shops and Christmas merchandise.**

1/6/2015 – Cory Kaczanowski, District Manager, walked Dennis on this date and communicated some moves that needed to take place on the front end. There was a six sided fixture that was empty. Cory instructed Dennis to fill it with clearance sheets. He also gave direction to Dennis about how to remerchandise the art clearance event in order to create a better display.

1/9/2015 – Cory Kaczanowski returned on this date to check on the progress of the two requests made on 1/6/2015. Dennis had made the changes to the art event and was now meeting the expectation. The divider that was supposed to be filled with clearance sheets was still empty. Cory pulled the merchandise along with two other managers in order to get this corrected immediately. When this was completed, Cory walked Dennis through another area that needed to be corrected. There were six more sections that needed to be filled as well as an area on the front end.

1/11/2015 – Cory Kaczanowski contacted Store Manager, Bill Cox, on this date to follow up on the tasks given on 1/9/2015. Bill communicated to Cory that all the moves requested were completed.

It has also been determined that Dennis does not react to the dollar outs and business needs / trends. For example, summer seasonal still merchandised on the front end during the month of October. Those were to be pulled by the end of September. Heaters and humidifiers were not set timely. The expectation is that Dennis reacts to the dollar outs he completes. He must also react to seasonality changes. This will be discussed and walked weekly during the touch base with the Store Manager.

11/11/2014 – Dennis has reset the winter seasonal area. He still has a few items (sleds) that need to be merchandised.

11/25/2014 – There were still summer seasonal items merchandised at the customer service desk. The Store Manager completed this task by removing the merchandise and filling it with seasonally appropriate merchandise. The seasonal shop was still not filled in correctly. Dennis needs to work on providing clear direction to his team on what he expects to be completed each day.

1/9/2015 – Dennis has not managed the seasonal transition. The clearance area at the front of the store is not meeting the expectations established through conversations with the Store Manager. He has now begun to work four foot sections at a time. The clearance art event was also a struggle until the Store Manager took over the process. Dennis is now up to date with the proper signage for the art event.

**Personal Work Characteristics**

Assessment

It has been determined that Dennis is not meeting expectations. Some examples led to this determination:

- During 2014, Dennis has had three separate associates come forward with complaints regarding the way Dennis has talked with them. Those associate relations issues are not acceptable and Dennis has not reacted appropriately to address these concerns. **The expectation for Dennis is that he commits to being a leader in dynamic associate relations. He must be the leader that people want to work for, be the culture keeper, to inspire, and to be the leader the shows respect and earns respect everyday. This will be followed up weekly by the Store Manager and District Manager.**

  **11/4/2014 – Dennis has not had any associate relations issues this week. He has made an effort in improving his communication skills with all associates.**

  **11/11/2014 – Dennis has not had any associate relations issues this week.**

  **12/9/2014 – Dennis has not had any associate relations issues this week.**

  **12/16/2014 – Associates have complained to SM, Bill Cox, that Dennis does not help out during the recovery time block. He does not assist with freight put away.**

  **12/21/2014 – Dennis had two separate complaints from associates on this date. The two associates were upset about how Dennis was managing from the office area after the store was closed. Specifically, one associate was upset because he did not give any tasks until after 11pm when they were ready to leave. She would have been able to complete them before 11pm if he had provided them earlier.**

  **1/9/2015 – Dennis has not had any associate relations this week**

- Over the past 60 days, it has been determined that Dennis is not working with the appropriate sense of urgency nor managing his time. For example, it takes him at least a day to write and complete a schedule for the store. This hinders Dennis in getting other tasks completed timely. **The expectation is that the schedule is completed within the allotted time given on Tuesday. He must manage his daily and weekly routine and discuss this plan during his weekly touch base with the Store Manager. This will help him manage his time better.**

  **11/4/2014 – Dennis completed the schedule within the allotted time. He was given 3 hours this week and was done in two.**

11/11/2014 – It was found by Bill that there was an error on the schedules. Dennis forgot to add the all store meeting to the list. Dennis corrected the issue within a few minutes. He has also done a better job with ensuring the proper coverage is on the sales floor during peak times.

12/16/2014 – There have been no issues with the schedule writing or posting. SM, Bill Cox, has taken some of this back by training another manager in the store on the schedule writing process.

1/9/2015 – Dennis is continuing to struggle with his personal work routine and getting tasks completed. He has not provided the Store Manager with his weekly plan during this week.

Dennis has seventy five days within which to meet all of the expectations outlined in this performance improvement plan. Cory Kaczanowski and Bill Cox will meet with Dennis every two weeks to assess his progress.

Dennis must show immediate, significant and measurable improvement in the categories outlined in addition to maintaining acceptable performance in all other areas of his job. His performance will be re-evaluated at the end of seventy five days.

Performance Improvement Manager: _____

Store Manager: _____

District Manager: _____ 1-20-15

Date Administered: 10/27/2014

Completion Date: 1/9/2015

## ASSOCIATE DISCIPLINARY NOTICE

Associate's Name: Dennis Popp        Date: 9/4/2014

Date of hire:   2/27/2006        SS# : xxx-xx-3164       Store #: 363
*(last four digits only)*

Circle one:       Termination        Warning

A. Reason(s) for notice (check applicable reasons and explain in section B):
1. ( ) Absence (indicate if unreported, excessive, etc.)     4. ( ) Failure to follow directions
2. ( ) Tardiness                                       5. ( ) Violation of company rules
3. ( x ) Improper conduct                      6. ( ) Other

B. Facts leading to the discipline (Be specific, stating detailed explanation of incident, date/time of incident, witness(es), rule violated, etc; refer to any previous verbal and/or written warning(s).)
**On 8/28/2014, an associate from store 363 discussed with the HR Manager concerns she had regarding Dennis's behavior. The associate brought forward a few issues:**

1.    **It was reported that two weeks prior Dennis has made a comment regarding this associate needing help with a task. The task was to recover carts from the parking lot after the store closed. It was alleged that Dennis requested the assistance via radio and made a statement that the associate needed someone to hold their hand. The associate was offended by this statement. When Dennis was asked about this he did admit to making that statement via radio. He understood that it was not the appropriate communication to be having and realizes he should have taken a different approach when asking for help.**

2.    **It was reported that on multiple occasions Dennis asks this associate to complete one project and then stops her to move on to another project. The associate alleges Dennis pulls her in multiple directions and does not allow her to complete her tasks. When Dennis was asked about this he does not recall any specific situation. He did admit that at certain times he will give multiple tasks/projects in order to keep the recovery period going while he is closing.**

3.    **It was reported that about three weeks ago the associate was assisting another manager with a pack and hold pick up. The associate was working on the front end but left her post to assist a manager. When she arrived back up front it was alleged that Dennis was discussing this associates actions with another associate. Dennis did not recall this situation nor did he discuss this associates actions with another hourly.**

4.    **The Store Manager reported that approximately four weeks ago a conversation occurred between Dennis and a different hourly associate. It was alleged that the hourly associate contacted Dennis via radio for assistance with a question a customer had. The associate was on the front end. It was alleged that Dennis responded to the question with a short answer and told the associate where the items where and he could get them on his own. When Dennis was asked about this he did admit to this type of response. He recognized that he did not practice good behavior when talking with this associate. He admitted that he should have assisted the associate with the question.**

C. Previous Disciplinary Discussions: **Associate Disciplinary Notice – Associate Relations – Warning – 1/27/2014**

D. Describe the Company's expectations of associate:

**Bed Bath & Beyond strictly prohibits any behavior or conduct that is unprofessional and disrespectful. As a manager of Bed Bath & Beyond you are expected set the proper example for others and make the appropriate decisions regarding your behavior. Bed Bath & Beyond associates are expected to behave at all times with common courtesy, common decency and common sense. Any violation of these guidelines, or any other action, which in the opinion of management is detrimental to the orderly conduct or integrity of the business, will result in disciplinary action, up to and including termination of employment.**

E. Next disciplinary step: **Repeated behavior of the aforementioned and/or any other policy violation will result in further disciplinary action up to and including termination**

| | | | |
|---|---|---|---|
| Manager's Name | Date | Manager's Name | Date |
| | | | |
| Manager's Signature | Date | Manager's Signature | Date |

Associate's Signature Date
(This signature indicates that
associate is aware of this notice.)

(Once completed and signed, file in associate's personnel file.)

HR 026A 11/11