IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY PRZYTULA and BRAD BREDE, individually and on behalf of all others similarly situated,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>BED BATH & BEYOND INC.,<br><br>    **Defendant.** | No. 1:17-cv-05124 (MTM) |

**ORDER GRANTING PLAINTIFFS'
MOTION FOR APPROVAL OF SETTLEMENT,
SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS**

    This matter comes before the Court on Plaintiffs' unopposed Motion for Approval of Settlement, Service Awards, and Attorneys' Fees and Costs. Having considered Plaintiffs' Motion and supporting Memorandum and exhibits, the Court hereby GRANTS Plaintiffs' Motion and ORDERS as follows:

    1.    The settlement in this Fair Labor Standards Act action is fair, reasonable, and just. The settlement is approved, and the terms of the agreement are incorporated herein.

    2.    Plaintiffs' proposed Settlement Notice, and the plan for its distribution, is approved.

    3.    The Service Awards are approved.

    4.    The Settlement Administrator's fees and costs are approved.

    5.    Plaintiffs' Counsel's request for attorneys' fees and out-of-pocket costs and expenses is granted.

6. This action is dismissed without prejudice, which will become dismissal with prejudice 55 days thereafter upon fulfillment of all the settlement's terms.

IT IS SO ORDERED.

Dated: January 29, 2019

Hon. Michael T. Mason